# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____

MARCIA ELIZABETH ASTUDILLO
TORRES,
PAULO ANDRES TORRES
ASTUDILLO,

      Petitioners,

   v.

TODD BLANCHE, in his Official Capacity,
Attorney General of the United States,

      Respondents.

**<u>PETITION FOR REVIEW</u>**

Petitioners, Marcia Elizabeth Astudillo Torres (A226-088-780) and Paulo Andres Torres Astudillo (A226-088-781), hereby petition the Court for review of the April 10, 2026 Order of the Board of Immigration Appeals, which denied Petitioners' Motion to Reopen.

Dated: White Plains, New York

      May 4, 2026

Respectfully submitted,

_/s/ Andrea C. Soto_

_____

**Andrea C. Soto, Esq.**
SOTO LAW, PLLC
445 Hamilton Avenue, Suite 407
White Plains, New York 10601
Telephone: (800) 494-8031
Facsimile: (914) 898-9100
asoto@andreasotolaw.com

_Counsel for Petitioners_