### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Astudillo Torres, et al. v. Todd Blanche _____ Docket No.: 26-1233 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bichngoc T. Do

Firm: U.S. Department of Justice, Civil Division, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044

Telephone: (202) 742-7093 _____ Fax: _____

E-mail: Bichngoc.T.Do@usdoj.gov

Appearance for: Respondent Todd Blanche, Acting United States Attorney General
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Lisa Marie Arnold, U.S. Dept. of Justice, Civil Division )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on May 29, 2024 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/Bichngoc T. Do

Type or Print Name: Bichngoc T. Do