Uploaded on: 10/18/2024 at 11:42:25 AM (Eastern Daylight Time) Base City: NYB
RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.6, (1 of 69)



prevent job losses. Citing government data, media reported that as of June 2022, companies had enrolled 111,826 workers under "emergency contracts"; most were in the agriculture, manufacturing, and trade sectors. Unions and labor organizations said the law enabled precarious work conditions, reduced wages below the minimum wage, and allowed unfair dismissals without due compensation because of employers' leverage over employees. In 2021, the Constitutional Court declared the force majeure provision unconstitutional, arguing it was "incompatible with the right to legal certainty recognized in the constitution." In June 2022, the National Assembly approved a partial repeal of the law, but the president vetoed the repeal in July 2022, which prevented the legislature from addressing it for a one-year period. Labor unions filed a lawsuit with the Constitutional Court the same month challenging other provisions in the law. The law remained in effect.

Labor leaders and NGOs said there were no specific sectors with a concentration of alleged violations of wage, hour, or overtime laws. They reported the number of complaints against public and private companies in the service, agricultural, and manufacturing sectors, however, was rising because of perceived unfair dismissals, mostly under "emergency contracts" as provided in the law. They stated women and young workers were sometimes vulnerable to wage exploitation in the informal sector, and that domestic and service-sector workers sometimes had to accept conditions including unpaid or underpaid overtime.

EOIR — 72 of 172

Uploaded on: 10/18/2024 at 11:42:23 AM (Eastern Daylight Time) Base City: NYB RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.6, (2 of 69)



**Occupational Safety and Health:** The law provided for the health and safety of workers and outlined occupational safety and health (OSH) standards, which were appropriate for the country's main industries. Authorities could conduct labor inspections of formal workplaces either by appointment, after a worker complaint, or through unannounced visits. If a worker requested an inspection and a Ministry of Labor inspector confirmed a workplace hazard, the inspector then could close the workplace. Labor inspections generally occurred because of complaints, not as a preventive measure. In some cases, violations were remedied, but other cases were subjected to legal challenges that delayed changes for months.

Workers in the formal sector could generally remove themselves from situations that endangered health or safety without jeopardy to their employment, and authorities effectively protected employees in this situation. Labor representatives from the agricultural sector said they registered cases in which employers forced workers to return to plantations shortly after fumigations took place, risking illness or bodily harm.

**Wage, Hour, and OSH Enforcement:** The Ministry of Labor was responsible for enforcement of wage, hour, and OSH laws. The government did not effectively enforce the laws. Inspectors had the authority to make unannounced inspections. The ministry issued fines for wage and hour law and OSH violations. Penalties were commensurate with those for similar crimes, such as fraud or negligence, but were rarely applied to violators.

EOIR — 73 of 172

Uploaded on: 10/18/2024 at 11:14:23 AM (Eastern Daylight Time) Base City: NYB RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.6, (3 of 69)



The ministry had an insufficient number of inspectors to ensure compliance.

The law singled out the health and safety of miners, but the government did not enforce safety rules in informal, often illegal, small-scale mines (frequently linked to local community leaders and criminal groups), which made up the vast majority of mining enterprises. Migrants and refugees were particularly vulnerable to hazardous and exploitative working conditions. According to media and labor associations, local organizations reported complaints of Venezuelans receiving below the minimum wage, particularly in the informal sector. Gig workers reported conditions that did not follow wage, hour, and safety laws.

The informal sector employed 55 percent of the working population as of July. The government did not enforce applicable labor laws in this sector. Wage, hour, and OSH regulations and standards did not apply to workers in the informal sector.

EOIR — 74 of 172

# EXHIBIT E

primicias.ec

# Prisión preventiva para detenido por el crimen ocurrido en Cuenca este 15 de octubre

*Cristina Mora*

~2 minutes

---

**A** 29-year-old **man was arrested** for the crime of Luis Miguel Ludeña on Tuesday, October 15, 2024 in Cuenca, Azuay province.

The victim was attacked with at least 12 shots as she **waited at the gate of an educational institution** north of the city.

According to the police, the attackers arrived on a motorcycle and a car and the fact would be **related to a reckoning.**

- Consmotion in Cuenca over the crime of a man who was reported missing

## Follow-up and detention

Pablo Guachamín, commander of the Police Subzone Azuay, said on October 16 that through the monitoring of security cameras, they determined that the subjects who participated in the crime **hid in a house located in the Municipal Cemetery sector**.

After 18:00 the same day they entered the house and arrested Boris C. Z., who records a criminal record for: **theft kidnapping and damage to the good of others**.

- Alias 'glass eye' was killed in the center of Cuenca

Police presume that the subject is **part of the Los Lobos criminal gang** operating in the city of Cuenca.

During the capture, several associative indications were seized of the crime: a nine-mm glock-type firearm, a feeder with 17 cartridges, two **positive tests for gunshot residue** applied to the right and left hand and four cell phones.

## Preventive detention

The Prosecutor ' s Office tried him for shooting at the victim **on at least 12 occasions**. A judge remanded him in custody on 16 October.

# EXHIBIT F

ecuavisa.com

# Cuenca: un hombre fue asesinado frente a un colegio

*Redacción*

1–2 minutes

---

A man was killed **outside the entrance of an educational unit in northern Cuenca** on the afternoon of Tuesday, 15 October.

The victim, 26, was shot eight times. **The incident occurred when the citizen arrived in front of the school on a motorcycle**.

You may be interested: A judge from Naranjal and his wife were shot in a food store

Pablo Guachamín, police chief of the Azuay subzone, **said that the now deceased went to the institution to remove a minor from classes**.

At the time of the crime, at 13:00, the children were out of classes, so **the armed attack alarmed the parents who remained outside the campus**.

Police reported that last May, the citizen had already suffered an assassination attempt. As a result of this attack, there was also a collateral victim. It was a woman **who was injured after one of the projectiles passed her rubbing one of her cheeks**.

# EXHIBIT G

ecuavisa.com

# Ecuador registra 180 feminicidios en lo que va de 2024, según la Fundación Aldea

*EFE*

3–4 minutes

---

Ecuador registered 180 femicides between January 1 and September 27, 2024, the **Latin American Association for Alternative Development (Aldea)** reported Wednesday.

Of this total, **96 cases are intimate femicides**, family and/or sexual contexts, 13 of transgender women and 71 linked to criminal contexts, i.e. in violent environments where **criminal gangs occupy territories** and where their bodies are used to send messages.

With these **180 male murders**, the total statistics of these gender crimes have risen to 1 891 since 2014, when the crime of **femicide** was typified **in the Ecuadorian Criminal Code**.

As early as 2023, the country closed with one of the **highest numbers of violent deaths of women** since records were recorded. According to official data, in that year there were 112 cases classified as femicide, while civil society accounted for 321.

Aldea noted that at least 23 victims had reported **a history of violence**, four had a support ticket and 7 suffered sexual abuse. The average age of those killed is 32 years, the **most frequent** being the **most frequent**, while the youngest were only 1 year old and the oldest, 81 years old. Another 17 victims were under the age of 18.

EOIR — 81 of 172

"The **escalation of femicides** against girls and adolescents is imminent and **strong action** is required to prevent them," Aldea said in his report.

You may be interested: Police find near Quito the remains of a woman who disappeared more than a year ago

The organization also reported that **55 of the victims were mothers**, who left at least 106 children in the orphanage, and 7 other women were pregnant at the time of their murder. With regard to femicides, eight of them committed suicide and 3 more tried.

"In 35% of cases, **femicides** had a **sentimental link** to the victim," the Association added.

In addition, he denounced that the map showing the reality of **the macho murders in Ecuador** shows "a worrying distribution of violence by province."

