which judicial servants in the country are exposed, such as **judges, prosecutors, experts and prison guards**, have become more evident**.**

According to a police report, **seven** of these servers **have been killed**, so far in 2022 (see box).

When an official, for example, a prosecutor is threatened, he must fill out a form on the website of the Judiciary Council,

In the case of prison guides or other servants, protection must be requested **from Human Talent or from the Directorate of the Victims and Witness Protection System of the Prosecutor's Office.**

The request goes to the Police, where **the level of threat** is **evaluated. When the need for protection is determined, elite groups are assigned** and the person who is under threat is recommended to take self-protection measures.

## Security requests

Security can **last six months** and be extended if necessary. This, however, is considered insufficient, so officials have requested to take new measures to safeguard its integrity.

The **Ecuadorian Association of Magistrates and Judges (Aemaj**) issued a list with requests to be able to safely exercise their functions. "Judges do much more than issue a sentence, **we even put out of our pocket to cover the**

**lack of supply** and every day we expose our lives, especially those of us who work in criminal matters because **we work in unsafe judicial units**," denounced **Heidy Borja**, president of the Ecuadorian Association of Magistrates-nucleo Guayas.

He added that they are demanding the "minimum safety conditions" and that their **work cannot cost them their lives**.

Among the requests is to **implement security rings** in the **perimeter of the judicial units** where cases related to **organized crime** are being processed.

They also ask for a **video surveillance circuit** in the judicial units, **with direct connection to ECU 911**; **police protection** in the judicial units, with the obligation for **police to review and register** users, and implement **metal detectors** and technologies for the **detection of explosive devices.**

They also ask that the doors of the **judicial units** have different exits for users and officials, that the **risk analysis** profile report be processed within a maximum period of 24 hours and that officials receive instruction on **risk situations,** starting with the criminal judges, with a course called **Institutional security and self-protection.**

Borja pointed out that there are **475 judges (**at the national level), who exercise their role in criminal matters, of these 75 are in Guayas.

EOIR — 142 of 172

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (3 of 89)

But, according to profile reports, **only one reports a high level of risk.**

Jessica Cañadas, part of the legal team of the Association, explained that in order for a magistrate to obtain a protection measure, he must comply with a series of requirements: Fill out the form of the Council of the Judiciary, so that it then goes to the Ministry of the Interior and that it arranges the specialized unit of the Police to make a risk assessment.

The need - said Cañadas - is that until they are provided with a permanent security device, they must have a temporary one with the direct coordination of the applicant and the subdirectorate in charge.

"Current and effective regulations are required to deal with the situation of lack of protection that we are experiencing at the national level and that has resulted in terrifying insecurity for all judicial officials," he added. (AVV)

## Murders and attempts on judicial servants

**30/ 1/ 2022:** Manabí, murder of a prison guide.

**8/3/ 2022:** Esmeraldas, murder of a prison guide.

**30/ 4/ 2022:** Guayaquil, murder of a prison guide.

**5/5/2022:** Santo Domingo, attempted murder of a prosecutor.

**5/25/2022:** Manabí, murder of a prosecutor.

**5/25/2022:** Manabí, murder of a prosecutor's assistant.

**8/15/2022:** Babahoyo, murder of a prosecutor.

**9/19/2022:** Guayaquil, fiscal assassination.

**9/19/2022:** Sucumbios, attempted murder of a judge.

***Source:*** *National Police- THE TIME*

> **So far in 2022, there have been twice as many deaths of judicial officials, than in previous years.**

> **At the national level, 21 prosecutors and 13 judges have protection measures.**

Category: Country

Tre ndy

Previous:
**The Cathedral, the survivor of Ibarra**

Next:
**TV sale doubles for the Qatar World Cup**

EOIR — 144 of 172

© 2023 La Hora. All rights reserved. We are a journalistic company with regional newspapers, of a local nature.

## us

CONTACT US
ABOUT US
CODE OF ETHICS
PRIVACY AND PERSONAL DATA

## Provinces

TUNGURAHUA
ESMERALDAS
IMBABURA / CARCHI
LOJA
THE RIVERS
SANTO DOMINGO
ZAMORA

## FOLLOW US ON

EOIR — 145 of 172

# EXHIBIT S

PUBLICIDAD

Exclusively

# Los Lobos handle micro-trafficking from prison on the streets of Cuenca

**In a year in which violent deaths and crimes have increased, the authorities are on the trail of the criminal organizations that operate in Azuay.**



Author: Writing Primicias

Updated: 1 Sep 2022 - 5:28

Prisoners walk on the roofs of the Turi prison in Cuenca, during the riot of April 4, 2022. - Photo: Xavier Caivinagua



EOIR — 147 of 172

Uploaded on: 10/18/2024 at 11:24:23 AM (Eastern Daylight Time) Base City: NYB RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (8 of 89)

The presence of the criminal organization **Los Lobos has become notorious in Cuenca**, and is related to drug micro-trafficking. That presence is seen in the unusual wave of crimes that the city has suffered in 2022.

The Anti-Drug Investigation Headquarters confirmed to PRIMICIAS that Los Lobos took over the drug sale in the capital of Azuaya.

- **Key stages of the Giro d'Italia 2023**

The gang, says the Police, **has cells in popular sectors** such as the Tolerance Zone, Feria Libre, Barrial Blanco, Terminal Terrestre, Chola Cuencana, Nueve de Octubre. But it also operates from properties that are located in the rural areas of Cuenca.

PUBLICIDAD

From the existing investigations and the operations carried out in the last year, it is known that Los Lobos **have recruited young people from the locality, and even entire families** and foreigners.

"They are looking for a way to attract those who do not get a job and do not have opportunities," explains Robin Contreras, head of Anti-Narcotics in the province of

01

**The million aire money washin g machin e of alias Fito is under the magnif ying glass**

55054 visits

EOIR — 148 of 172

Azuay.

The Wolves are the second largest criminal gang in the country and are engaged in drug trafficking. But, according to Intelligence reports, **in Azuay the microtraffic business only operates** in popular neighborhoods and through couriers.

## Turi, the quarter of Los Lobos

The actions of this criminal gang **are directed from the Turi prison.** "The Wolves have been settled here for a long time, especially in prison. There are some of their leaders and they arrange what should be done in Azuay," explains Contreras.

PUBLICIDAD

Its leader, Wilmer Chavarría, alias 'Pipo', operated from Turi prison before being transferred to the Guayas regional and **then receiving pre-freedom**. His family reported his death in 2021, but the police have not been able to confirm it.

For now, the disputes between criminal gangs in Azuay have focused on the Turi prison, where there are also members of other gangs, such as the **Chone Killers, the Latin Kings, the Tiguerones and the R7.**

02
**Drug trafficker, whom the US hopes to condemn, was imprisoned in Ecuador**
11846 visits

03
**This is Ecuador's relationship with the Italian and Albanian mafias**
7112 visits

04
**Criminal gangs make the technological leap in Ecuador**
4835 visits

EOIR — 149 of 172

Local authorities have repeatedly asked for **the transfer of gang leaders to other prisons in the country**, because Turi was not conceived as a national rehabilitation center, but a regional one.

In April 2022, after **the massacre that left 20 prisoners dead**, five leaders were transferred from Turi to La Roca in Guayas, among them were Alexander Ariel Quezada Sanmartín, leader of Los Lobos, and Freddy Marcelo Anchundia Loor, head of the R7.

PUBLICIDAD

The last massacre in Turi was precisely due to a dispute between these two criminal organizations. **The R7s got tired of the abuse of power by Los Lobos**, who have maintained control of the penitentiary center since they gained territory from Los Choneros in 2021.

## Violent deaths

05
**Ecuador would declare eight narco-criminal gangs as terrorists**
4523 visits

06
**Alias 'Fito' paves the way to get pre-freedom**
2,780 visits

07
**In five years, the processing of protection and habeas corpus actions rose 211%**
2095 visits

**Police carry out a control of weapons and ammunition in the Tolerance Zone, a territory dominated by Los Lobos, in Cuenca.** Courtesy

Outside the Turi prison, Los Lobos also does not allow other organizations to enter their territory. **There are some indications of disputes** over the control of the narcotics sale business, according to the Police.

One of those indications, which is still under investigation, seems to be a double crime that happened at the beginning of August 2022. **Two men were found packed** in the Cuenca River, north of the city.

The murdered people arrived at Santo Domingo de los Tsáchilas and Guayas. "They were engaged in microtrafficking in the tolerance zone where they resided, until they

08
**Ecuador leads the increase in criminal violence in Latin America**
1876 visits

09
**Alias 'Bemba' joins the list of beneficiaries with pre-freedom**
1826 visits

10
**Zapata: 35 new UPCs should be ready by the end of June 2023**
1517 visits

PUBLICIDAD

were killed, **for an alleged territory dispute,**" explains William Egas, deputy commander of the Azuay subzone.