The **largest number of femicides** were recorded in the coastal provinces, with Guayas at the head, with 50 women killed, followed by Manabí (26 women) and Los Ríos (20 women).

With regard to the weapons used, 59 per cent of these crimes were committed with **firearms**. "In 2019 and 2020 this percentage did not exceed 9%," the organization warned.

"It is the duty of the State to have a system of registration of femicide that accounts for the **reality of violence against women and girls** in the country, in all its forms and in all territories. There is a latent vacuum in official data that refuses to register femicide in **criminal systems**. This has to change, because all cases must be appointed to move towards public policies of **non-repetition**," Aldea denounced.

You may be interested: 122 femicides are recorded in the first four months of 2023, in Ecuador

# EXHIBIT H

# Murdered in Ecuador, a major prosecutor investigating organized crime and the seizure of the television channel

César Suárez was also dealing with the country's most important corruption cases




The site where César Suárez, in the north of Guayaquil (Ecuador), was murdered on January 17.
**Photo: VICENTE GAIBOR DEL PINO (REUTERS) . Video: EPV**



**You are seeing this message because ad or script blocking software is interfering with this page.**
Disable any ad or script blocking software, then reload this page.

EL PAÍS

SUBSCRIBE

10

Organized crime once again shakes the foundations of the state in Ecuador. César Suárez, a leading Ecuadorian prosecutor investigating criminal groups, in addition to the seizure by a group of gang members of the public television channel TC TV, has been shot dead Wednesday inside his vehicle, while driving through northern Guayaquil. He was shot 20 times without anyone being able to intervene, he was not escorted. Suárez had some of the country's most important corruption cases. I don't know how he's survived for so long, he concedes a source who worked closely with the prosecutor.

The response of his colleagues has been blunt. The Attorney General of the State, Diana Salazar, has assured that Suárez's death will not stop the advance of justice. I'm going to be emphatic: organized crime groups, criminals, terrorists, will not stop our commitment to Ecuadorian society. We will continue with more strength and commitment. We must be clear that this heinous fact brings with it a message for the work we are doing from justice in Ecuador, Salazar said. He then called on law enforcement to ensure the safety of officers and has been clear that his unit has been in the way of the killing to ensure that it does not go unpunished.



**You are seeing this message because ad or script blocking software is interfering with this page.**
Disable any ad or script blocking software, then reload this page.

ABCESARSUAREZP

Suárez had taken over the investigation into the live takeover of a canal by young people armed with guns and dynamite eight days ago. Authorities believe that it was carried out by Los Tiguerones, an important band behind much of the extortions that occur in Guayaquil, the most populous city in the country and where violence has been felt most that has been close to Ecuador for three years. The Tiguerons began as a group composed of former prison guards converted into criminals, but it is currently made up of thousands of members. It is unknown what were his reasons for assaulting the channel, but what is true is that this event gave way to a wave of violence that led President Daniel Noboa to decree a state of emergency due to internal shock - what comes to mean that the government assumes that it is waging a war inside.

The prosecutor made himself known to the public in 2020, when he took over the most important corruption cases about the purchase of materials from hospitals during the pandemic. There the name of Daniel Salcedo, who was captured yesterday in Panama, where he fled justice, emerged for the first time. Salcedo is also involved in the famous Metastasis case, a mega-operation to clean up corruption in the judicial system, which is not a small one. He also investigated the mismanagement at Petroecuador, the former state oil company. The police colonel, Renato González, has highlighted on social networks that Suárez was one of the few prosecutors who with valence and now I can even say with heroism, advanced in the investigations of the case "Isspol." Solidarity with the Ecuadorian Prosecutor's Office and his family, he ended up.His murder has caused a great shock. Suarez was known to be relentless and incorruptible, according to several sources consulted. He was a great ally of investigative journalists, who he often gave clues to follow. It was clear that his life was in danger, especially in the last week, in which the gangs are committing attacks to force the president to negotiate, without being completely clear what his demands are. For the time being, Noboa has deployed the army

You are seeing this message because ad or script blocking software is interfering with this page.
Disable any ad or script blocking software, then reload this page.

EL PAÍS SUBSCRIBE

and Los Lobos, local bands, have imposed their law.

The prosecutor left a police complex, where he had his office, and was on his way to a court for a hearing. As reported less than 24 hours ago in the Ecuadorian newspaper El Universo, he had no escort, although he had just interrogated the 13 detainees for breaking live on a television show, which he continued to broadcast for just over half an hour. The scene left the world frozen, which set its eyes on the decomposition that lives in the country. Organized crime has infiltrated the judiciary, the police and the army. He has mayors and governors on the payroll. The challenge of President Noboa, a young billionaire with very little political experience, is to stop the advance of the mafia, which threatens to take all the springs of the state.

Ecuador experienced days of fury after the live-streamed violence and the escape from prison of the main ringleaders of Los Choneros and Los Lobos, a dangerous criminal known as Fito and another named Fabricio Colón Pico. The two are unaccounted for. Attempts were carried out on hospitals and commissioners, murders and kidnappings in the middle of the street and hostage-taking in prisons across the country. They closed the business and people locked themselves in their homes. The deployment of the army in the streets reduced violence and in recent days Guayaquil seemed to regain his routine. However, it was a mirage. The cruel murder of prosecutor Suárez in broad daylight recalls that the mafia will not give up its efforts to impose terror.

Subscribe here to the *newsletter*newsletter from THE PARIS America and receive all the news information keys in the region

**Comments** - 10 Rules

More information

You are seeing this message because ad or script blocking software is interfering with this page.
Disable any ad or script blocking software, then reload this page.

# EXHIBIT I

edition.cnn.com

# Ecuador declares ‘internal armed conflict’ as gunmen take over live TV broadcast

*Tara John*

8–11 minutes

---

*Quito, Ecuador CNN* —

Ecuador’s President Daniel Noboa has declared an “internal armed conflict” in the country, ordering security forces to “neutralize” several criminal groups accused of spreading extreme violence in the Latin American nation.

The decree came shortly after hooded and armed men interrupted a live television broadcast – one of several violent incidents playing out across the country on Tuesday.

Ecuadorians were stunned as they watched the takeover of TC Television’s live broadcast from the coastal city of Guayaquil. Social media video showed the assailants forcing staff of the state-owned network onto the floor of the studio as shots and yelling were heard in the background.

Ecuador’s police later said they had arrested all the armed men, members of the media outlet had been evacuated, and all staff and hostages were alive.

At least four firearms, two grenades, and “explosive material” were recovered and 13 people apprehended, César Zapata,

EOIR — 89 of 172

General Commander of the National Police said. The perpetrators would be brought to justice for their "acts of terrorism," he added.

TC Television anchor Jorge Rendon described the takeover of the broadcast as an "extremely violent attack."

"They wanted to enter the studio so that we could say what they wanted, I guess their message," Rendon recalled in a video on TC Television's official X account. Rendon said he knew of one person being shot and another injured by the assailants. Police have not confirmed those injuries.

The situation has struck fear among many Ecuadorians. One woman, who lives outside Guayaquil and was told to go home early by her boss, described the chaotic traffic on her drive home. "Cars were going the wrong way; everyone was just trying to get through," she said.

"The scariest part was seeing the desperation, seeing businesses shutting down, desperate people, including children and women, running frantically in avenues only meant for cars."

The country has been rocked by explosions, police kidnappings, and prison disturbances since Noboa on Monday declared a nationwide state of emergency after high-profile gang leader Adolfo "Fito" Macias escaped from a prison in Guayaquil.

Eight people were killed in Guayaquil on Tuesday, according to local police. Two police officers were also killed in the nearby city of Nobol, National Police said on X.

Meanwhile, 10 people were arrested after three kidnapped police officers were freed in the southwest city of Machala, National Police said Tuesday night. Earlier, police said at least seven officers had been taken captive in three cities

since the state of emergency was announced.