The provincial prosecutor of Azuay, Leonardo Amoroso, says that it is presumed that the crime was a settling of accounts because one of the bodies had a poster with the legend '**For Ronald and Anchundia. R7 captured and dead.**

The Provincial Prosecutor's Office is investigating whether the discovery, on Friday, August 26, of a decapitated body in the Yanuncay River, is also related to the sale of drugs. The victim was identified as Jonathan Alexander Ordóñez.

Ordóñez **was released two weeks before the Machala prison**, where he was imprisoned for murder. In addition, he has a history of drug sales.

## Three cases of hired killers

These cases are in addition to the investigations of three hired assassins that occurred at the beginning of the year in Cuenca, two in the tolerance zone of the Cayambe neighborhood. These crimes gave the alert of the possible **presence of organized crime in Azuay.**

EOIR — 152 of 172

The Police and the Prosecutor's Office refuse to attribute the violent deaths that occurred in Cuenca (27 so far this year) to any criminal structure. The commander of the Police in Azuay, William Egas, assures that the organized groups operating in that province "are still identifying."

Egas explains that Azuay has a **rate of four deaths per 100,000 inhabitants**, which keeps it as one of "the lowest in the country" and assures that the crimes that occurred in recent weeks **alarmed Cuenca society**, but **"they are isolated facts."**

## Extortion alerts

: **Military personnel carry out controls in the Chola Cuencana sector, in Cuenca, in July 2022.** Courtesy

Murders are not the only crimes that concern the authorities. The Police have also received alerts of **alleged extortion from business owners**, in exchange for not hurting them, a modality known as "vaccine".

Egas assured that an investigation was opened to determine if the alerts are real.

The police chief explained that it is important for people who receive this type of extortion threats **to report the facts in order to expand the investigations.**

He recalled that if someone is extorting them and they are afraid to report, those cases can be treated **in a reserved manner.**

The Prosecutor's Office registers between January and August of this year **144 complaints of extortion in Azuay**, 31 more than in the same period of 2021. In addition, 133 attempts at extortion, when the previous year there were only 10.

These criminal acts lead the authorities to look for solutions to improve security in Cuenca and Azuay. For example, controls **on weapons,** ammunition and explosives were intensified in the areas identified as those with the highest criminal incidence.

In addition, this week, **the province's police**

**leadership was renovated** after three uniformed personnel were **linked to a crime** that occurred in the Historic Center of Cuenca.

#Insecurity in Cuenca #The Wolves #microtraffic
#narcotrafficking #violence in prisons

SHARE:

Sponsore
San Carlos
Stories c
inspirati
Read More »

# RELATED NEWS

Exclusively

**The millionaire money washing machine of**

Exclusively

## Defense issued a "secret military guideline" to confront terrorism

Read More »

Exclusively

## This is Ecuador's relationship with the Italian and Albanian mafias

Read More »

Exclusively

## Criminal gangs make the technological leap in Ecuador

Read More »

## alias Fito is under the magnifying glass

Read More »

Exclusively

## Alias 'Bemba' joins the list of beneficiaries with pre-freedom

Read More »

Exclusively

## Ecuador would declare eight narco-criminal gangs as terrorists

Read More »

Exclusively

EOIR — 156 of 172

## There is a greater presence of synthetic drugs in Quito, Guayaquil and Carchi

Read More »

Exclusively

## Large boats threaten artisanal fishing in Jama

Read More »

PUBLICIDAD

PUBLICIDAD

TAGS

privacy policy

contact

Sales Contact

who we are

Sign up for our newsletter

Activate Notifications

Follow PRIMICIAS on Google News

#TheSportWe Want

Qatar World Cup 2022

Sectional Elections 2023

All rights reserved 2023

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (19 of 89)

# EXHIBIT T

# Who are the Wolves?

## Los Lobos is a band that belonged to Los Choneros.

GK · Last updated October 17, 2022

Los Lobos is a criminal gang that broke away from Los Choneros, a feared gang dedicated to drug trafficking, hired killer and other crimes - For many years, *Los Lobos,* along with *Los Chonekillers, and Los Tiguerones* worked under the wing of Los Choneros, until their leader, Jorge Luis Zambrano, alias Rasquiña, was killed in a Then, the relationship broke up and now, according to the Police, all these gangs are fighting for the leadership left by Rasquiña.

In addition, it is believed that after the death of alias Rasquiña, Los Lobos did not agree that the command of the organization passed into the hands of alias Fito - the right hand of Jorge Luis Zambrano - and that is why tensions grew in the prisons.

**→ Also read: Who are the Chonekillers?**

Los Lobos are the **second largest band in Ecuador** after Los Choneros. It is estimated that in prisons, at least 8,000 people are part of this gang (in Ecuador there are more than 38,000 in the entire prison system). They are in the prisons of the provinces of Cotopaxi, Tungurahua, Santo Domingo, Guayas, Chimborazo, Azuay and El Oro. In the Litoral Penitentiary, there are so many Los Lobos that occupy an entire pavilion: number 9.

According to the Primicias portal, many of the members of Los Lobos are poor teenagers.

**Los Lobos, like Los Choneros, are dedicated to drug trafficking**. According to Colonel Mario Pazmiño, former director of military intelligence, Los Lobos are linked to the **Jalisco New Generation cartel**, a transnational Mexican drug trafficking group that is also engaged in arms trafficking.

**→ Also read: Who are the Tiguerones?**

The Wolves operate mainly in the Andean cities of Latacunga and Cuenca, in the Amazonian province of Pastaza, and in Machala, on the Coast. It is also believed that they have great influence in the Sierra Centro and in the Cotopaxi prison, on the outskirts of Latacunga.

**Who is the leader of Los Lobos?**

The leader of Los Lobos **was Wilmer Chavarría, alias Pipo**, who operated from the Turi prison, in Cuenca. But the police believe that he is dead and that the new leader of Los Lobos is **alias Esteban**, the son of the alias Pipo couple. **It is unknown why Chavarría's death has not been proven**, but there are two very different theories.

One says that Chavarría was one of the 34 inmates who died in the Turi prison after the riots of February 23, which nationwide caused the death of 79 people deprived of liberty. The other theory says that alias Pipo was at large, although it is known that he had been imprisoned since 2017, and that he was murdered by order of Los Choneros on a farm in the province of Los Ríos. The Police have not been able to answer about the veracity of any of these theories.

**→ Also read: Who are the Choneros?**

Alias Pipo had at least 50 legal proceedings against him for different crimes such as drug trafficking, theft, possession of weapons, and crimes against life. According to the Plan V portal, alias Pipo, he was not only at the head of Los Lobos, but also influenced Los Tiguerones, another band that was born from Los Choneros.

EOIR — 161 of 172

# EXHIBIT U

# The Choneros and Lobos begin to become drug trafficking cartels

The Minister of the Interior, Patricio Carrillo, confirmed to PRIMICIAS that all the events concatenated with violence, especially in Guayaquil, as well as the **strengthening, in recent years, of the gangs of Los Choneros and Los Lobos** are signs that they are on their way to becoming the first drug trafficking cartels in Ecuador.

A key fact is its number of members, its war and economic capacity: LosChoneros **has about 20,000 members and Los Lobos, with 8,000**.

## US brand plans to open new stores in Ecuador

"That trend is what we must reverse and it is one of our most urgent goals: **to dismantle those criminal organizations, with all their networks, their connections** and their sources of funding before they become uncontrollable," Carrillo admits.

Intelligence sources and specialists agree with their diagnosis, who highlight another indicator of the transformation: Los Choneros and Los Lobos already have control of complete lines of drug trafficking in Ecuador.

Lines that include from the purchase and transport of cocaine on the Colombian-Ecuadorian border, to the management of their own processing laboratories, collection centers and transport to the ports in the provinces of Guayas, Manabí and Esmeraldas.

"Los Choneros, Los Lobos and even other smaller organizations, such as Los Tiguerones and the Chone Killers, are no longer only armed arms in charge of securing shipments, but offer **express services for the large Mexican and Balkan cartels** (especially Albanians)," says an official who investigates the evolution of these criminal groups.

With their illicit activities, the gangs today obtain **millionaire income**, which allows them to acquire large-caliber weapons, ammunition, explosives and bribe authorities, according to the same official who asked to keep his name in reserve.

In addition, they have set up companies to launder money and businesses of all kinds to 'wash' their 'income'.

"They already have control of complete lines on the internal routes from the border to the ports, especially from Guayaquil," the official emphasizes.

## Brazil: from bands to posters

The mutation of the bands towards cartels is not a new phenomenon in the region. The most obvious case in Latin America is that of the First Command of the Capital (PCC) and the Red Command, in Brazil.

The PCC was born in 1993 in the mega prison of Taubaté, state of San Pablo, as a protection group against prison massacres and was degraded until it ended up involved in drug trafficking.