At least 70 people were arrested across the whole country, police said Wednesday morning. Eight explosive devices were seized along with 15 Molotov cocktails, nine firearms, 308 firearm cartridges, six motorcycles and six vehicles.

Ecuador is "living a real nightmare," former President Rafael Correa said in a video shared on X Tuesday. The situation was "the result of the systematic destruction of the rule of law, of the errors of hatred accumulated over the last seven years," he claimed.

The state of emergency will last for 60 days and mobilize the police and armed forces to control disturbances to public order.

It includes a curfew, from 11 p.m. to 5 a.m., to restrict meetings and actions that may threaten public order. Noboa's beleaguered predecessor, former President Guillermo Lasso, instated several states of emergency with limited success.

The decree signed by Noboa on Tuesday declared the country was in an "internal armed conflict" and ordered armed forces to carry out military operations to "neutralize" armed groups identified as terrorists.

Adm. Jaime Vela Erazo, head of the Joint Command of Ecuador's Armed Forces, on Tuesday vowed not to "back down or negotiate" with armed groups, adding the "future of our country is at stake."

"From this moment on, every terrorist group identified in the aforementioned [emergency] decree has become a military target," he said.

The spiraling violence is the most extreme test yet for the new president, who won last year's run-off vote with promises to

tackle soaring crime.

Ecuador's worsening security situation is largely driven by rival criminal organizations, which have been meting out brutal and often public shows of violence in the country's streets and prisons in their battle to control drug trafficking routes.

In one of the kidnappings this week, in which three agents were taken, an explosive device had been "placed and detonated" in a vehicle the officers were moving in, police said.

In the northwestern city of Esmeraldas, two vehicles were set on fire with one causing a blaze at a gas station.

In Guayaquil, one hospital said security guards had stopped armed individuals from entering the facility, denying reports that some health personnel had been kidnapped. The military is now guarding the hospital, it said.

And in the capital Quito, police found a burned vehicle with traces of gas cylinders inside. Residents reported on social media they had heard a loud explosion in the area.

Police also said they had received reports of an explosion at a pedestrian bridge outside Quito and attended "over 20 emergencies during (Monday) evening and overnight (Tuesday) in different parts of the country." No known casualties related to the explosions were immediately reported.

Amid the unrest in Ecuador, countries across the region, including neighboring Colombia and Peru, expressed concern over the situation and support for Noboa's government to restore order.

Officials in Peru said the country plans to declare an emergency along its entire northern border with Ecuador. Peru's interior minister has also ordered National Police to reinforce security

on the border, the interior ministry said.

In a statement on X, a US State Department official said the United States stands with the people of Ecuador and is "ready to provide assistance to the Ecuadorian government."

Ecuador's penitentiary service, the SNAI, said at least six incidents took place inside prisons Monday, including disturbances and retention of prison guards. The situation in prisons was not under control, it said.

Meanwhile, another alleged gang leader, Fabricio Colon Pico, escaped from a prison in the central city of Riobamba, according to its mayor John Vinueza.

Colon Pico had been captured last Friday after being publicly identified by Attorney General Diana Salazar as being part of a plan to attack her. Along with Colon Pico, 38 other inmates escaped, of which 12 have been recaptured, the SNAI told CNN.

Ecuador's Armed Forces said they carried out control operations Monday night and early Tuesday in the most conflict-ridden areas.

On the political side, Ecuador's National Assembly is holding an emergency meeting to "generate concrete actions in face of the national commotion and multiple acts that threaten public peace."

Speaking to Radio Canela on Wednesday, Noboa said the prison officials who were on duty when Fito escaped will be prosecuted, warning his country is in a "state of war" against "terrorist groups."

The search for Adolfo Macias, more popularly known by his alias "Fito," continued as more than 3,000 police officers and

members of the armed forces have been deployed to find him, the government said Sunday. Ecuador authorities said they have not yet pinpointed the exact time and date that Macias escaped prison.

Macías is the leader of Los Choneros, one of Ecuador's most feared gangs, which has been linked to maritime drug trafficking to Mexico and the United States, working with with Mexico's Sinaloa cartel and the Oliver Sinisterra Front in Colombia, according to the Insight Crime research center.

He was jailed after being convicted of drug trafficking. Before his assassination, the late Ecuadorian presidential candidate Fernando Villavicencio said in July that he had been threatened by Macías and warned against continuing with his campaign against gang violence for the leadership.

*This story has been updated with additional developments.*

CNN's Karol Suarez and Gerardo Lemos contributed to this report.

# EXHIBIT J

# What was the legalization of gangs in Ecuador during the Correa government (and how violence is compared from then to current)


GETTY IMAGES

**BBC News World**

-screitlost ›

17 January 2024

**When violence increased in 2000 in Ecuador and homicides worsened, Rafael Correa's government confronted street gangs with an unprecedented policy.**

Far from an open war on crime, he negotiated with prominent gangs, legalized them and supported volunteer gang members to train and work

supported volunteer gang members to train and work.

The Latin Kings, now declared as a terrorist organization by President Daniel Noboa along with twenty other armed groups, received the category of "urban youth group," many joined political movements such as the Corritist Alianza País and even a former king lan, Ronny Aleaga, became a national assemblyman.

After the measure, the killings were reduced. The World Bank reports that **Ecuador went from 18 to 6 homicides per 100,000 inhabitants from 2008 to 2018.**

Now, six years later, Ecuador is experiencing an internal armed conflict - criminal groups were strengthened to penetrate the institutions and the number of homicides per 100,000 people exceeded quarantine according to data from the Ecuadorian Observatory of Organized Crime.

## We recommend

**Crisis in Ecuador: how Latin American prisons became command centers of some of the main drug gangs in the region**

**"We have the power to use lethal weapons and this is a change": Ecuador's security forces arrest more than 300 people after the days of violence**

**Plum Pes, the Mexican musical phenomenon that generates controversy in Chile for its alleged "apology to narcoculture"**

Recently, critical voices of Correism have linked this crisis as a possible consequence of these policies of the former president.

During an interview with Radio Rivadavia in Argentina, the current government minister, **Monica Palencia**, said **Correa's peace pacts were a "delivery of the country."**

Last August, in the midst of shock at the murder of presidential candidate Fernando Villavicencio, **Otto Sonnholzner,** a former vice president during Lenin Moreno's government, said the situation was "fruit of those who said the gangs had to be pacified."

Correa, who recently supported Noboa's declaration of internal armed conflict against organized crime, defended himself against criticism.

Minister Palencia told Minister Palencia that she seemed "not to know where she was standing" and Sonnenholzner replied that comparing the gangs of 2000s with "criminal

EOIR — 97 of 172

organizations linked to drug trafficking today was a supine ignorance or a monumental bad faith."

The former president has been on social media for several days **responding to similar accusations.**

Analysts consulted by BBC Mundo agree that the bands with which Correa dealt were different from those that today terrorize the country.



GETTY IMAGES

# What Ecuadorian gangs were like in the 2000s

It is difficult to compare the street gangs of the time with the organized crime groups that are entering the state today, David Brotherton, expert in Latin gangs at New York Municipal University, tells BBC Mundo.

According to Brotherton, Ecuadorian street bands emerged in the 1990s in the two main cities of the country, Quito and Guayaquil.

In 2008, the national police found that 400 of these groups existed in the province of Guayas alone.

Of particular concern were the **Latin Kings and Queens**, which were attributed to almost a

EOIR — 98 of 172

third of the 18 homicides per 100,000 inhabitants in 2008.

Until then, Brotherton and Ecuadorian sociologist Gaitán Villavicencio agree, Ecuadorian anti-gang policy focused on persecution and hard hand.

**The gangs were basically nourished by marginalised and out-of-work young** people who found in crime not only a source of income but also a "way of cultural expression."