And the **Comando Vermelho was born in 1979,** at the Cándido Mendes Penal Institute in Rio de Janeiro. One of its leaders was former drug trafficker **Fernandihno Beira-Mar,** who is currently serving a sentence of **150 years in prison** in Brazil.

In Ecuador, the rates of violent deaths began to skyrocket since 2018 **and have gone from 7.4 homicides to 14, per 100,000 inhabitants.**

In Brazil, in 2021, this score was 18.5 homicides and in Mexico it was 26. More than **90% of those deaths** are directly and indirectly related to the **criminal actions of the cartels,** according to Brazilian analyst Marco Bastos.

Bastos was in Ecuador at the end of 2021, several weeks, analyzing the evolution of organized crime in the country and its characteristics.

In Brazil, he points out, the **lack of a systemic strategy of the State** to control prisons and make a clear diagnosis of the problem of drug trafficking triggered the creation of gangs and gangs in prisons.

> *"As the years went by, the PCC evolved into a transnational cartel. Today it controls cocaine and weapons trade routes throughout South America and exports drugs to Europe through Brazilian ports."*
>
> *Marco Bastosnone*

## X-ray of the organizations

In Ecuador**, this criminal dynamic accelerated** after the murder of Jorge Luis Zambrano, alias Rasquiña, in December 2020 and anti-narcotics agents, prosecutors, authorities and specialists consulted by PRIMICIAS

coincide in that thesis.

Since 2011, Rasquiña became the undisputed leader of Los Choneros, and one of the main operators of the Sinaloa Cartel in Ecuador.

In an area known as 'Siete Puñaladas', in Manta, 'Rasquiña' kept its thousands of members cohesive and subordinates to other criminal groups, such as **Los Lobos and Los Lagartos, with whose leaders it held strategic alliances.**

But, after his murder in a shopping center in Manta, a fierce dispute arose over his successor, especially between **Junior Roldán, alias 'JR', and José Macías, alias 'Fito'**, Rasquiña's right-handman, for many years.

Both were imprisoned in the Regional Prison of Guayaquil until 'JR' received a habeas corpus to be released and serve his sentence at home. Although, later, that measure was revoked and his transfer to a hospital was ordered.

The truth is that in the last two years neither 'JR' nor 'Fito' have been able to exercise clear leadership, both being leaders of Los Choneros, **which has produced a kind of disbandment among some of their lieutenants**, who have formed their own criminal organizations.

The crisis between Los Choneros has also led to the strengthening of Los Lobos, who strengthened their alliance with the **Chone Killers, the Tiguerones and the Gansters, and work with the Jalisco** New Generation **cartel**.

The Choneros, on the other hand, are allied with the **Eagles, the Latin Kings** and other smaller groups.

## The 'cockroach effect'

The fracture and atomization of the bands, which is known as the '**cockroach effect', has led to a war, focused on Guayaquil,** for the control of the transport of cocaine to Europe and for the control of drug

microtrafficking activities.

These disputes are the **cause of more than 90% of the 436 violent deaths recorded between January and April of this year in Zone 8**, made up of the cantons of Guayaquil, Durán and Samborondón (Guayas).

At the moment, it is the most conflictive and violent area of the country.




**GEMA police carry out anti-narcotics patrols from the port of Guayaquil, through the Guayas River and the estuaries, from where small ships with cocaine leave to contaminate the large cargo ships that carry fruit to Europe.** Courtesy.

Until 2021, the majority of the deceased were **part of the opposing gangs or were** specific **targets** for retaliation or settling of accounts.

But since 2022, there are more and **more victims who have nothing to do with criminal activities.**

From January to April 1, 2022, about 24 minors have died in the midst of criminal acts or crossfire.

For Minister Carrillo, the most urgent goal of his management is **to contain the criminal wave and violence in Guayaquil**, where more than 10 violent deaths are already reported every day.

# Why is there violence?

Why so much violence in this process? During the last three years, the trend of cocaine shipments from Ecuador has changed.

**The main destination ceased to be the United States,** which was replaced by European countries, such as **the Netherlands, Belgium, Albania and Spain**, as confirmed to PRIMICIAS by Colonel Byron Ramos, deputy director of Anti-Narcotics.

In these four months of 2022, in the port of Guayaquil alone**, the Police seized 31 tons of cocaine**, shipped in containers of ships that were going to Europe with fruit and other export products.

In the same period, the previous year, 12 tons of cocaine were seized. In other words, the captures have tripled, according to Ramos.



**After each revolt in the Penitentiary or in the Guayaquil regional Penitentiary, the Police try to regain control of the pavilions, in the midst of armed attacks by the members of the gangs.**

The containers with export products are contaminated while sailing through the arms of the sea in the Gulf of Guayaquil, do the operators of the gangs that leave in small boats from the mangroves at night, says Major Carlos Vizcaíno, head of the Special Mobile Anti-Drug Group

EOIR — 168 of 172

(GEMA) in Guayaquil.

A strategic sector for these criminal operations is the populous South Guasmo, which adjoins the estyros.

In the neighborhoods closest to the estuaries, especially in Punta Arrecha, **Los Lagartos ruled many years ago,** today allies with several atomized bands of Los Lobos, who have hundreds of operators to transport the narcotics.

In addition, they have collaborators in the companies that manage the ports, as confirmed by an inhabitant who lives in that sector, interviewed by PRIMICIAS.

"Those gangs control everything here and no one touches them, **many authorities fear them because they have been threatened** or receive payments for their work in the ports," he says. The Choneros have tried to enter the sector to take control of that route.

The raid of Los Choneros has unleashed **violent armed clashes in this** and other populous sectors of Zone 8.

"Last Monday, in my neighborhood **they already killed two young people, 14 and 17** years old, having nothing to do with any criminal activity, **teenagers who work for Los Lagartos and killed them by mistake**. They thought they were selling drugs without their authorization," he says.

# The fight for the 'bount'

Minister Carrillo assures that the main cause of the violent escalation in Guayaquil is due **to the new route that all the gangs want to control,** because it became much more lucrative to collaborate in the shipment of cocaine shipments to **Europe.**

"This route is the one that is causing us the most violence and is where the alliances between drug traffickers and cartels of several countries and

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (30 of 89)
specific nationalities are also evident, with extremely hard and violent mafias, such as Albanian, Russian, Italian and Chinese," Carrillo emphasizes.

Years ago there was only one predominant route through the Pacific corridor by sea and air: it was the route to transport cocaine to the United States.

But the global demand for cocaine, after the pandemic, grew in Europe, where a kilo can be worth up to USD 50,000, on average. In the United States, the same amount costs USD 25,000.

To this is added the increase in the processing of the coca leaf for its transformation into cocaine in Colombia and also in **Ecuador.**

**Criminal groups also already have their laboratories in Ecuador,** although to a lesser extent, explains an anti-narcotics intelligence agent.

When asked about whether this already implies that large local criminal organizations can become autonomous cartels, the Minister of the Interior, Patricio Carrillo, answers yes.

"It's indisputable. **Here there is a high risk of the gangs turning into posters**. The Choneros are ready, they are an army, there are 20,000. The Wolves are in that logic, they are more than 8,000".

> *"The Choneros and the Lobos already face the State, they are not gangs, they are criminal organizations."*
>
> *Patricio Carrillo.none*

With an aggregate - underlines Minister Carillo - "these groups need and have **political and judicial protectors, with uniformed personnel,** which we are trying to identify, because we reinforce the investigative approach

EOIR — 170 of 172

to detect and neutralize all structures, not only drivers or those who take care of cocaine."

## You may also be interested in:

RELATED NEWS



EOIR — 171 of 172

RESPONDENTS: ASTUDILLO TORRES, MARCIA ELIZABETH, TORRES ASTUDILLO, PAULO ANDRES
FILE NO.: 226-088-780, 226-088-781

**PROOF OF SERVICE**

On October 18, 2024, I, Andrea C. Soto, Esq., served a copy of the Form I-589, Application for Asylum and for Withholding of Removal, by electronically submitting a copy to Honorable Scott Bratton at the Executive Office for Immigration Review (EOIR), Office of the Immigration Judge, 290 Broadway -15th Flr, New York, NY 10007, via ECAS, and to the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 26 Federal Plaza, Room 1130, New York, NY 10278, via ICE e-delivery.

/s/ Andrea C. Soto　　　　　　　　October 18, 2024

Andrea C. Soto, Esq.　　　　　　　　Date

Uploaded on: 10/18/2024 at 11:22:17 AM (Eastern Daylight Time) Base City: NYB RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (33 of 89)

Andrea C. Soto, Esq.
SOTO LAW, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**290 BROADWAY -15th FLR**
**NEW YORK, NY 10007**

---

In the Matter of

**ASTUDILLO TORRES, MARCIA ELIZABETH** — **A#: 226-088-780**
**TORRES ASTUDILLO, PAULO ANDRES** — **A#: 226-088-781**

In Removal Proceedings.