In addition to the Latin Kings, bands such as Los Eetas and the Masters of the Street also had national prominence.

## An unpublished plan... and controversial

**Correa took a different approach to the hitherto usual one to combat crime in Latin America**, "mostly emphasized in the police as a reactive solution to the increase in crimes on the continent," says Brotherton.

"He was looking for mechanisms to legalize, institutionalize and recognize the existence of these gangs so that they would be given a socio-educational way," Villavicencio tells BBC Mundo.

"A kind of new social contract was established in which the State committed itself to the citizenry through greater resources in welfare, health and education, and in return, hoped that citizens would fulfill their obligations and responsibilities by building community cohesion and strengthening the relationship between state and civil society," Brotherton analyzed in a study on the effects of this program.

**The results of this unprecedented plan were flattered 10 years later** by organizations such as the Inter-American Development Bank and reflected in the "most sustainable drop in homicides in the world," Brotherton studied.

When BBC Mundo visited Ecuador in 2018 to learn about the fruits of this initiative, a gangster of the Latin Kings, Manuel Zúñiga, acknowledged that at first there were divisions among the gang members, but that from a short time more and more members, even rivals of the Latin Kings, were being legalized.

Although homicides declined**, other key security rates were worrying.**



EOIR — 99 of 172


BBC MUNDO

The legalization of gangs did not eradicate violence between youth groups and, Brotherton recalls, **"under Correa's mandate it was not possible to alleviate or prevent the worsening prison crisis**, whose population increased significantly in the last years of his government."

As researcher Jorge Núñez of the University of Cuenca in Ecuador pointed out, **the prisons became, without wishing, a state recruitment center for the gangs**.

Villavicencio believes that "the political co-option of expanders distorted" Correa's policy and that he also "didn't a strategy to better treat the bands that could later appear."

The budgetary sustainability of this approach, which **ended up dismantling Lenin Moreno's arrival** in **the presidency** in 2017 and after severe cuts demanded by the International Monetary Fund due to the country's delicate public deficit, was also questioned.

# How today's "terrorist organizations" were strengthened

It is precisely from 2017 that analysts focus to explain the deterioration of Ecuadorian security and the strengthening of the gangs that Noboa today describes as "terrorist organizations."

After the public cuts with Correa's departure, Villavicencio and Brotherton explain that many young people rediscover their economic sustenance in crime.

Only this time street gangs were no longer nourished, but **powerful associations allied with prominent Mexican and Colombian drug cartels** in charge of a highly profitable business such as drug trafficking.



GETTY IMAGES

Ecuador is increasingly a leading player in the international narcotics market and stands as a regional key hub for storing, processing and distributing narcotics.

**Prisons are the command center of criminal groups**, among which are Los Choneros, Los Lobos, Los Lagartos or Los Tiguerones.

They often wage bloody clashes between them because of the hegemony of business, but they also fight the state, institutions and society.

The challenge to the state was fostered by "the penetration of an enormous amount of weapons from the United States. The Choneros weren't that big, but with the posters entered, they massed," Brotherton says.

**"State cuts and neoliberal policies created a situation where the cartels arrived, adopted young people excluded and now do what they want**," adds the researcher.

"Without initiatives for job creation, **the only lifeline for young people was informality or, in this case, illegality**. If you look at the detainees, they are predominantly young, under 29 years of age," Villavicencio adds.

## "So Hard" vs "soft hand"

## "So hard" vs "soft hand"



GETTY IMAGES

Several organizations, including the United Nations, point to **Latin America as the most violent region in the world.**

It has been the tonic for decades and during this time Latin American governments have been banding up between "hard hand" and "soft hand" policies to combat crime.

Nayib Bukele in El Salvador currently has one of the highest rates of popularity in the region, especially for his relentless fight against maras that, despite receiving several convictions for human rights violations, **the high number of homicides that plagued the country fell.**

In a way reminiscent of Bukele's strategy, Noboa decreed a state of emergency and declared an "inner armed conflict" that empowers the armed forces to act against the gangs as if it were a war.

However, Brotherton sees it complicated for the "Bukele effect" to spread in Ecuador.

"El Salvador is much smaller, with only six million inhabitants, for the 17 million from Ecuador who, in addition, has a much more complex topographical and border situation. **It is practically impossible for Bukele's strategy to be replicated here**," says the expert.

Villavicencio also does not believe that at this point the "peaceful" approach Correa executed for the power already acquired by criminal groups will work.

"It would not be feasible unless they lay down the weapons and submit to the

EOIR — 102 of 172

"It would not be feasible unless they lay down the weapons and submit to the guardianship of the State."

*Click here to read more stories from BBC News World.*

*And remember you can get notifications. Download the latest version of our app and activate you so as not to miss our best content.*

- *You know our YouTube channel? Subscribe.*

## Related topics

Lenin Moreno | Rafael Correa | Politics | Latin America | Violence in Latin America

José Carlos Cueto | Ecuador | Gang violence

## Related content



**In Ecuador "if people continue to go to jail they will continue to feed organized crime networks"**

11 January 2024



**What power are the gangs that Ecuador qualifies as "terrorist organizations"**

10 January 2024



**What implies that an internal armed conflict has been declared in Ecuador to combat violence**

10 January 2024



# EXHIBIT K

# Eight criminal gangs are considered 'terrorists' in Ecuador

May 2, 2023 5:30 PM



On April 27, the Public and State Security Council (Cosepe) declared **terrorism as a threat** that threatens the structural elements and the security of the Ecuadorian State.

The Cosepe also made **a list of organized crime gangs that are considered "terrorists"** in Ecuador.

On Tuesday, May 2, 2023, it was revealed that **there are eight organized crime groups.** These are:

- **The Choneros**
- **Chone Killers**
- **The Wolves**
- **The Tiguerones**
- **The Lizards**
- **The R7**

- **The Fatals**
- **The Gangsters.**

According to military and police intelligence, members of these gangs have been involved in **prison massacres, in cases of drug trafficking, hired killers, explosive attacks, among other crimes.**

The Minister of Defense, Luis Lara, indicated that the declaration of terrorism as a threat is a response to the clamor of citizens "who are fed up with the criminal violence associated with drug trafficking and transnational organized crime." The head of that state portfolio said that **"it's time to say enough to the criminals and their allies."**

# The implications

According to the Armed Forces (FF.AA.), this declaration implies that law enforcement **will be able to use even lethal weapons to neutralize those eight criminal groups, which carry out terrorist acts.**

On Friday, April 28, 2023, Minister Lara said that with that declaration **"it allows the Armed Forces to start military operations to confront and counteract the threat of terrorism** against the sovereignty and territorial integrity, democracy, rights, freedoms and guarantees of citizens."

The head of the Ministry of Defense also explained that, in the face of terrorist acts, the Armed Forces **"will not hesitate to put into practice all the experience, capacity and professionalism of the soldiers."**

In these operations, the Armed Forces will have the support of the National Police to fulfill the objective of **countering terrorism** and neutralizing the members of these criminal gangs.

**More news:**

- Ecuadorian Army acquires 5,775 rifles to confront criminal groups
- This is how Ecuador faces terrorism, according to Paco Moncayo
- What does it mean to declare terrorism a threat to the State?

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.6, (36 of 69)

**Visit our portals:**

- The news of Quito at www.ultimasnoticias.ec
- The best of soccer only www.benditofutbol.com
- Business and entrepreneurship www.revistalideres.ec
- More about the home at www.revistafamilia.ec

## Follow EL COMERCIO on Google News CLICK HERE

# EXHIBIT L



Ecuador

# The Lizards

**Ecuador** / MAY 3, 2023 BY INSIGHT CRIME IT'S

Los Lagartos, made up of multiple gangs that share allies and enemies, is one of the main prison gangs in Ecuador, whose rivalry with Los Choneros has caused unprecedented levels of violence in the streets and in the Ecuadorian prison system in recent years. The rivalry between Los Lagartos and Los Choneros determines the current violence in Ecuador, although this rivalry comes from the past of gangs that are part of Los Lagartos: Los Cubanos and Los Gorras.