---

Immigration Judge: Scott Bratton

Next Hearing: October 30, 2024 at 1:00 PM

# RESPONDENTS' FORM I-589 APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 06/30/2026

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*<br>A 226-088-780 | **2.** U.S. Social Security Number *(if any)*<br>N/A | **3.** USCIS Online Account Number *(if any)*<br>N/A |

| | | |
|---|---|---|
| **4.** Complete Last Name<br>ASTUDILLO TORRES | **5.** First Name<br>MARCIA | **6.** Middle Name<br>ELIZABETH |

**7.** What other names have you used *(include maiden name and aliases)?*
NONE

**8.** Residence in the U.S. *(where you physically reside)*

| | |
|---|---|
| Street Number and Name<br>76 PUTNAM AVENUE | Apt. Number<br>N/A |

| | | | |
|---|---|---|---|
| City<br>PORT CHESTER | State<br>NEW YORK | Zip Code<br>10573 | Telephone Number<br>(914 ) 3050150 |

(**NOTE:** *You must be residing in the United States to submit this form.*)

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| | |
|---|---|
| In Care Of *(if applicable)*:<br>SAME AS ABOVE | Telephone Number<br>( ) |
| Street Number and Name | Apt. Number |

| | | |
|---|---|---|
| City | State | Zip Code |

**10.** Gender: ☐ Male ☒ Female

**11.** Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed

| | |
|---|---|
| **12.** Date of Birth *(mm/dd/yyyy)*<br>07/28/1989 | **13.** City and Country of Birth<br>SIGSIG, ECUADOR |

| | | | |
|---|---|---|---|
| **14.** Present Nationality *(Citizenship)*<br>ECUADOR | **15.** Nationality at Birth<br>ECUADOR | **16.** Race, Ethnic, or Tribal Group<br>HISPANIC | **17.** Religion<br>CATHOLIC |

**18.** *Check the box, a through c, that applies:* **a.** ☐ I have never been in Immigration Court proceedings.
**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*
**a.** When did you last leave your country? *(mm/dd/yyyy)* 05/29/2024 **b.** What is your current I-94 Number, if any? NONE

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 06/06/2024 | SAN LUIS, ARIZONA | EWI | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **20.** What country issued your last passport or travel document?<br>ECUADOR | **21.** Passport Number A9565929<br>Travel Document Number | **22.** Expiration Date *(mm/dd/yyyy)*<br>05/17/2033 |

| | | |
|---|---|---|
| **23.** What is your native language *(include dialect, if applicable)?*<br>SPANISH | **24.** Are you fluent in English?<br>☐ Yes ☒ No | **25.** What other languages do you speak fluently?<br>NONE |

| | | | |
|---|---|---|---|
| **For EOIR use only.** | **For USCIS use only.** | **Action:**<br>Interview Date: _____<br>Asylum Officer ID No.: _____ | **Decision:**<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |

EOIR — 2 of 14

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☒ I am not married. (Skip to **Your Children** below.)

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)* N/A | **2.** Passport/ID Card Number *(if any)* N/A | **3.** Date of Birth *(mm/dd/yyyy)* N/A | **4.** U.S. Social Security Number *(if any)* N/A |
| **5.** Complete Last Name N/A | **6.** First Name N/A | **7.** Middle Name N/A | **8.** Other names used *(include maiden name and aliases)* N/A |
| **9.** Date of Marriage *(mm/dd/yyyy)* N/A | **10.** Place of Marriage N/A | **11.** City and Country of Birth N/A | |
| **12.** Nationality *(Citizenship)* N/A | **13.** Race, Ethnic, or Tribal Group N/A | **14.** Gender ☐ Male ☐ Female | |
| **15.** Is this person in the U.S.? ☐ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):* | | | |
| **16.** Place of last entry into the U.S. N/A | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)* N/A | **18.** I-94 Number *(if any)* N/A | **19.** Status when last admitted *(Visa type, if any)* N/A |
| **20.** What is your spouse's current status? N/A | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* N/A | **22.** Is your spouse in Immigration Court proceedings? ☐ Yes ☐ No | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* N/A |
| **24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)* ☐ Yes ☐ No | | | |

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☒ I have children. Total number of children: 1

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)* A 226-088-781 | **2.** Passport/ID Card Number *(if any)* A9566010 | **3.** Marital Status *(Married, Single, Divorced, Widowed)* SINGLE | **4.** U.S. Social Security Number *(if any)* N/A |
| **5.** Complete Last Name TORRES ASTUDILLO | **6.** First Name PAULO | **7.** Middle Name ANDRES | **8.** Date of Birth *(mm/dd/yyyy)* 05/09/2011 |
| **9.** City and Country of Birth CUENCA, ECUADOR | **10.** Nationality *(Citizenship)* ECUADOR | **11.** Race, Ethnic, or Tribal Group HISPANIC | **12.** Gender ☒ Male ☐ Female |
| **13.** Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: | | | |
| **14.** Place of last entry into the U.S. SAN LUIS, ARIZONA | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* 06/06/2024 | **16.** I-94 Number *(If any)* NONE | **17.** Status when last admitted *(Visa type, if any)* NONE |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☒ Yes ☐ No | |
| **21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* ☒ Yes ☐ No | | | |

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female |
| N/A | N/A | N/A | |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female |
| N/A | N/A | N/A | |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female |
| N/A | N/A | N/A | |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes

☐ No

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(***NOTE:*** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| PANAMERICANA NORTE, CIUDADELA KENNEDY | CUENCA | AZUAY | ECUADOR | 09/2019 | 05/2024 |
| | | | | | |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
*(***NOTE:*** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 76 PUTNAM AVENUE | PORT CHESTER | NEW YORK | UNITED STATES | 06/2024 | PRESENT |
| PANAMERICANA NORTE, CIUDADELA KENNEDY | CUENCA | AZUAY | ECUADOR | 09/2019 | 05/2024 |
| | | | | | |
| | | | | | |
| | | | | | |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
*(***NOTE:*** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| UNIVERSIDAD CATÓLICA DE CUENCA | UNIVERSITY | SAN BLAS, CUECNA, ECUADOR | 09/2009 | 06/2013 |
| COLEGIO CIUDAD DE CUENCA | MIDDLE AND HIGH SCHOOL | SAYAUSI, CUENCA, ECUADOR | 08/2002 | 07/2008 |
| UNIDAD EDUCATIVA JUAN MONTALVO | ELEMENTARY SCHOOL | CIUDADELA CALDERON, CUENCA | 08/1996 | 07/2002 |
| | | | | |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
*(***NOTE:*** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| VISITA ECUADOR, BATAN 5137 Y ESMERALDAS, CUENCA, ECUADOR | RECEPTIONIST AND TOUR OPERATOR | 06/2014 | 05/2024 |
| | | | |
| | | | |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE**: *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* ROSA UBALDINA TORRES LITUMA | SIGSIG, ECUADOR | ☐ Deceased CUENCA, ECUADOR |
| *Father* ANGEL BASILIO ASTUDILLO TELLO | SIGSIG, ECUADOR | ☐ Deceased CUENCA, ECUADOR |
| *Sibling* LUIS CARLOS ASTUDILLO TORRES | SIGSIG, ECUADOR | ☐ Deceased CUENCA, ECUADOR |
| *Sibling* CRISTIAN DAVID ASTUDILLO TORRES | SIGSIG, ECUADOR | ☐ Deceased CUENCA, ECUADOR |
| *Sibling* MARIA EUGENIA ASTUDILLO TORRES | SIGSIG, ECUADOR | ☐ Deceased CUENCA, ECUADOR |
| *Sibling* MONICA ESTEFANIA ASTUDILLO TORRES | CUENCA, ECUADOR | ☐ Deceased CUENCA, ECUADOR |

EOIR — 5 of 14

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race ☒ Political opinion
☐ Religion ☒ Membership in a particular social group
☐ Nationality ☐ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No ☒ Yes

If "Yes," explain in detail:
**1.** What happened;
**2.** When the harm or mistreatment or threats occurred;
**3.** Who caused the harm or mistreatment or threats; and
**4.** Why you believe the harm or mistreatment or threats occurred.

Please see attached affidavit.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No ☒ Yes

If "Yes," explain in detail:
**1.** What harm or mistreatment you fear;
**2.** Who you believe would harm or mistreat you; and
**3.** Why you believe you would or could be harmed or mistreated.

I am terrified to return because I am afraid of what they might do to me or my son because of the issues and people Raul, my son's father, got himself involved with due to his drug addiction.

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

My family and I attended mass every week, until my son did the first communion, after that we started going a little less, my mom would attend about three times a month and I would attend about once a month.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☐ No ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

I continue to attend church sporadically as it is far from where I live. I attend when I can.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

I am afraid of what the drug dealers will do to me if I do not pay them what Raul owed them.

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (40 of 89)

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No [X] Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[X] No [ ] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

I travelled by plane to El Salvador and then by bus to Honduras, Guatemala, Mexico City and then to Mexicali, where we crossed the border and entered the United States.