The Cubans and Los Gorras originated in Guasmo Sur, Guayaquil, Ecuador, where gang leaders (William Poveda Salazar, alias El Cubano, and Giovanny Mantilla Ceballos, alias Gorras) became famous for micro-trafficking and paid murders. Although both gangs used to collaborate with each other, their alliance under the "Los Lagartos" occurred only in 2019, when they joined forces to fight a common enemy: Los Choneros, the most prominent gang in Ecuador, which has waged an endless war against rivals in the Ecuadorian prison system for control of criminal economies.

The death of several of the leaders of Los Lagartos meant the weakening of the gang, which no longer represent the same threat that previously attracted attention and generated the anger of Los Choneros; however, less striking, Los Lagartos may be regrouping, while their rivals are forced to defend themselves from new attacks.

TAGS

ECUADOR
GROUPS FI
PRISONS

Was th
useful

We want
strength
extensive
organize
America,
resource

Dona

## story

The name Los Lagartos comes from a gang that has operated in the Ecuadorian prison system for at least ten years, serving as a kind of mercenaries, or hired assassins, to kill members of dominant gangs. Thus, Los Lagartos remained under the radar for almost a decade, maintaining neutrality, while Los Choneros and Los Cubanos faced for control of criminal economies in the Ecuadorian prison system.

In 2006, alias El Cubano, he was sent to jail for murdering the former director of the Litoral Penitentiary of Guayaquil. While serving his sentence, Giovanni Mantilla Ceballos, alias Gorras, controlled microtrafficking in Guasmo Sur, Guayaquil, where he also originated from; Gorras had a criminal record as a member of the Los Latin Kings gang, a gang originally from the United States, made up of Costa Rican and Mexican immigrants, which was established in Ecuador in the 1990s.

While in prison, El Cubano began to recruit other prisoners to join his group and thus combat the disproportionate power of Los Choneros, who had been facing Los Cubanos in the prison system since 2009.

During the following decade, Los Cubanos and Los Choneros fought for control of criminal economies in Ecuadorian prisons, with casualties on both sides that perpetuated the rivalry; among the dead were the brothers of El Cubano, called Kléber, alias Metralla, and Walter, alias Caimán.

In 2018, alias Gorras, he was arrested and imprisoned on organized crime charges. According to prison guards interviewed by El Universo, Gorras lined up with the Los Lagartos band to protect himself, although his own band, Los Gorras, also began to hook more members.

In response to the spiral of violence caused by Los Cubanos and Los Choneros in the Ecuadorian prison system, President Lenín Moreno declared a prison crisis in May 2019 and deployed the army to quell wars between gangs. Part of Moreno's strategy was to transfer gang members and violent leaders to prisons throughout the country. However, as an inadvertent consequence, prison violence began to multiply, as new gangs were created detached from the previous ones, which wage wars of power throughout the country.

Despite the actions of the government, days after the declaration of the prison crisis in Ecuador, Los Choneros attacked members of Los Gorras in the Litoral Penitentiary, resulting in six inmates dead, including Ricardo Mantilla, brother of alias Gorras. Less than two weeks later, Los Choneros attacked again, brutally murdering El Cubano and, apparently, threatening to kill his main rival.

Following the death of El Cubano, Gorras assumed command and grouped the criminal structures of Los Gorras, Los Cubanos and Los Lagartos under the latter name in order to challenge the domination of Los Choneros, which gave continuity to the cycle of retributive violence that intensifies the wars between gangs in Ecuador.

Under the command of Gorras, the current formation of Los Lagartos emerged and a fierce war was waged against Los Choneros in the streets and in the prison system of Ecuador, which unleashed epidemic levels of violence, since the two gangs began to fight for the control of drug sales on the streets.

However, the unexpected death of Gorras by COVID 19 in June 2020 led to the fragmentation of Los Lagartos, whose different bands were left without a central leader to coordinate the actions.

Taking advantage of the weakness of Los Lagartos, Los Choneros attacked the gang in August 2020, trying to take control of the area of the Litoral Penitentiary belonging to the group - an incursion into its original territory. As a result, on September 5, 2020, a faction of Los Lagartos laid down their weapons, reached a truce with Los Choneros, and left their place in prison on the condition that they were transferred to a safe prison block, away from new attacks.

## Commands

Since it is an amalgam of different bands, Los Lagartos have historically had the unitary strength of a central leader. Before the current formation of Los Lagartos, the band operated as a group of allied inmates without a centralized leader. It was rather a collective of hired assassins, whose members attacked dominant gangs, such as Los Choneros and Los Cubanos, while maintaining their neutrality.

After the death of El Cubano in June 2019, Gorras assumed the leadership of the coalition composed of Los Cubanos, Los Gorras and Los Lagartos, and united the three gangs to defend themselves against Los Choneros, who were waging a war to eliminate their rivals in the prison system.

Los Lagartos reached their maximum power under the leadership of Gorras, disputing Los Choneros the control of smuggling and micro-trafficking in Ecuadorian prisons, as well as in the streets, where their rivalry led to violence in local communities and led to unprecedented levels of violence in Ecuador.

However, after the death of Gorras from COVID 19 in June 2020, Los Lagartos began to fragment, since the different gangs that make up the group no longer had a central leader to unify their criminal structures. According to the Ecuadorian authorities, Carlos Mantilla, alias Choclo, assumed the leadership of Los Lagartos after the death of his brother.

## Geography

The criminal economies of Los Lagartos are concentrated in Guayaquil, Ecuador, where both Los Cubanos and Los Gorras used to control micro-trafficking. The unification of these two gangs under the name of Los Lagartos consolidated the group's dominance over the criminal economies in the area and helped it avoid the incursions of Los Choneros. In addition, most of the members of Los Lagartos are held in the Coastal Penitentiary of Guayaquil, including their current leader, alias Choclo.

The gang also has a presence in penitentiaries throughout the country, such as the Deprivation of Liberty Center (CPL) Azuay N.° 1; the Turi in Cuenca; the Male Social Rehabilitation Center (CRS) Guayas N.° 4, in Guayaquil; the El Litoral Penitentiary and the Sierra Centro Norte Cotopaxi Regional Social Rehabilitation Center

## Criminal economies

The Lizards provide murder and security services to local and international traffickers in exchange for cash, products to sell or the opportunity to invest in international shipments. It was well known that El Gorras led the provision of these services in Guayaquil, its main area of operations, but now, given its absence, Los Choneros could take the opportunity to strengthen its presence in the city.

## Allies and enemies

Los Lagartos' main rival has always been Los Choneros. In recent years, the rivalry between the two groups has come to define the current levels of violence in Ecuador, and the subgroups of each gang are fighting for control of criminal economies in prisons throughout the country.

The subgroups aligned with Los Lagartos are Los Gángster Negros in Esmeraldas, Los Latin Kings in Durán, and the Cuartel de las Feas in Guasmo, south of Guayaquil [confirm this name; was not able to find it online] , while Los Tiguerones, Los Lobos and Los Chone Killers were previously loyal to Los Chonero

It is worth noting that the dispute within Los Choneros for the command of the group, which began in February 2021 and resulted in coordinated attacks in several prisons, resulting in at least 78 prisoners dead, could lead to a change of alliances within the

Ecuadorian prison system. Although before these groups fought against the gangs derived from Los Lagartos, the continuous internal attacks between Los Choneros could indicate a change in this dynamic.