I did not seek residence in any of these countries as I did not feel safe there as a single mother.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

Uploaded on: 10/18/2024 at 11:22:27 AM (Eastern Daylight Time) Base City: NYB
RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (41 of 89)

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[X] No [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

***WARNING:*** **Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| MARCIA ELIZABETH ASTUDILLO TORRES | |

Did your spouse, parent, or child(ren) assist you in completing this application? [X] No [ ] Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|
| | | | |

Did someone other than your spouse, parent, or child(ren) prepare this application? [ ] No [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [ ] No [X] Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ (signature) ] 10/18/2024

Sign your name so it all appears within the brackets — Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| (signature) | ANDREA C. SOTO |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| (914 ) 290-4900 | 445 HAMILTON AVENUE |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| SUITE 407 | WHITE PLAINS | NEW YORK | 10601 |

| To be completed by an attorney or accredited representative (if any). | [✓] Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | 5535802 | 0 8 0 1 1 8 0 0 0 6 2 1 |

EOIR — 10 of 14

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Immigration Judge

# Supplement A, Form I-589

| A-Number *(If available)* A 226-088-780 | Date |
|---|---|
| Applicant's Name Marcia Elizabeth Astudillo Torres | Applicant's Signature [signature] |

## List All of Your Children, Regardless of Age or Marital Status

(**NOTE:** *Use this form and attach additional pages and documentation as needed, if you have more than four children*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| 21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* ☐ Yes ☐ No | | | |

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| 21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* ☐ Yes ☐ No | | | |

EOIR — 12 of 14

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| A 226-088-780 | |
| **Applicant's Name** | **Applicant's Signature** |
| Marcia Elizabeth Astudillo Torres | [signature] |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** ________

**Question** ________

EOIR — 13 of 14

RESPONDENTS: ASTUDILLO TORRES, MARCIA ELIZABETH, TORRES ASTUDILLO, PAULO ANDRES
FILE NO.: 226-088-780, 226-088-781

**PROOF OF SERVICE**

On October 18, 2024, I, Andrea C. Soto, Esq., served a copy of the Form I-589, Application for Asylum and for Withholding of Removal, by electronically submitting a copy to Honorable Scott Bratton at the Executive Office for Immigration Review (EOIR), Office of the Immigration Judge, 290 Broadway -15th Flr, New York, NY 10007, via ECAS, and to the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 26 Federal Plaza, Room 1130, New York, NY 10278, via ICE e-delivery.

/s/ Andrea C. Soto — October 18, 2024

Andrea C. Soto, Esq. — Date

Uploaded on: 10/11/2024 at 12:48:02 PM (Eastern Daylight Time) Base City: NYB RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (47 of 89)

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
(914) 290-4900

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**290 BROADWAY -15th FLR**
**NEW YORK, NY 10007**

---

In the Matter of:

**ASTUDILLO TORRES, MARCIA ELIZABETH** **File No.: 226-088-780**

**TORRES ASTUDILLO, PAULO ANDRES** **No.: 226-088-781**
In removal proceedings.

---

**Immigration Judge:** Scott Bratton **Next hearing:** October 30, 2024 at 1:00 PM

# RESPONDENT'S WRITTEN PLEADINGS

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
*Attorney for the Respondent*

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**290 BROADWAY -15th FLR**
**NEW YORK, NY 10007**

---

In the Matter of:

**ASTUDILLO TORRES, MARCIA ELIZABETH** **File No.: 226-088-780**

**TORRES ASTUDILLO, PAULO ANDRES** **No.: 226-088-781**
In removal proceedings.

---

**RESPONDENT'S WRITTEN PLEADINGS**

On behalf of the Respondents, I make the following representations:

1. The respondents concede proper service of the Notices to Appear, dated June 7, 2024.

2. I have explained to the respondents (through an interpreter, if necessary):

   a. The rights set forth in 8 C.F.R. § 1240.10(a);
   b. The consequences of failing to appear in court as set forth in INA § 240(b)(5);
   c. The limitation on discretionary relief for failure to appear set forth in INA § 240(b)(7);
   d. The consequences of knowingly filing or making a frivolous application as set forth in INA § 208(d)(6);
   e. The requirement to notify the court within five days of any change of address or telephone number, using Form EOIR-33/IC pursuant to 8 C.F.R. § 1003.15(d)

3. The respondents admit the following allegation(s): 1 – 4.

4. The Respondents concede the charge of 212(a)(6)(A)(i) as amended, as they were present in the United States without parole.

5. In the event of removal, the respondents respectfully decline to designate a country of removal.

6. The respondents intend to seek relief based on their eligibility for asylum, as well as the child respondent's eligibility as a Special Juvenile. Undersigned counsel's office will submit a I-589, Application for Asylum and for Withholding of Removal Custody Petition before this court before the next Master Calendar Hearing, as well as a Custody Petition for the child before the Family Court of Westchester County, where the Petitioner is the adult respondent. The Respondents will be seeking to have the child declared as a Special Juvenile. The respondents intend to submit an I-360 Petition before the United States Citizenship and Immigration Services (USCIS). We intend to seek prosecutorial discretion from the Department on behalf of both respondents once the I-360 Petition is approved.

7. If background and security investigations are required, the respondents have received the DHS biometrics instructions and will timely comply with the instructions. I have explained the instructions to the respondents (through an interpreter, if necessary). In addition, I have explained to the respondents (through an interpreter, if necessary), that, under 8 C.F.R. § 1003.47(d), failure to provide biometrics or other biographical information within the time allowed will constitute abandonment of the application unless the respondent demonstrates that such failure was the result of good cause.

8. The respondents estimate that 1 hour will be required for the respondents to present the case.

9. It is requested that the Immigration Court order an interpreter proficient in the Spanish language.

October 11, 2024 | */s/ Andrea C. Soto*

Date

By: Andrea C. Soto, Esq.
Attorney for the Respondent

## RESPONDENT'S PLEADING DECLARATION

I, Marcia Elizabeth Astudillo Torres, have been advised of my rights in these proceedings by my attorney. I understand those rights. I waive a further explanation of those rights by this court.

I have been advised by my attorney of the consequences of failing to appear for a hearing. I have also been advised by my attorney of the consequences of failing to appear for a scheduled date of departure or deportation. I understand those consequences.

I have been advised by my attorney of the consequences of knowingly filing a frivolous application. I understand those consequences.

I have been advised by my attorney of the consequences of failing to follow the DHS biometrics instructions within the time allowed. I understand those consequences.

I understand that if my mailing address changes, I must notify the court within 5 days of such change by completing an Alien's Change of Address Form (Form EOIR-33/IC) and filing it with this court.

Finally, my attorney has explained to me what this Written Pleading says. I understand it, I agree with it, and I request that the court accept it as my pleading.

October 11, 2024

Date

Respondent, Marcia Elizabeth Astudillo Torres

## CERTIFICATE OF SERVICE

**CASE NAME:** **ASTUDILLO TORRES, MARCIA ELIZABETH**
**TORRES ASTUDILLO, PAULO ANDRES**

**CASE NUMBER:** A 226-088-780
A 226-088-781

I hereby certify that the foregoing WRITTEN PLEADINGS, and any attached pages were served on the Department of Homeland Security on this 10th day of October, 2024

________ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

________ by causing to be personally delivered a true copy thereof to the person at address set forth below.

________ by Federal Express to the person at the address set forth below.

________ by certified mail, return receipt requested, to the person at the address set forth below.

___X___ By Electronic delivery at eservice.ice.gov

At:

Office of Principal Legal Advisor
US DHS/ICE
26 FEDERAL PLZ 12TH FL RM 1237
NEW YORK, NY 10278

I declare under penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
October 11, 2024

*/s/ Andrea C. Soto*

Andrea C. Soto, Esq.
Attorney for the Respondent
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (52 of 89)

Andrea C. Soto
Attorney at Law
445 Hamilton Avenue, Suite 407
White Plains, NY 10601
Phone: (914) 290-4900
Email: asoto@andreasotolaw.com

NON-DETAINED
A# 226-088-780/781

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK BROADWAY, NEW YORK**

| | |
|---|---|
| IN THE MATTER OF:<br><br>ASTUDILLO TORRES,<br>MARCIA ELIZABETH, et al.<br><br>Respondents.<br><br>**IN REMOVAL PROCEEDINGS** | File No. A# 226-088-780<br>A# 226-088-781 |

Hon. Imm. Judge: Lee, Kalenna — Hearing Date: April 29th, 2025, at 8:30a.m

# RENEWED MOTION FOR SEVERANCE

COMES NOW, the Respondent Marcia Elizabeth Astudillo Torres (hereinafter "Respondent") pursuant to ICPM 4.21(b), respectfully requests this Honorable sever this consolidated family unit case in this renewed motion to sever. In Support thereof, the Respondent offers the following as good cause:

1. The Lead Respondent is seeking the following reliefs: Asylum, Withholding of Removal and Convention Against Torture.

2. The Rider's reliefs are different from the lead, Paulo Andres Torres Astudillo (A#226-088-781) has been found a Special Immigrant Juvenile on March 19th, 2025, in New York Family State Court. *See Predicate Orders attached herein as **Exhibit A.*** The minor respondent did file Form I-360 as a Special Immigrant Juvenile Applicant, which is currently pending before USCIS, counsel has received a receipt notice verifying receipt notice of such petition. *See I-360 Receipt Notice attached herein as **Exhibit B.*** Maintaining the cases as joined will cause the child irreparable harm due to the fact he is prima facie eligible for Adjustment of Status based on the I-360 petition that is pending before the CIS, and the predicate Orders issued by the Family Court of the state of New York, declaring the child a special Immigrant Juvenile.