## Perspectives

The truce of Los Lagartos with Los Choneros in September 2020 - due to the total security conditions of the gang within the Litoral Penitentiary - indicates that Los Lagartos were significantly weakened by the death of their leader, alias Gorras. Despite the leadership of Gorras' brother, Choclo, Los Lagartos seem to lack the internal organization necessary to form a unified front in the face of the continuous onslaught of Los Choneros.

However, given that they are isolated, and that Los Choneros are forced to defend themselves in the face of new challenges, Los Lagartos may be in a process of reorganization, which could allow them to return as a significant actor in the Ecuadorian penitentiary system.

Another factor that remains to be seen is the security policy of the administration of President-elect Guillermo Lasso. Given the unprecedented levels of violence in Ecuadorian prisons, Lasso's main priority will be to mitigate gang wars. In such a case, Los Choneros may be the focus of government initiatives, which could weaken them and give Los Lagartos more opportunities to attack.

ECUADOR GROUPS FROM ECUADOR PRISONS

share

### Was this content useful?

We want to continue strengthening the most extensive database on organized crime in Latin America, but for that we need resources.

Donate

### What are your thoughts? Click here to send InSight Crime your comments.

We encourage readers to copy and distribute our work for non-commercial purposes, with attribution to InSight Crime in the byline and links to the original at both the top and bottom of the article. Check theCreative Commons website for more details of how to share our work, and please send us an email if you use an article.

# latest news

### Four conclusions of the CARICOM report on firearms

news / MAY 4, 2023

### The CJNG and its lucrative sca with tourist properties in Mexi

news / MAY 3, 2023

# Related content

### The narco and the governor's daughter: quadruple homicide in Paraguay

**ELITES AND CRIME** / OCT 20, 2021

The massacre of four young people in the border city of Pedro Juan Caballero, in Paraguay, turned attention to one...

### Car bombs shake Ecuador

**Ecuador** / 6 JUN 2022

Ecuador has recently been hit by several car bomb attacks, a terrorist tactic most commonly used by the main...

### 5 animals used smuggling in La

**ARGENTINA** / MAY 7, 20

The game of cat and mou
was literally taken by dru

# About InSight Crime

THE ORGANIZATION

### InSight Crime is cited in OAS and C. reports

APR 28, 2023

This week, InSight Crime's work was cited nine times in a report
Organization of American States (OAS) entitled "Impact of orga

### Read the InSight Weekly newsletter

Receive up-to-date information about organized crime in the region, directly in your email.

FOIR - 113 of 172

# EXHIBIT M

# Ecuador and Peru plan joint security operations at the border

May 4th, 2023 19:53

Members of the Peruvian police control the passage of Venezuelan migrants who try to cross the border of Peru along the bank of the Zarumilla River, next to Ecuador, in an archive photograph. Photo: EFE

EFE

Military commanders from **Ecuador and Peru** have met this Thursday, May 4 in Arenillas, in the border province of El Oro, to plan the execution of coordinated security operations in the dividing strip.

The head of the Joint Command of the Armed Forces of Ecuador, **Nelson Proaño**, and his counterpart from Peru, **Manuel Gómez de La Torre**, led the military meeting in Arenillas, a town located very close to the border.

The appointment, according to a statement from the **Joint Command of the Armed Forces of Ecuador**, aimed to "articulate issues of interest such as the control, surveillance and neutralization of existing illegal crossings in different sectors" of the common border, about 1,500 kilometers long.

In addition, the **military delegations** analyzed actions that allow them to "exchange information to improve the operational effort in the **border territory**," especially in the "combat of drug trafficking and related crimes, smuggling, irregular migration and illegal mining, among others."

Therefore, both parties analyze the execution of **"coordinated and simultaneous operations between the two countries,"** the Joint Command added in its statement.

The **Armed Forces of Ecuador and Peru** have agreed to reaffirm their

"security commitment at the common border, neutralizing all kinds of illicit activities, achieving the institutional objectives in favor of the development and progress" of both peoples, the source remarked.

## Meeting after the deployment of Peruvian soldiers at the border

The meeting took place after last week **Peru deployed military patrols on the border with Ecuador**, where they will support the National Police in compliance with the state of emergency decreed by the Government to prevent the irregular entry of migrants into the country.

Peru has tightened control of its borders after the incidents that occurred last Thursday at its border with Chile, where **migrants, mostly Venezuelans, Haitians and Colombians**, confronted the police who were guarding the area and entered the country irregularly, although most of them were then returned to the border crossing.

- Father who raped his son in Quito was sentenced
- Reforms to the COIP establish tougher penalties for terrorism and organized crime
- A traffic agent is murdered in Manta
- Gas plant in El Oro will continue to operate despite the danger of explosion

**Visit our portals:**

- The news of Quito at www.ultimasnoticias.ec
- The best of soccer only www.benditofutbol.com
- Business and entrepreneurship www.revistalideres.ec
- More about the home at www.revistafamilia.ec

## Follow EL COMERCIO on Google News CLICK HERE

# EXHIBIT N

Uploaded on: 10/18/2024 at ... AM (Eastern Daylight Time) Base City: ...
RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.6, (47 of 69)






# The explosion of insecurity in Ecuador responds to Lasso's lack of leadership, according to former police commander

Ecuadorians are currently living in a state of anxiety in the face of the escalation of violence in the country, which according to the former commander general of the Metropolitan District of Quito, Víctor Arauz Macías, is due to a lack of leadership of President Guillermo Lasso. The security expert also emphasizes that the Police have no guarantees to carry out their work.

See also: Ecuadorian Prosecutor's Office initiates investigation after the death of six inmates in penitentiary in Guayaquil

By Fernando del Rincón, CNN Posted at 22:29 ET (02:29 GMT) April 12, 2023

## MORE FROM ECUADOR (10 videos)

Autoplay




Explosion of insecurity in Ecuador, is it the fault of Lasso or...




The Government's strategy to confront organized crime




Shooting in Guayaquil leaves 10 dead and one injured

SEE MORE

EOIR — 118 of 172

Guillermo Lasso

## DIGITAL VIDEOS




**SCIENCE AND SPACE**

**NASA makes a comparison of the largest black holes**




**INDIA**

**Baby leopard rescued in India**




**NEWS FROM THE UNITED STATI**

**He is the 24-year-old su of the mass shooting in**

Latam | USA | WORLD | BUSINESS | ENTERTAINMENT | sports | Techno | trips | health | Style | opinion | VIDEO | Podcasts

follow us

© 2023 Cable News Network. To Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2023 Cable News Network.

CONDITIONS OF USE Advertise PRIVACY CONTACT US Ad elections Powered byWordPress VIP Cookie Settings

upload ↑

# EXHIBIT O

Friday, May 5, 2023

The time

THE TIME

home»NATION
"25 criminal groups, from nine criminal organizations, corner Ecuador

# 25 criminal groups, from nine criminal organizations, corner Ecuador

September 25, 2022



Police and military guard members of gangs, in a transfer.

**LA HORA agreed to a police report detailing the organizations and their alliances. In addition, he warns of a new threat in the country: arms trafficking.**

Criminal gangs have increased. That is what is

## Recent News

- Inclusive fashion show this Saturday in Ambato
- Yachay's assets are seized in Urcuquí
- Entrepreneurs will be able to train in Ambato
- This Sunday, La Carolina Park in Quito will have a dog adoption day
- Parents send their children to be kidnapped to send them to 'dehomosexualization' clinics

## Advertise with us

Communicate with our sales team; choose your audiences and get to where you want to be.

Quote your ad here

reflected in a report by the General Subcommand of the Police, which is one of the supports for Guillermo Lasso's request for popular consultation and which is under analysis by the Constitutional Court.

The 17-page document, with Code PN-SCG-CyEOI-2022-228-INF, is signed by two Intelligence agents. It's from last August 22.