3. Counsel filed a Motion for Severance on April 11th, 2025, lacking the I-360 receipt notice for Minor Paulo Andres Torres Astudillo (A#226-088-781). The motion was denied on April 22nd, 2025, citing lack of receipt notice attachment. *See attached Denial order attached herein as **Exhibit C.*** Counsel re-files this instant Motion to Sever as renewed with the I-360 receipt notice attached as the I-360 receipt notice was not available until after April 11th, 2025.

3. The lead respondent in this case, Marcia Elizabeth Astudillo Torres, will proceed with her Asylum claim. Given the different facts and reliefs in these cases, severance will allow for judicial efficiency. The minor respondent, Paulo Andres Torres Astudillo, intends to seek termination of proceedings against him upon receipt of the approval notice of the I-360 Petition.

4. The Respondent respectfully requests that her proceedings be severed prior to the upcoming individual hearing on April 29th, 2025, at 8: 30a.m, and all future hearings before the same Judge or a different Judge.

WHEREFORE for the reasons stated above, the undersigned counsel seeks severance prior to the scheduled Individual Hearing on April 29th, 2025. It is the undersigned belief that severance and division into separate cases will not prejudice any of the parties involved. Therefore, it is respectfully requested that the cases be severed so that the respondents may seek different forms of relief independently.

Respectfully submitted,

4/23/2025
Date

Andrea C. Soto
Andrea C. Soto, Esq,
Attorney for Respondents

**EXHIBITS IN SUPPORT OF
RENEWED MOTION FOR SEVERANCE**


| EXH. | NAME | PAGE(S) |
|---|---|---|
| A | Predicate Orders from State of New York………………………… | Pp. 001-003 |
| B | I-360 Petition Receipt Notice……………………………………... | Pp. 004-006 |
| C | Denial order dated April 22nd, 2025………………………………. | Pp. 007-008 |

# EXHIBIT A

8 U.S.C. § 1101 GF-42

(Special Immigrant Juvenile Status Order)
At a Term of the Family Court of the State of New York, held in the County of Westchester-White Plains, NY, March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

----------------------------------------------------------------------X

In the Matter of a Proceeding for Custody under article 6 Of the family Court Act or Section 240 of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

RAUL ELIDIO TORRES ALTAMIRANDO
Respondent
Relationship to child: Father

**ORDER – SPECIAL IMMIGRANT <u>JUVENILE STATUS</u>**

**Subject Child: PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.

----------------------------------------------------------------------X

This Court, after examining the motion papers and supporting affidavits, all the pleadings and prior proceedings in this matter, and hearing credible testimony, finds, in accordance with 8 U.S.C. § 1101(a)(27)(J), New York State Family Court Acts § 651, § 1012 and New York State Surrogate's Court Procedure Act § 1701, that:

1. This Family Court is a court which has jurisdiction to make judicial determinations about the custody and care of minors, which include juveniles up to the age of 21. This court took jurisdiction of the above-named juvenile prior to the age of 21 pursuant to New

York State Family Court Acts § 651, §661(a), § 115(c) and New York State Surrogate's Court Procedure Act § 103(27).

2. The above-named child is under 21 years of age and a minor for purposes of Guardianship and/or custody of the person. New York Surrogate Court Procedure Act § 103(27), New York Family Court Act § 661(a).

3. The above-named child is unmarried.

4. The above-named child dependent on the Family Court, a juvenile court under New York law, by virtue of a custody order that was granted by this Court. The above-named child is dependent upon the Family Court and has been committed to and placed in the physical custody of individual, namely, Marcia Elizabeth Astudillo Torres, or entity appointed by the state of Family Court pursuant to the New York State Family Court Acts § 141, § 651, § 1012, and New York State Surrogate's Court Procedure Act § 1701. *Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008). Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008); Matter of Trudy-Ann W. v. Joan W., 901 NYS2d 296 (2d Dept. 2010).* He has been in the physical care of, Marcia Elizabeth Astudillo Torres, and continues to reside with her. The grant of custody also constitutes a legal commitment of the custodian to the child pursuant to New York Surrogates Act § 1706, which states that the custodian "shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health, and medical needs, and the physical custody of the person of the child." The grant of custody is also pursuant to New York Family Court Act § 657, which enunciates the rights and authorities of a person possessing a lawful order of custody of a child vis-à-vis school enrollment, health insurance enrollment, and specifics expressly that "persons possessing a lawful order of custody of a child shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health and medical needs, and the physical custody of the child." There is no legal distinction in New York between the effects of a grant of custody as compared to a grant of guardianship. See, *Matter of Allen V. Fiedler*, 96 A.D. 3d 1682 (4th Dept. 2012). The child is in need of a legal custodian to support him with housing, medical care, educational planning, emotional and financial support. The Court finds that custody serves the child's best interests.

5. Reunification with the father, Raul Elidio Torres Altamirano, is not viable due to abandonment. Thus, under NY Fam. Ct. Act Section 1092(a) the child is considered a

destitute child because he was left in a state of suffering due to lack of care of the father. The record establishes that the father has left the child without providing for his support or care for over seven (7) years. The child's father has not had any contact with the Child for over seven (7) years. After testimony and a review of the record the court finds that the father has not supported the child emotionally or financially. *Alamigir A.*, 81 3d 937 (1st Dept. 2011). The father has not provided for food, clothing, shelter, educational and medical needs as required. The father has neglected his parental duties. The child is abandoned under NYS Social Services Law, Section 384-b(5)(a). *Pineda v. Diaz, 127 A.D.3s 1203 (2d Dep't 2015); Marcelina M.G. v. Israel S., 112 A.D.3d 100, 973 N.Y.S. 2d 714, 721 (2d Dep't 2013).*

6. It is in the child's best interest to remain with the petitioner. There is no available relative or viable resource for the child to live with in the country of nationality or country of last habitual residence of the child or the birth parents. There is no one who is able or willing to provide the child with a safe home and provide for the child's safety and needs. It is in the child's best interest to remain with the petitioner where he has the opportunity to be in a stable environment and further his education. It is not in the Child's best interest to be returned to Ecuador. *Trudy Ann W., 73 AD 793 (2nd Dept. 2010); N.Y. Surr. Ct. Proc. Act § 1707; See also, Eschbach v. Eschbach, 56 N.Y.2d 167 (1982), Matter of Marisol N.H., 115 AD3d 185 (2d Dept. 2014).*

Dated: March 19, 2025
White Plains, New York

ENTER:

______________________________

Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST. Check applicable box:

( ) Order mailed on [specify date(s) and to whom mailed]:____________________

( ) Order received in court on [specify date(s) and to whom given]:______________

# EXHIBIT B

Uploaded on: 04/23/2025 at 12:40:08 PM (Eastern Daylight Time) Base City: KRO
RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.7, (61 of 89)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>April 02, 2025 |
| CASE TYPE<br>I-360, Petition for Amerasian, Widow(er) or Special Immigrant | | USCIS ALIEN NUMBER<br>A226088780 |
| RECEIPT NUMBER<br>MSC2590447524 | RECEIVED DATE<br>March 28, 2025 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>March 28, 2025 | PREFERENCE CLASSIFICATION<br>SPECIAL IMMIGRANT JUVENILE | DATE OF BIRTH |

MARCIA E. ASTUDILLO TORRES
C/O ANDREA SOTO SOTO LAW PLLC
445 HAMILTON AVENUE STE 407
WHITE PLAINS, NY 10601

2 00000325

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| TORRES ASTUDILLO, PAULO | 5/9/2011 | ECUADOR | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
Attention: Special Immigrant Juvenile
7600B West 119th Street
Overland Park, KS 66213

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY

EOIR — 10 of 17

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

USCIS
7 Product Way
Lee's Summit, MO 64002

US POSTAGE
$00.586
02 1T

# EXHIBIT C

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:
ASTUDILLO TORRES, MARCIA ELIZABETH

To:
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780
Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/22/2025

## ORDER OF THE IMMIGRATION JUDGE

■ Respondent ■ The Department of Homeland Security has filed the following motion in these proceedings:
Motion to Sever

After considering the facts and circumstances, the motion is ■ granted ■ denied for the following reason(s):
The Respondents have requested severance of the adult Respondent's matter from the minor Respondent's matter, where the minor Respondent has filed for special immigrant juvenile or SIJ status with USCIS. Aside from a copy of the Form I-360 that was filed with USCIS, the minor Respondent has not submitted a receipt notice to show that the petition is currently pending. The Motion to Sever is denied without prejudice.