The investigators detail the answers to the questions of the Advisor of the Administrative Secretariat of the Presidency about the security situation in the country.

There are several revealing data that, in addition to supporting the question about the intervention of the Armed Forces in the control of organized crime, as proposed by Lasso, detail new data on gangs, arms trafficking and seizures.

**The criminal gangs of Ecuador**

The National Anti-Delinquency Investigation Unit, from 2022, began with the work of identifying the existing groups according to the affinity declared by its members.

These groups are responsible for the worst crimes that plague the country: drug trafficking, murders, femicides, robberies, kidnappings, illegal mining, smuggling...

Thus, as of August 3, there are already 25

criminal organizations, each with organized criminal groups.

These are (name of the organization and number of groups):

1. The Wolves (8)
2. Tiguerones (5)
3. Choneros-Águilas (3)
4. R7 (2)
5. Águilas-Fatales (1)
6. Chone Killer (1)
7. Choneros-Fatales (1)
8. Lizards (1)
9. New Generation (1)

**Places with the most crimes committed with firearms**

The report points out that, from January 2018 to August 2022, 87,652 crimes have been committed with firearms, including: robbery of people, robbery of homes, theft of goods, accessories and car parts of vehicles, theft of economic units, theft of motorcycles, theft of cars and robbery of roads.

The first five places reveal that there is a province that has not had, so far, a state of emergency despite the constant request of its inhabitants and productive guilds: Los Ríos.

This is the ranking of the areas and subzones that have the most crimes committed with firearms is:

1. Guayaquil, with 38.9%
2. Los Ríos, with 11.98%

3. Quito, with 11.39%
4. Guayas, with 10%
5. Gold, with 7.89%
6. Manabí, with 4.8%
7. Esmeraldas, with 3.04%

## Flooded with illegal weapons

The report that arrived in Carondelet details that arms trafficking is a real threat to state security. In addition, that there is easy access to weapons due to a "control deficit at our borders."

"On the southern border, the most used routes for the illegal trafficking of weapons, ammunition and explosives are in the provinces of El Oro and Loja, where there are main points such as Huaquillas and Macará, where the firearms that are sent to the rest of the country would enter," says the official document.

"These places are chosen by traffickers since there would be more than 100 trails that have no control and facilitate this activity."

The Police recommends exercising better control of security companies and importers of firearms.

From January 2020 to August 2022, the Police have managed to seize 18,923 firearms in different control operations.

Depending on the type of weapon, the most seized is the revolver (7,456), then pistols, holsters and shotguns. The document indicates that 320 sub-metrailers have been found in that period.

Guayaquil, again, is the most affected area of the country according to the Police. And Los Ríos also appears.

This is the ranking of the areas where the most weapons have been seized:

1. Guayaquil, 4,107 weapons
2. Guayas, 2,307 weapons
3. Los Ríos, 2,268 weapons
4. Esmeraldas, 1,615 weapons
5. Manabí, 1,563 weapons
6. Quito, 1,292 weapons
7. El Oro, 1,281 weapons (JC)

## La consulta popular se vislumbra como el primer paso para golpear la Constitución correísta de 2008



El Gobierno prepara una reunión con los jefes de bancada de la Asamblea Nacional para recoger sus criterios. La consulta popular planteada por el Gobierno de Guillermo Lasso - que está bajo análisis de los jueces de la Corte Constitucional (CC) desde el 12 de septiembre de 2022- podría ser el primer golpe que tendrá la ... Sigue leyendo

Category: Country

Tag: Banda Los Lobos | popular consultation | Insecurity | Tiguerones

Previous:
**Tungurahua: September 25, 2022**

Next:
**Cuba submits equal marriage and solidarity pregnancy to a referendum**

© 2023 La Hora. All rights reserved. We are a journalistic company with regional newspapers, of a local nature.

## us

CONTACT US
ABOUT US
CODE OF ETHICS
PRIVACY AND
PERSONAL DATA

## Provinces

TUNGURAHUA
ESMERALDAS
IMBABURA / CARCHI
LOJA
THE RIVERS
SANTO DOMINGO
ZAMORA

## FOLLOW US ON

# EXHIBIT P

# Cuenca endures a wave of organized assaults in residential areas

The neighbors of the exclusive neighborhood of Puertas del Sol, in the southwest of Cuenca, have been afraid for two weeks. In the early morning of June 9, a group of 15 armed men assaulted a house, after subduing its owners and the guards of a private urbanization.

The criminals took a batch of jewelry valued at $50,000, in addition to cash and other valuables.

## Despite the risks, the Bajo Alto plant will operate for 60 more days

Génesis García works in a commercial square, located next to that house, reports that in the two years that this sector frequents, it is the first time that a criminal act of that proportions occurs, "we are frightened."

The same feeling has Deysi Espejo, who works in another place in the area. She says that, after the robbery, the owners of the homes and businesses began to organize themselves to improve security.

Puertas del Sol is considered a safe sector of Cuenca, since it is an exclusive residential area in which each urbanization, and even some private homes, have their own guardianship.




**General view of the residential sector of Puertas del Sol, where an assault occurred in which 15 criminals participated.** Xavier Caivinagua

Something similar happens in Challuabamba, an expansion area on the outskirts of Cuenca where there are private urbanizations, where that same day a criminal group assaulted two commercial premises with the use of machine guns.

The population of Challuabamba was already on alert, because on May 31 a criminal gang blew up an ATM located at a gas station and on June 1, 10 men entered a house in the sector and took objects from the safe.

The first robbery under this modality occurred in April. A group of 15 criminals entered a vehicle sales yard and after subduing the guard, they stole USD 15,000 in cash and five high-end cars, including a BMW.

Although police figures indicate that crimes in general in Azuay have a 2% reduction compared to the same period of the previous year, this type of assault is relatively new in Cuenca.

This is how the authorities of the Government and the Municipality admit them. In addition, three suicide-style crimes have been committed so far this year and an increase in femicides has been reported.

EOIR — 129 of 172

# Criminal gangs that operate throughout the country

The head of the Azuay Police sub-zone, Walter Villarroel, explains that those behind these events "are not typical criminals who take advantage of the opportunity to commit crimes," but well-organized gangs that normally act throughout the country.

"Because of the way they operate, they are even influenced by criminals from abroad," he details and gives as an example the modality of robberies in ATMs with detonations of explosives. In Cuenca, five have occurred so far this year, three attempts and two concrete attempts.

After the last robbery, the police captured the gang that was engaged in this activity. Among the members were people who had already been arrested in Guayaquil and Quito for the same crime.

"It is something that is moving to the different cities of the country. These groups also do their intelligence work, see where to act, plan and execute," Villarroel explains.

This year the Police have dismantled 13 criminal gangs in Azuay, which were mainly dedicated to the robbery of people, home robbery and micro-trafficking.



**Military personnel and EMOV agents carry out operations in El Ejido, a commercial sector of Cuenca, in June 2022.** Courtesy

## The security dispute

The issue of security in Cuenca has been the cause of friction between the Municipality and the Executive.

Mayor Pedro Palacios has repeatedly demanded the Central Government's attention to this issue, he even led a march for peace - qualified as a policy by some sectors - with which he sought to attract the attention of President Guillermo Lasso.

Faced with the mayor's questions, the governor of Azuay, Matías Abad, reminded him that the municipalities are co-responsible in security. He even mentioned that local governments that charge the security fee, such as Cuenca, have more responsibilities.

But the latest criminal acts got the authorities and different sectors of society to sit down to talk about security.

On June 10, the Minister of the Interior, Patricio Carrillo, arrived in Cuenca and met with mayors of Azuay, councilors, assembly members, rectors of universities, representatives of the Prosecutor's Office, Judiciary, the

EOIR — 131 of 172

productive sector and neighborhood leaders.