Immigration Judge: Lee, Kalenna 04/22/2025

Appeal: Department of Homeland Security: ■ waived ■ reserved
Respondent: ■ waived ■ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 04/22/2025 By: Lee, Kalenna, Immigration Judge

**CERTIFICATE OF SERVICE**

**CASE NAME:** ASTUDILLO TORRES, Marcia Elizabeth, et al.

**CASE NUMBER:** 226-088-780/781

I hereby certify that the Renewed Motion for Severance and any attached pages were served on the Department of Homeland Security this April 23rd, 2025

______By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

______by causing to be personally delivered a true copy thereof to the person at address set forth below.

______by Federal Express to the person at the address set forth below.

______ by certified mail, return receipt requested, to the person at the address set forth below.

______ By Electronic delivery via filing with ECAS at eservice.ice.gov At:

Office of Principal Legal Advisor US DHS/ICE
26 Federal Plaza, Room 1130 New York, NY 10278

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
April 23rd, 2025

Andrea C. Soto
_______________________
Andrea C. Soto, Esq.
Attorney for the Respondents
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK BROADWAY, NEW YORK**

In the Matter of: Astudillo Torres, Marcia Elizabeth, et al.

A-Number: 226-088-780/781

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Counsel's Renewed Motion for Servance it is **HEREBY ORDERED** that the Motion Be:

☐ **GRANTED** ☐ **DENIED** because:

☐ DHS does not oppose the motion.

☐ The Respondent does not oppose the motion.

☐ A response to the motion has not been filed with the Court.

☐ Good cause has been established for the motion.

☐ The Court agrees with the reasons stated in the opposition to the motion.

☐ The motion is untimely per ______________________________

☐ Other: ____________________________________________________________

____________________________________________________________________

________________ ______________________________________

Date Hon. Immigration Judge Lee, Kalenna

**Certificate of Service**
This document was served by: [ ] Mail [ ] Personal Service [ ] E-Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep. [ ] DHS

Date ________________________ By: Court Staff ___________________

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:
ASTUDILLO TORRES, MARCIA ELIZABETH

To:
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780
Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/22/2025

**ORDER OF THE IMMIGRATION JUDGE**

☑ Respondent ☐ The Department of Homeland Security has filed the following motion in these proceedings:
Motion to Sever

After considering the facts and circumstances, the motion is ☐ granted ☑ denied for the following reason(s):
The Respondents have requested severance of the adult Respondent's matter from the minor Respondent's matter, where the minor Respondent has filed for special immigrant juvenile or SIJ status with USCIS. Aside from a copy of the Form I-360 that was filed with USCIS, the minor Respondent has not submitted a receipt notice to show that the petition is currently pending. The Motion to Sever is denied without prejudice.

Immigration Judge: Lee, Kalenna 04/22/2025

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 04/22/2025 By: Lee, Kalenna, Immigration Judge

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:
ASTUDILLO TORRES, MARCIA ELIZABETH

To:
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780

Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES

In Removal Proceedings
Initiated by the Department of Homeland Security

Date:
04/11/2025

## ORDER OF THE IMMIGRATION JUDGE

Counsel for the Respondents and Counsel for the Department have both filed Motions for Webex Appearances.

**Order:**

The Court finds that the reasons listed in the Respondents' motion is not sufficient to permit appearance by Webex. However, the Court finds that good cause has been established in the Department's motion. Where the Court will have its Webex open for the individual hearing, the Court will grant a Webex appearance by all parties for this matter.

Immigration Judge: Lee, Kalenna 04/11/2025

Appeal: Department of Homeland Security: ☐ waived ☐ reserved

Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 04/11/2025 By: Lee, Kalenna, Immigration Judge

Andrea C. Soto
Attorney at Law
445 Hamilton Avenue, Suite 407
White Plains, NY 10601
Phone: (914) 290-4900
Email: asoto@andreasotolaw.com

NON-DETAINED
A# 226-088-780/781

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK BROADWAY, NEW YORK**

| | |
|---|---|
| IN THE MATTER OF: | |
| ASTUDILLO TORRES, MARCIA ELIZABETH, et al. | |
| Respondents. | File No. A# 226-088-780 |
| | A# 226-088-781 |
| **IN REMOVAL PROCEEDINGS** | |

Hon. Imm. Judge: Lee, Kalenna

Hearing Date: April 29th, 2025, at 8:30a.m

# MOTION FOR SEVERANCE

COMES NOW, the Respondent Marica Elizabeth Astudillo Torres (hereinafter "Respondent") pursuant to ICPM 4.21(b), respectfully requests this Honorable sever this consolidated family unit case. In Support thereof, the Respondent offers the following as good cause:

1. The Lead Respondent is seeking the following reliefs: Asylum, Withholding of Removal and Convention Against Torture.

2. The Rider's reliefs are different from the lead, Paulo Andres Torres Astudillo (A#226-088-781) has been found a Special Immigrant Juvenile on March 19th, 2025, in New York Family State Court. *See Predicate Orders attached herein as **Exhibit A.*** The minor respondent did file Form I-360 as a Special Immigrant Juvenile Applicant, which is currently pending before the CIS. ***See Exhibit B.***

3. The lead respondent in this case, Marica Elizabeth Astudillo Torres, will proceed on her Asylum claim. Given the different facts and reliefs in these cases, severance will allow for judicial efficiency. The minor respondent, Paulo Andres Torres Astudillo, intends to seek termination of proceedings against him upon receipt of the approval notice of the I-360 Petition.

4. The Respondent respectfully requests that her proceedings be severed prior to the upcoming individual hearing on April 29th, 2025, at 8: 30a.m, and all future hearings before the same Judge or a different Judge.

WHEREFORE for the reasons stated above, the undersigned counsel seeks severance prior to the scheduled Individual Hearing on April 29th, 2025. It is the undersigned belief that severance and division into separate cases will not prejudice any of the parties involved.

Therefore, it is respectfully requested that the cases be severed so that the respondents may seek different forms of relief independently.

Respectfully submitted,

4/11/2025
Date

Andrea C. Soto
Andrea C. Soto, Esq,
Attorney for Respondents

**EXHIBITS IN SUPPORT OF**
**MOTION FOR SEVERANCE**


| EXH. | NAME | PAGE(S) |
|---|---|---|
| **A** | Predicate Orders from State of New York………………………… | Pp. 001-003 |
| **B** | Copy of the Form I-360 Petition………………………………….. | Pp. 004-049 |

Uploaded on: 04/11/2025 at 07:06:32 PM (Eastern Daylight Time) Base City: NYB

# EXHIBIT A

8 U.S.C. § 1101 GF-42

(Special Immigrant Juvenile Status Order)
At a Term of the Family Court of the State
of New York, held in the County of
Westchester-White Plains, NY,
March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------------------X

In the Matter of a Proceeding for
Custody under article 6
Of the family Court Act or Section 240
of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

**ORDER – SPECIAL IMMIGRANT JUVENILE STATUS**

RAUL ELIDIO TORRES ALTAMIRANDO
Respondent
Relationship to child: Father

**Subject Child: PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.
----------------------------------------------------------------------X

This Court, after examining the motion papers and supporting affidavits, all the pleadings and prior proceedings in this matter, and hearing credible testimony, finds, in accordance with 8 U.S.C. § 1101(a)(27)(J), New York State Family Court Acts § 651, § 1012 and New York State Surrogate's Court Procedure Act § 1701, that:

1. This Family Court is a court which has jurisdiction to make judicial determinations about the custody and care of minors, which include juveniles up to the age of 21. This court took jurisdiction of the above-named juvenile prior to the age of 21 pursuant to New

York State Family Court Acts § 651, §661(a), § 115(c) and New York State Surrogate's Court Procedure Act § 103(27).

2. The above-named child is under 21 years of age and a minor for purposes of Guardianship and/or custody of the person. New York Surrogate Court Procedure Act § 103(27), New York Family Court Act § 661(a).