From that meeting came the road map to work on the security of the province, says the governor: "From this meeting, technical work tables will be made, to land the specific proposals."

Although there are commitments from the Government and the local Municipality, there is still no comprehensive plan that includes those proposals and concrete actions. The Governor admits that one of the goals is to "build a comprehensive security program among all."

There is also no timetable set for the technical tables, which at the moment are waiting for the national strike.




**The march for peace took place in Cuenca on May 19, 2022.** Xavier Caivinagua

## Citizens are waiting for actions

Representatives of different citizen sectors expect concrete actions and question the political management of security.

Víctor Quito, president of the Federation of Neighborhoods of Cuenca, expresses that, although each institution has its defined competences, "we must unite and stop saying this is not mine."

It adds that neighborhoods are not exempt from those responsibilities and that they can also contribute to improving security. According to the Citizen Security Council, fewer crimes occur in the neighborhoods of Cuenca that are more organized.

For Jaime Moreno, executive vice president of the Chamber of Commerce of Cuenca, "on this issue we cannot begin to have political speeches, it is an issue that should convene all actors."

The leader recalls that in 2019 there was already a citizen assembly for security in which ideas were raised to know what Cuenca needed. He assures that there are no institutions in the city that are fundamental for the fight and prevention of crime.

"Cuenca does not have a property crime investigation direction or an anti-crime intelligence unit. So, no matter how many personnel we may have, we will not be able to do the job properly," he says.

## The offers that are not materialized

While the Government offers to incorporate 500 police officers to the 1,900 existing in Azuay, install an air base for the aeropolice service and allocate the resources that correspond to security, the Municipality has a four-axis plan:

- Strengthen prevention.
- Provide logistical and operational support to the National Police.
- A reform to the organizational structure of the Law on security.
- Combating social inequalities.

The first two are the direct competence of the local government, but the last two depend on other instances. Froilán Salinas, director of the Citizen Security Council, believes that it is necessary to work articulated with the other institutions of the State to develop these axes.

Salinas says that statistics show what issues can be worked on to prevent crimes. For example, 40% of the crimes that occur in Azuay are due to

domestic violence or alcohol consumption, according to police data.

The director of the Security Council explains that in Cuenca, strong work is needed to prevent domestic violence, which is the crime with the highest prevalence in the last three years.

Currently, the Municipality of Cuenca is in the process of acquiring, with resources that come from the citizen security tax, security cameras for the ECU-911, motorcycles and vans for the Police.

RELATED NEWS



Uploaded on: 10/18/2024 at 11:24:13 AM (Eastern Daylight Time) Base City: NYB


# EXHIBIT Q

Uploaded on: 10/18/2024 at 11:24:23 AM (Eastern Daylight Time) Base City: NYB

# OPINION | Insecurity passes an ultimatum to Ecuador

12:20 ET (16:20 GMT) September 19, 2022

Ecuadorian police stand guard outside a prison complex in Guayaquil after a riot in Guayaquil, Ecuador, on September 2, 2022. (MARCOS PIN/AFP via Getty Images)

***Editor's note:*** *Rodrigo Jordan has a degree in Social Communication since 2003 and has a master's degree in Communication Projects from the University of Navarra in Spain. He is a consultant in Strategic Dissemination and Crisis Management and CEO of Rojo.Com and Hypermedia, communication advisory agencies with operations in Latin America. He was Director of Communications of the Ministry of Tourism of Ecuador in 2005. The opinions expressed in this comment are solely the author's. You can find more opinion articles at CNNe.com/opinion.*

**(CNN Español) --** President Guillermo Lasso will serve 16 months in the presidency of Ecuador on September 24 and in terms of citizen security, the president gets one of his worst ratings.

In almost a year and a half, the 18 million Ecuadorians have witnessed engrossed how the country has become a territory where crime and homicides reach worrying rates.

The statistics of the National Directorate of Crimes against Life, Violent Deaths, Disappearances, Extortion and Kidnapping (Dinased) of the Ecuadorian Police reveal that, in the first eight months of this year, the number of intentional homicides already exceeded everything recorded in 2021.

This is how last year there were 2,494 intentional homicides and as of August 13, 2022, there were already 2,647. The trend is serious.

This scourge - in a country where child malnutrition, rural poverty, full employment and informality have worrying indicators - is a real ultimatum

EOIR — 136 of 172

to the already weakened governance of President Lasso, expressed, above all, in his constant disagreements and struggles with the first power of the State, which is the National Assembly.

The uncontrollable wave of violence is rapidly degrading the lifestyle, the way of working, producing, confidence in democracy and the vision of the future of families.

And the worst thing is that, in my opinion, Ecuadorian society has hardly been able to react, because the Government, the National Assembly and the Judiciary have not had the capacity to transform and innovate their essential tools to combat crime and illicit businesses.

This incapacity was evident, for example, when Parliament approved on August 6 the new Organic Law that regulates the legitimate use of force, rejecting recommendations of the Presidency of the Republic to incorporate key articles that would allow the fight against crimes with greater force.

This new legal body, then, was not issued as requested by the president, Guillermo Lasso, and the commander of the National Police, Fausto Salinas.

Despite the situation, it seems that it has not been urgent for the State to coordinate a major legal reform that tightens the penalties for intentional homicides or that improves the work of judges.

Incredibly, it does not seem that there is a rush for the Government to regain sovereignty over prisons and carry out urgent actions to stop the bloody and constant riots of prisoners, reduce overcrowding or improve training and the number of agents assigned to prisons.

The lack of control in prisons has also made some prisons practically warehouses for weapons of all calibers.

The Report of persons deprived of liberty in Ecuador 2022, prepared by the Inter-American Commission on Human Rights, speaks of all these

aspects, which in its chapter of conclusions recognizes that the Ecuadorian prison system is collapsed.

In the area of strengthening public order, the Government would also not have urgency to create a new police according to the unprecedented historical stage that the country is experiencing, which for me should take decisive actions such as seriously equipping the public forces, transforming intelligence systems and purging the police ranks.

We can still hear generals of the Ecuadorian Police talking about the urgent need for more support from the central government, despite the existence of their own economic resources and international cooperation.

I also believe that no criminal control policy can be successful without intervening in the social base to multiply the opportunities for education and employment in the poorest population and from where criminal gangs recruit their new members.

The same National Institute of Census Statistics (INEC) revealed in June that poverty and extreme poverty mercilessly attack 42.9% and 22.7%, respectively, of families in the rural sector, and throughout the country those figures are 25% of poverty and 10.7% of extreme poverty.

The authorities must then understand that they cannot allow most citizens to resign themselves to accepting that they are alone in this fight and that it is only up to them to devise personal security strategies and live pending that crime does not touch their lives.

There are good examples of how populations, previously plagued by violence, have managed to reduce the number of homicides in the medium term, as is the case in the Mexican state of Sinaloa.

Finally, we must emphasize that, if we do not move from speeches to results, we will only be accepting that crime is stronger than an entire State and that Ecuador is not viable in the short term.

# EXHIBIT R

# The time

THE TIME



## Recent News

- The World Health Organization declares the end of the COVID pandemic
- Inclusive fashion show this Saturday in Ambato
- Yachay's assets are seized in Urcuquí
- Entrepreneurs will be able to train in Ambato
- This Sunday, La Carolina Park in Quito will have a dog adoption day

## Advertise with us

Communicate with our sales team; choose your audiences and get to where you want to be.

Quote your ad here

Tre ndy

# Justice officials are under threats and little protection

September 28, 2022




JUSTICE. In Ecuador there are more than 400 judges and 845 tax agents.

***At least six have been killed and two others have been victims of attempts. Protection cases last for six months.***

After the **murder of prosecutor Edgar Escobar, in broad daylight, in the city of Guayaquil**, Guayas province, the **threats and attacks** to