3. The above-named child is unmarried.

4. The above-named child dependent on the Family Court, a juvenile court under New York law, by virtue of a custody order that was granted by this Court. The above-named child is dependent upon the Family Court and has been committed to and placed in the physical custody of individual, namely, Marcia Elizabeth Astudillo Torres, or entity appointed by the state of Family Court pursuant to the New York State Family Court Acts § 141, § 651, § 1012, and New York State Surrogate's Court Procedure Act § 1701. *Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008). Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008); Matter of Trudy-Ann W. v. Joan W., 901 NYS2d 296 (2d Dept. 2010).* He has been in the physical care of, Marcia Elizabeth Astudillo Torres, and continues to reside with her. The grant of custody also constitutes a legal commitment of the custodian to the child pursuant to New York Surrogates Act § 1706, which states that the custodian "shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health, and medical needs, and the physical custody of the person of the child." The grant of custody is also pursuant to New York Family Court Act § 657, which enunciates the rights and authorities of a person possessing a lawful order of custody of a child vis-à-vis school enrollment, health insurance enrollment, and specifics expressly that "persons possessing a lawful order of custody of a child shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health and medical needs, and the physical custody of the child." There is no legal distinction in New York between the effects of a grant of custody as compared to a grant of guardianship. See, *Matter of Allen V. Fiedler*, 96 A.D. 3d 1682 (4th Dept. 2012). The child is in need of a legal custodian to support him with housing, medical care, educational planning, emotional and financial support. The Court finds that custody serves the child's best interests.

5. Reunification with the father, Raul Elidio Torres Altamirano, is not viable due to abandonment. Thus, under NY Fam. Ct. Act Section 1092(a) the child is considered a

destitute child because he was left in a state of suffering due to lack of care of the father. The record establishes that the father has left the child without providing for his support or care for over seven (7) years. The child's father has not had any contact with the Child for over seven (7) years. After testimony and a review of the record the court finds that the father has not supported the child emotionally or financially. *Alamigir A.*, 81 3d 937 (1st Dept. 2011). The father has not provided for food, clothing, shelter, educational and medical needs as required. The father has neglected his parental duties. The child is abandoned under NYS Social Services Law, Section 384-b(5)(a). *Pineda v. Diaz, 127 A.D.3s 1203 (2d Dep't 2015); Marcelina M.G. v. Israel S., 112 A.D.3d 100, 973 N.Y.S. 2d 714, 721 (2d Dep't 2013).*

6. It is in the child's best interest to remain with the petitioner. There is no available relative or viable resource for the child to live with in the country of nationality or country of last habitual residence of the child or the birth parents. There is no one who is able or willing to provide the child with a safe home and provide for the child's safety and needs. It is in the child's best interest to remain with the petitioner where he has the opportunity to be in a stable environment and further his education. It is not in the Child's best interest to be returned to Ecuador. *Trudy Ann W., 73 AD 793 (2nd Dept. 2010); N.Y. Surr. Ct. Proc. Act § 1707; See also, Eschbach v. Eschbach, 56 N.Y.2d 167 (1982), Matter of Marisol N.H., 115 AD3d 185 (2d Dept. 2014).*

Dated: March 19, 2025
White Plains, New York

ENTER:

______________________________
Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST. Check applicable box:

( ) Order mailed on [specify date(s) and to whom mailed]:____________________
( ) Order received in court on [specify date(s) and to whom given]:______________

# EXHIBIT B

SOTO LAW, PLLC

ANDREA C. SOTO
COUNSELLOR AT LAW

Riverhead Office
30 West Main Street
Riverhead, NY 11901

White Plains Office
Mailing Address:
445 Hamilton Avenue, Suite 407
White Plains, NY 10601

TELEPHONE: (800) 494-8031
FACSIMILE: (914) 898-9100
DIRECT/TEXT: (914) 290-4900
E-MAIL: asoto@andreasotolaw.com

March 26th, 2025

**VIA FEDEX**
USCIS
Attn: AOS (Box 4109)
2500 Westfield Drive
Elgin, IL 60124-7836

**RE: Petition for Special Immigrant Juvenile Status (SIJ) on behalf of: PAULO ANDRES TORRES ASTUDILLO (A 226-088-781)**

Dear Officer:

Enclosed please find a Petition for Special Immigrant Juvenile (**Form I-360**) on behalf of Petitioner **PAULO ANDRES TORRES ASTUDILLO**.

I have enclosed the following forms for review:

1. Notice of Entry of Appearance as Attorney (**Form G-28**) on behalf of the Petitioner, **PAULO ANDRES TORRES ASTUDILLO**, in support of the Petition for Amerasian, Widow(er) or Special Immigrant **(Form I-360);**
2. Notice of Entry of Appearance as Attorney **(Form G-28)** on behalf of the Authorized **MARCIA ELIZABETH TORRES ASTUDILLO**, in support of the Petition for Amerasian, Widow(er) or Special Immigrant (Form I-360);
3. Petition for Amerasian, Widow(er) or Special Immigrant **(Form I-360)** on behalf of the Petitioner **PAULO ANDRES TORRES ASTUDILLO**; and
4. Two Passport Style Photographs of the Petitioner.

Enclosed with the above-referenced forms, I have attached the following supporting documentation for review:

A. Copy of the Petitioner's Birth Certificate with its accompanying certified English translation indicating the Petitioner is under 21 years of age at the time of this filing;
B. Copy of the Petitioner's current Ecuadorian passport;
C. Copy of the Ecuadorian Passport of the Petitioner's mother and Legal Guardianship pursuant to Court Order;
D. Copy of the Order on Petition for Custody of the Person of a Minor from the Family Court of the State of New York held in the County of Westchester-White Plains; and,
E. Copy of the Predicate Order for Special Juvenile Status from the Family Court of the State of New York held in the County of Westchester-White Plains, evidencing the Petitioner's Eligibility for Special Immigrant Juvenile status by declaring the Petitioner dependent upon a juvenile court in the United States, and it has been determined by the Court that reunification with the father of the Petitioner is not viable due to abandonment, and further that it would not be in the Petitioner's best interests to be returned to her father's country of citizenship or nationality or last habitual residence.

On March 19th, 2025, the Family Court of the State of New York, County of Westchester found the Petitioner a Special Juvenile. In light of these findings and the accompanying supporting documentation, it is respectfully requested that your office grant the instant application. Please adjudicate the foregoing Petition as expeditiously as possible.

Very truly yours,

SOTO LAW, PLLC

***Andrea C. Soto, Esq.***

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ 0 8 0 1 1 8 0 0 0 6 2 1

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): SOTO

2.b. Given Name (First Name): ANDREA

2.c. Middle Name:

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 445 HAMILTON AVENUE

3.b. ☐ Apt. ☒ Ste. ☐ Flr. 407

3.c. City or Town: WHITE PLAINS

3.d. State: NY 3.e. ZIP Code: 10601 (USPS ZIP Code Lookup)

3.f. Province:

3.g. Postal Code:

3.h. Country: UNITED STATES

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 9142904900

5. Mobile Telephone Number (if any):

6. Email Address (if any): asoto@andreasotolaw.com

7. Fax Number (if any): 9148989100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: New York - Appellate Div. 2nd Department

1.b. Bar Number (if applicable): 5535802

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): SOTO LAW, PLLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-360

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[ ] Applicant [X] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): ASTUDILLO TORRES

**6.b.** Given Name (First Name): MARCIA

**6.c.** Middle Name: ELIZABETH

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N O N E

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 2 2 6 0 8 8 7 8 0

### *Client's Contact Information*

**10.** Daytime Telephone Number

9143050150

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 76 Putnam Avenue

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Port Chester

**13.d.** State: NY **13.e.** ZIP Code: 10573

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

UNITED STATES

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity
[signature]

**2.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative
[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name)

1.b. Given Name (First Name)

1.c. Middle Name

2.a. Page Number 2.b. Part Number 2.c. Item Number

2.d.

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

6.a. Page Number 6.b. Part Number 6.c. Item Number

6.d.

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ► 0 8 0 1 1 8 0 0 0 6 2 1 1

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): SOTO

2.b. Given Name (First Name): ANDREA

2.c. Middle Name:

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 445 HAMILTON AVENUE

3.b. ☐ Apt. ☒ Ste. ☐ Flr. 407

3.c. City or Town: WHITE PLAINS

3.d. State: NY 3.e. ZIP Code: 10601 (USPS ZIP Code Lookup)

3.f. Province:

3.g. Postal Code:

3.h. Country: UNITED STATES

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 9142904900

5. Mobile Telephone Number (if any):

6. Email Address (if any): asoto@andreasotolaw.com

7. Fax Number (if any): 9148989100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: New York - Appellate Div. 2nd Department

1.b. Bar Number (if applicable): 5535802

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): SOTO LAW, PLLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ____________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.
I-360

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
[X] Applicant [ ] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): TORRES ASTUDILLO

**6.b.** Given Name (First Name): PAULO

**6.c.** Middle Name: ANDRES

**7.a.** Name of Entity (if applicable)
N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)
N/A

**8.** Client's USCIS Online Account Number (if any)
▶ N O N E

**9.** Client's Alien Registration Number (A-Number) (if any)
▶ A- 2 2 6 0 8 8 7 8 1

### *Client's Contact Information*

**10.** Daytime Telephone Number
9143050150

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 76 Putnam Avenue

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Port Chester

**13.d.** State: NY **13.e.** ZIP Code: 10573

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country
UNITED STATES

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.