## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

EOIR — 18 of 57

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number **2.b.** Part Number **2.c.** Item Number

**2.d.**

**3.a.** Page Number **3.b.** Part Number **3.c.** Item Number

**3.d.**

**4.a.** Page Number **4.b.** Part Number **4.c.** Item Number

**4.d.**

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.**

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

EOIR — 19 of 57

# Petition for Amerasian, Widow(er), or Special Immigrant

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-360**
OMB No. 1615-0020
Expires 02/28/2026

| For USCIS Use Only | | Fee Stamp | Action Block |
|---|---|---|---|
| Returned | | | |
| Resubmitted | | | |
| Relocated | Received | | |
| | Sent | | |

| Remarks: | ☐ Petitioner/Applicant Interviewed<br>☐ Interviewed Beneficiary Interviewed<br>☐ I-485 Filed Concurrently<br>☐ Bene "A" File Reviewed | Classification<br><br>Consulate | Priority Date |
|---|---|---|---|

| To be completed by an Attorney or Accredited Representative (if any). | ☐ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About Person or Organization Filing This Petition

**NOTE:** You must complete **Part 1.** as the petitioner if you are filing this petition on behalf of another person. If you are a Violence Against Women Act (VAWA) self-petitioner or special immigrant juvenile, skip to **Part 1., Item Number 7.**

**1.** Your Full Name

Family Name (Last Name): ASTUDILLO TORRES
Given Name (First Name): MARCIA
Middle Name: ELIZABETH

**2.** USCIS Online Account Number (if any) ▶ N O N E

**3.** U.S. Social Security Number (if any) ▶ N O N E

**4.** Alien Registration Number (A-Number) (if any) ▶ A- 2 2 6 0 8 8 7 8 0

**5.** Individual IRS Tax Number (if any) ▶ N O N E

**6.** Mailing Address *(USPS ZIP Code Lookup)*

In Care Of Name (if any): PAULO ANDRES TORRES ASTUDILLO

Organization Name (if applicable):

Street Number and Name: 76 Putnam Avenue
Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: PORT CHESTER
State: NY
ZIP Code: 10573

Province:
Postal Code:
Country: UNITED STATES

## Part 1. Information About Person or Organization Filing This Petition (continued)

7. Alternate and/or Safe Mailing Address

If you are a VAWA self-petitioning spouse, child, parent, or a special immigrant juvenile and do not want U.S. Citizenship and Immigration Services (USCIS) to send notices about this petition to your home, you may provide an alternate and/or safe mailing address.

In Care Of Name (if any)

Street Number and Name | Apt. ☐ Ste. ☐ Flr. ☐ | Number

City or Town | State | ZIP Code

Province | Postal Code | Country

## Part 2. Classification Requested

Select **only one** box.

1. **A.** ☐ Amerasian
   - **B.** ☐ Widow(er) of a U.S. citizen
   - **C.** ☒ Special Immigrant Juvenile
   - **D.** ☐ Special Immigrant Religious Worker
     - **(1)** Will the beneficiary be working as a minister? ☐ Yes ☐ No
   - **E.** ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government, or U.S. Government in the Canal Zone
   - **F.** ☐ Special Immigrant Physician
   - **G.** ☐ Special Immigrant G-4 International Organization Employee or Family Member or NATO-6 Employee or Family Member
   - **H.** ☐ Special Immigrant Armed Forces Member
   - **I.** ☐ Self-Petitioning Spouse of Abusive U.S. citizen or Lawful Permanent Resident
   - **J.** ☐ Self-Petitioning Child of Abusive U.S. citizen or Lawful Permanent Resident
   - **K.** ☐ VAWA Self-Petitioning Parent of a U.S. citizen son or daughter
   - **L.** ☐ Special Immigrant Afghanistan or Iraq National who worked with the U.S. Armed Forces as a translator
   - **M.** ☐ Special Immigrant Iraq National who was employed by or on behalf of the U.S. Government
   - **N.** ☐ Special Immigrant Afghanistan National who was employed by or on behalf of the U.S. Government or the International Security Assistance Force (ISAF) in Afghanistan
   - **O.** ☐ Broadcasters
   - **P.** ☐ Other

     Provide the name of the classification below.

## Part 3. Information About the Person for Whom This Petition Is Being Filed

**NOTE:** On this petition, the "beneficiary" or "self-petitioner" means the person for whom this petition is being filed. If you provided an alternate and/or safe mailing address above, you must also complete **Part 3.**

**1.** Your Full Name

Family Name (Last Name): TORRES ASTUDILLO
Given Name (First Name): PAULO
Middle Name: ANDRES

**2.** Mailing Address

In Care Of Name (if any):

Street Number and Name: 76 PUTNAM AVENUE
Apt. Ste. Flr. ☐ ☐ ☐ Number:

City or Town: PORT CHESTER
State: NY
ZIP Code: 10573

Province:
Postal Code:
Country: UNITED STATES

### *Other Information*

**3.** Date of Birth (mm/dd/yyyy): 05/09/2011

**4.** Country of Birth: ECUADOR

**5.** U.S. Social Security Number (if any) ▶ N O N E

**6.** A-Number (if any) ▶ A- 2 2 6 0 8 8 7 8 1

**7.** Marital Status ☒ Single ☐ Married ☐ Divorced ☐ Widowed

Complete **Item Numbers 8. - 15.** if this person is in the United States. If an item number is not applicable or the answer is "none," leave the space blank. Provide information below for the passport or other document used at the time of last arrival to the United States.

**8.** Date of Last Arrival (mm/dd/yyyy): 06/06/2024

**9.** Form I-94 Number or I-95 Crewman's Landing Permit ▶ N O N E

**10.** Passport Number: A9566010

**11.** Travel Document Number:

**12.** Country of Issuance for Passport or Travel Document: ECUADOR

**13.** Expiration Date for Passport or Travel Document (mm/dd/yyyy): 05/17/2033

**14.** Current Nonimmigrant Status: SPECIAL IMMIGRANT JUVENILE

**15.** Date current status expired, or will expire, as shown on Form I-94 or I-95 (mm/dd/yyyy):

## Part 4. Processing Information

**1.** If the person listed in **Part 3.** is outside the U.S., is ineligible to adjust status in the U.S., or does not wish to adjust status in the U.S., provide the following information about the U.S. Consulate at which the person prefers to apply for an immigrant visa.

**U.S. Consulate**

**A.** City or Town:

**B.** Country:

EOIR — 22 of 57

## Part 4. Processing Information (continued)

2. If a U.S. address was provided in **Part 3.**, type or print the person's foreign address below. If he or she does not maintain a foreign address, list the city or town and country of last foreign residence. If his or her native alphabet does not use Roman letters, type or print his or her name and foreign address in the native alphabet.

**A.** Your Full Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| TORRES ASTUDILLO | PAULO | ANDRES |

**B.** Mailing Address

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| PANAMERICANA NORTE, CUDADELA KENNEDY | ☐ ☐ ☐ | |

City or Town: CUENCA

| Province | Postal Code | Country |
|---|---|---|
| AZUAY | | ECUADOR |

3. Gender of the beneficiary: ☒ Male ☐ Female

4. **A.** Are you filing any other petitions or applications with this one? ☐ Yes ☒ No

   **B.** If you answered "Yes" to **Item A.** in **Item Number 4.**, how many?

If you answer "Yes" to **Item Numbers 5. - 6.**, provide an explanation in the space provided in **Part 15. Additional Information**.

5. Is the beneficiary in removal proceedings? ☒ Yes ☐ No

6. Has the beneficiary ever worked in the U.S. without permission? (If you are applying for a special immigrant juvenile status, you are not required to answer this item number.) ☐ Yes ☒ No

7. Is an application for adjustment of status attached to this petition? ☐ Yes ☒ No

## Part 5. Information About the Spouse and Children of the Person for Whom This Petition Is Being Filed

**NOTE:** Depending on the classification you seek, you can either file this petition for another person or for yourself. On this petition, the "beneficiary" or "self-petitioner" means the person for whom this petition is being filed, whether that person is yourself or another person.

1. If you are filing as a self-petitioning spouse, have any of your children filed separate self-petitions? ☐ Yes ☐ No

2. **Person 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| N/A | N/A | N/A |

| Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|
| N/A | N/A |

Relationship: ☐ Spouse ☐ Child

A-Number (if any) ► A- N / A

EOIR — 23 of 57

## Part 5. Information About the Spouse and Children of the Beneficiary (continued)

**3. Person 2**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**4. Person 3**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**5. Person 4**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**6. Person 5**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**7. Person 6**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

## Part 5. Information About the Spouse and Children of the Beneficiary (continued)

**8. Person 7**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**9. Person 8**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**10. Person 9**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

## Part 6. Complete Only If Filing for an Amerasian

### *Information About the Mother of the Amerasian*

**1.** Mother's Full Name

Family Name (Last Name):
Given Name (First Name):
Middle Name:

**2. A.** Is the mother still alive? ☐ Unknown ☐ Yes ☐ No

**B.** If you answered "Yes" to **Item A.** in **Item Number 2.**, provide her address below.

In Care Of Name (if any):

Street Number and Name:
Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town:
State:
ZIP Code:

Province:
Postal Code:
Country:

## Part 6. Complete Only If Filing for an Amerasian (continued)

C. If you answered "No" to **Item A.** in **Item Number 2.**, provide her date of death (mm/dd/yyyy).

### *Information About the Father of the Amerasian*

If possible, attach a notarized statement from the father regarding parentage. If there is a question you cannot fully answer in the space provided on this petition, use the space provided in **Part 15. Additional Information**.

3. Father's Full Name
Family Name (Last Name) | Given Name (First Name) | Middle Name

4. Date of Birth (mm/dd/yyyy)
5. Country of Birth

6. A. Is the father still alive? ☐ Unknown ☐ Yes ☐ No

B. If you answered "Yes" to **Item A.** in **Item Number 6.**, provide his address below.

In Care Of Name (if any)

Street Number and Name | Apt. ☐ Ste. ☐ Flr. ☐ | Number

City or Town | State | ZIP Code

Province | Postal Code | Country

C. If you answered "No" to **Item A.** in **Item Number 6.**, provide his date of death (mm/dd/yyyy).

D. Daytime Telephone Number (if any)
E. Work Telephone Number (if any)

At the time the Amerasian was conceived:

7. A. The father was in the military (indicate branch of service below).

☐ Army ☐ Air Force ☐ Navy ☐ Marine Corps ☐ Coast Guard

B. Provide the father's service number:

C. ☐ The father was not in the military and was not a civilian employed abroad. (Attach a full explanation of the circumstances.)

## Part 7. Complete Only If Filing as a Widow/Widower

1. Full Name of U.S. Citizen Husband or Wife Who Died
Family Name (Last Name) | Given Name (First Name) | Middle Name

2. Date of Birth (mm/dd/yyyy)
3. Country of Birth
4. Date of Death (mm/dd/yyyy)

## Part 7. Complete Only If Filing as a Widow/Widower (continued)

5. At time of death, your spouse was a (Select **only one**):
   - **A.** ☐ U.S. citizen born in the United States
   - **B.** ☐ U.S. citizen born abroad to U.S. citizen parents
   - **C.** ☐ U.S. citizen through naturalization
     - **(1)** Provide A-Number (if any) ► **A-** ______
   - **D.** ☐ Other (Explain) ______

6. How many times have you been married? ______

7. How many times was your spouse married? ______

8. **A.** When did you and your spouse get married (mm/dd/yyyy)? ______

   **B.** Where did you and your spouse get married? ______

9. **A.** Did you remarry after the death of your spouse? ☐ Yes ☐ No

   **B.** If you answered "Yes" to **Item A.** in **Item Number 9.**, provide the date that you remarried (mm/dd/yyyy). ______

10. If you are filing as a widow(er), were you legally separated at the time of the U.S. citizen's death? ☐ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Number 10.**, provide an explanation in the space provided in **Part 15. Additional Information**.

## Part 8. Complete Only If Filing for a Special Immigrant Juvenile

### *Information About the Juvenile*

1. List any other names used:

   **A.** Family Name (Last Name) ______ Given Name (First Name) ______ Middle Name ______

   **B.** Family Name (Last Name) ______ Given Name (First Name) ______ Middle Name ______

Answer the following questions regarding the person for whom the petition is being filed. If you answer "No" to **Item A.** in **Item Number 2.**, provide an explanation in the space provided in **Part 15. Additional Information**.

2. **A.** Have you been declared dependent on a juvenile court in the United States OR has a juvenile court legally committed you to, or placed you under the custody of, an agency, department of a state, or an individual or entity? ☒ Yes ☐ No

   **B.** Provide the name of the state agency, department, or court-appointed organization or individual with which you are placed below.

   MARCIA ELIZABETH ASTUDILLO TORRES

   **C.** Are you currently under the jurisdiction of the juvenile court that made your placement or custody determination identified in **Item B.** in **Item Number 2.** above? ☒ Yes ☐ No

## Part 8. Complete Only If Filing for a Special Immigrant Juvenile (continued)

3. A. If you answered "Yes" to **Item C.** in **Item Number 2.** above, are you currently residing in your court-ordered placement? ☒ Yes ☐ No

   B. If you answered "No" to **Item C.** in **Item Number 2.** above, select your reason below.

   ☐ You were adopted or placed in a permanent guardianship or another permanent living arrangement (other than reunification with the abusive parents).

   ☐ You aged-out of the juvenile court's jurisdiction and the order was terminated based on age.

   ☐ Other. (If you selected "Other," provide an explanation in the space provided in **Part 15. Additional Information**.)

4. A. A juvenile court has determined that reunification with ☒ one or ☐ both of my parents is not viable due to:

   ☐ Abuse ☐ Neglect ☒ Abandonment

   ☐ Similar basis under state law (specify): RAUL ELIDIO TORRES ALTAMARIANO

   B. If you selected "one" in **Item A.** in **Item Number 4.**, provide the name of that parent below.

5. Has it been determined in judicial or administrative proceedings that it would not be in your best interest to be returned to your or your parent's country of citizenship or nationality or last habitual residence? ☒ Yes ☐ No

6. A. Are you currently or were you previously in the custody of the U.S. Department of Health and Human Services (HHS)? ☐ Yes ☒ No

   B. If you answered "Yes" to **Item A.** in **Item Number 6.**, and you are in HHS custody, did the juvenile court order determine or alter your custody status or placement? ☐ Yes ☒ No

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition

### *Prospective Employer Attestation*

1. Provide the following information about the prospective employer.

   A. Number of members of the prospective employer's organization

   B. Number of employees working at the same location where the beneficiary will be employed

   C. Number of aliens holding special immigrant or nonimmigrant religious worker status who are currently employed or were employed within the past five years

   D. Number of Special Immigrant Religious Worker (Form I-360) and Nonimmigrant Religious Worker (Form I-129) petitions submitted by the prospective employer within the past five years

   E. Number of Special Immigrant Religious Worker (Form I-360) petitions submitted by the beneficiary during the last five years

2. Has the beneficiary or have any of the beneficiary's dependent family members previously been admitted to the United States for a period of stay in the Religious Worker (R) classification during the last five years? ☐ Yes ☐ No

   If you answered "Yes" to **Item Number 2.**, provide the beneficiary's and any dependent family member's prior periods of stay in the R classification in the United States during the last five years. Be sure to provide only those periods when the beneficiary and/or family members were actually in the United States in the R classification. Provide the beneficiary's information in **Item Number 3.** below. For dependent family members, use the space provided in **Part 15. Additional Information.**

   **NOTE:** Submit photocopies of Form I-94 Arrival-Departure Record, Form I-797 (Notice of Action), and/or other USCIS documents identifying these periods of stay in the R classification. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

**3.** Beneficiary

Family Name (Last Name) | Given Name (First Name) | Middle Name

Period of Stay

From (mm/dd/yyyy) | To (mm/dd/yyyy)

**4.** Provide a summary of the type of responsibilities of those employees, other than the beneficiary, who work at the same location where the beneficiary will be employed. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

Position

Summary of the Type of Responsibilities for That Position

**5.** Describe the relationship, if any, between the religious organization in the United States and the organization abroad of which the beneficiary is a member.

**6.** Provide the following information about the prospective employment. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

**A.** Title of position offered

**B.** The beneficiary will be working (select one of the following):

☐ As a minister

☐ In a religious vocation

☐ In a religious occupation

**C.** Detailed description of the beneficiary's proposed daily duties

**D.** Description of the beneficiary's qualifications for the position offered

**E.** Description of the proposed salaried and/or non-salaried compensation

**F.** Provide the specific addresses or locations where the beneficiary will be working

Company Name

Street Number and Name | Apt. ☐ Ste. ☐ Flr. ☐ | Number

City or Town | State | ZIP Code

Province | Postal Code | Country

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

Answer **Item Numbers 7. - 13.** about the prospective employer. If you answer "No" for **Item Numbers 7. - 13.**, provide an explanation in the space provided in **Part 15. Additional Information**.

**7.** The prospective employer is a bona fide non-profit religious organization or a bona fide organization that is affiliated with the religious denomination and is tax exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986, subsequent amendment, or equivalent sections of prior enactments of the Internal Revenue Code. If the prospective employer is affiliated with the religious denomination, complete the Religious Denomination Certification included in this petition. ☐ Yes ☐ No

If you answered "Yes," select the applicable box and attach the appropriate documentation to the petition.

**A.** ☐ A currently valid determination letter from the Internal Revenue Service (IRS) establishing that the organization is a tax-exempt organization;

**B.** ☐ A currently valid determination letter from the IRS establishing that the organization is recognized as tax-exempt under a group tax exemption; or

**C.** ☐ If you are claiming that the prospective employer is a bona fide organization that is affiliated with the religious denomination, provide the following:

**(1)** ☐ A currently valid determination letter from the IRS establishing that the organization is a tax-exempt organization;

**(2)** ☐ Documentation that establishes the religious nature and purpose of the organization, such as a copy of the organizing instrument of the organization that specifies the purposes of the organization;

**(3)** ☐ Organizational literature, such as books, articles, brochures, calendars, flyers, and other literature describing the religious purpose and nature of the activities of the organization; and

**(4)** ☐ A completed religious denomination certification, signed and dated, certifying that the petitioning organization is affiliated with the religious denomination.

**8.** The prospective employer is willing and able to provide salaried and/or non-salaried compensation at a level that the beneficiary and any dependents will not become a public charge. ☐ Yes ☐ No

**9.** The funds to pay the beneficiary's compensation do not include any monies obtained from the beneficiary, excluding reasonable donations or tithing to the religious organization. ☐ Yes ☐ No

**10.** The beneficiary will not engage in secular employment, and the prospective employer will provide salaried and/or non-salaried compensation. ☐ Yes ☐ No

**11.** The offered position is full time, requiring at least an average of 35 hours of work per week. ☐ Yes ☐ No

**12.** The beneficiary has been a religious worker for at least two years immediately before Form I-360 was filed and is otherwise qualified for the position offered. ☐ Yes ☐ No

**13.** The beneficiary has been a member of the prospective employer's denomination for at least two years immediately before Form I-360 was filed. ☐ Yes ☐ No

### ***Prospective Employer Attestation*** *(must be completed by the prospective employer even if the beneficiary is filing on his or her own behalf)*

**I certify or attest under penalty of perjury under the laws of the United States of America that the contents of this attestation, and the evidence submitted, are true and correct.**

**14.** Signature of an Authorized Official of the Prospective Employer (sign in ink) | Date of Signature (mm/dd/yyyy)

EOIR — 30 of 57

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

### *Printed Name and Title of Signatory for Prospective Employer*

15. Family Name (Last Name) | Given Name (First Name) | Middle Name

16. Title of the Signatory

### *Mailing Address*

17. Employer/Organization Name

Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

City or Town | State | ZIP Code

### *Contact Information*

18. Daytime Telephone Number

19. Fax Number (if any)

20. Email Address (if any)

### *Religious Denomination Certification (to be completed only if the prospective employer is affiliated with a religious denomination)*

**I certify under penalty of perjury, that** the prospective employer, ________,

is affiliated with this Religious Denomination, ________, and that the attesting religious organization within the religious denomination is tax-exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986, or equivalent sections of prior enactments of the Internal Revenue Code. The contents of this certification are true and correct to the best of my knowledge.

21. Signature of the Authorized Representative of the Religious Denomination (sign in ink) | Date of Signature (mm/dd/yyyy)

### *Printed Name and Title of the Signatory of the Religious Denomination*

22. Family Name (Last Name) | Given Name (First Name) | Middle Name

23. Title of the Signatory

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

### *Information About the Attesting Religious Organization Within the Religious Denomination*

**24.** Name of Attesting Religious Organization Within the Religious Denomination

**25.** Street Number and Name — Apt. Ste. Flr. ☐ ☐ ☐ — Number

City or Town — State — ZIP Code

**26.** Daytime Telephone Number

**27.** Fax Number (if any)

**28.** Email Address (if any)

**29.** IRS Tax Number of the Attesting Religious Organization

## Part 10. Complete Only If Filing as a VAWA Self-Petitioning Spouse or Child of a U.S. Citizen or Lawful Permanent Resident or a VAWA Self-Petitioning Parent of a U.S. Citizen Son or Daughter

**NOTE: For the safety and protection of all VAWA self-petitioners, information regarding a filing will only be provided to the self-petitioner or their designated attorney or representative with a valid Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.**

**1.** Full Name of U.S. citizen or Lawful Permanent Resident Abuser

Family Name (Last Name) — Given Name (First Name) — Middle Name

**2.** Date of Birth (mm/dd/yyyy)

**3.** Country of Birth

**4.** Date of Death (mm/dd/yyyy)

**5.** Your abuser is now, or was, a (Select one):

**A.** ☐ U.S. citizen born in the United States

**B.** ☐ U.S. citizen born abroad to U.S. citizen parents

**C.** ☐ U.S. citizen through naturalization

**(1)** Provide A-Number (if known) ▶ **A-**

**D.** ☐ U.S. Lawful Permanent Resident

**(1)** Provide A-Number (if any) ▶ **A-**

**E.** ☐ Other (Explain)

**6.** How many times have you been married? ▶

**7.** How many times was your abuser married (if known)? ▶

EOIR — 32 of 57

## Part 10. Complete Only If Filing as a VAWA Self-Petitioning Spouse or Child of a U.S. Citizen or Lawful Permanent Resident or a VAWA Self-Petitioning Parent of a U.S. Citizen Son or Daughter (continued)

**8. A.** When did you and your abuser get married? (If you are a self-petitioning child or self-petitioning parent, type or print "N/A.") (mm/dd/yyyy) ______

**B.** Where did you and your abuser get married? (If you are a self-petitioning child or self-petitioning parent, type or print "N/A.") ______

**9.** When did you live with your abuser?

From (mm/dd/yyyy) ______ To (mm/dd/yyyy) ______

Include any other dates you have lived off/on with your abuser in the space provided in **Part 15. Additional Information**.

**10.** Provide the last address at which you lived together with your abuser.

Street Number and Name ______ Apt. ☐ Ste. ☐ Flr. ☐ Number ______

City or Town ______ State ______ ZIP Code ______

Province ______ Postal Code ______ Country ______

**11.** Provide the last date that you lived together with your abuser at this address.

From (mm/dd/yyyy) ______ To (mm/dd/yyyy) ______

**12.** I am currently residing in the United States and I request an Employment Authorization Document. ☐ Yes ☐ No

## Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual)

**IMPORTANT:** Complete this section **ONLY** if you are an individual filing this petition for yourself. If you are filing Form I-360 to petition for another person or as an authorized signatory of an organization, complete **Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory.**

**NOTE:** Read the **Penalties** section of the Form I-360 Instructions before completing this part.

### *Petitioner's Statement*

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

**1.** Petitioner's Statement Regarding the Interpreter

**A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

**B.** ☐ The interpreter named in **Part 13.** read to me every question and instruction on this petition and my answer to every question in ______, a language in which I am fluent. I understand all of this information as interpreted.

**2.** Petitioner's Statement Regarding the Preparer

☐ At my request, the preparer named in **Part 14.**, ______, prepared this petition for me based only upon information I provided or authorized.

EOIR — 33 of 57

## Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual) (continued)

### *Petitioner's Contact Information*

3. Petitioner's Daytime Telephone Number

4. Petitioner's Mobile Telephone Number (if any)

5. Petitioner's Email Address (if any)

### *Petitioner's Declaration and Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

**1)** I provided or authorized all of the information contained in, and submitted with, my petition;

**2)** I reviewed and understood all of the information in, and submitted with, my petition; and

**3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

### *Petitioner's Signature*

6. Petitioner's Signature

Date of Signature (mm/dd/yyyy)

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

## Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory

**IMPORTANT:** Complete this section **ONLY** if you are filing Form I-360 to petition for another person or as an authorized signatory of an organization. If you are an individual filing this petition for yourself, complete **Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual).**

**NOTE:** Read the **Penalties** section of the Form I-360 Instructions before completing this part.

### *Petitioner's or Authorized Signatory's Statement*

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1. Petitioner's Statement Regarding the Interpreter

A. ☐ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

B. ☑ The interpreter named in **Part 13.** read to me every question and instruction on this petition and my answer to every question in SPANISH, a language in which I am fluent. I understand all of this information as interpreted.

## Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory (continued)

**2.** Petitioner's Statement Regarding the Preparer

[X] At my request, the preparer named in **Part 14.**, ANDREA SOTO, prepared this petition for me based only upon information I provided or authorized.

### *Authorized Signatory's Contact Information*

**3.** Authorized Signatory's Family Name (Last Name): ASTUDILLO TORRES

Authorized Signatory's Given Name (First Name): MARCIA

**4.** Authorized Signatory's Title: MOTHER

**5.** Authorized Signatory's Daytime Telephone Number: 9143050150

**6.** Authorized Signatory's Mobile Telephone Number (if any):

**7.** Authorized Signatory's Email Address (if any):

### *Petitioner's or Authorized Signatory's Declaration and Certification*

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition, I understand all of the information contained in, and submitted with, my petition, and all of this information is complete, true, and correct.

### *Petitioner's or Authorized Signatory's Signature*

**8.** Petitioner's or Authorized Signatory's Signature: [signature]

Date of Signature (mm/dd/yyyy): 03/26/2025

**NOTE TO ALL PETITIONERS AND AUTHORIZED SIGNATORIES:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may delay a decision on or deny your petition.

## Part 13. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### *Interpreter's Full Name*

1. Interpreter's Family Name (Last Name): SOTO
   Interpreter's Given Name (First Name): ANDREA
2. Interpreter's Business or Organization Name (if any): SOTO LAW, PLLC

### *Interpreter's Mailing Address*

3. Street Number and Name: 445 HAMILTON AVENUE
   Apt. ☐ Ste. ☒ Flr. ☐ Number: 407
   City or Town: WHITE PLAINS
   State: NY
   ZIP Code: 10601
   Province:
   Postal Code:
   Country: UNITED STATES

### *Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number: 9142904900
5. Interpreter's Mobile Telephone Number (if any):
6. Interpreter's Email Address (if any): asoto@andreasotolaw.com

### *Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and SPANISH, which is the same language specified in **Part 11., Item B.** in **Item Number 1.**, or in **Part 12., Item B.** in **Item Number 1.**, and I have read to this petitioner or the authorized signatory in the identified language every question and instruction on this petition and his or her answer to every question. The petitioner or authorized signatory informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's Declaration and Certification**, or **Petitioner's or Authorized Signatory's Declaration and Certification,** and has verified the accuracy of every answer.

### *Interpreter's Signature*

7. Interpreter's Signature (sign in ink): [signature]
   Date of Signature (mm/dd/yyyy): 03/26/2025

EOIR — 36 of 57

## Part 14. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner

Provide the following information about the preparer.

### *Preparer's Full Name*

1. Preparer's Family Name (Last Name): SOTO
   Preparer's Given Name (First Name): ANDREA
2. Preparer's Business or Organization Name (if any): SOTO LAW, PLLC

### *Preparer's Mailing Address*

3. Street Number and Name: 445 HAMILTON AVENUE
   Apt. ☐ Ste. ☒ Flr. ☐ Number: 407
   City or Town: WHITE PLAINS
   State: NY
   ZIP Code: 10601
   Province:
   Postal Code:
   Country: UNITED STATES

### *Preparer's Contact Information*

4. Preparer's Daytime Telephone Number: 9142904900
5. Preparer's Mobile Number:
6. Preparer's Email Address (if any): asoto@andreasotolaw.com

### *Preparer's Statement*

7. A. ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's consent.

   B. ☒ I am an attorney or accredited representative and my representation of the petitioner in this case ☒ extends ☐ does not extend beyond the preparation of this petition.

   **NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this petition, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this petition.

### *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner or authorized signatory. The petitioner has reviewed this completed petition, including the **Petitioner's Declaration and Certification**, or **Petitioner's or Authorized Signatory's Declaration and Certification**, and informed me that all of this information in the form and in the supporting documents is complete, true, and correct.

### *Preparer's Signature*

8. Preparer's Signature (sign in ink): [signature]
   Date of Signature (mm/dd/yyyy): 03/26/2025

## Part 15. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.** Family Name (Last Name) | Given Name (First Name) | Middle Name

**2.** A-Number (if any) ► **A-**

**3.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**4.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**5.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**6.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

EOIR — 38 of 57

# EXHIBIT A

# REPÚBLICA DEL ECUADOR
Dirección General de Registro Civil, Identificación y Cedulación

Dirección General de Registro Civil Identificación y Cedulación

# CERTIFICADO DE NACIMIENTO

CERTIFICO: Que con número de registro de inscripción: **N-260-000009-38** en **ECUADOR**, provincia de **AZUAY**, cantón **CUENCA**, parroquia **SAN BLAS**, y con fecha **6 DE JUNIO DE 2011**, está inscrito el registro de nacimiento de:

NOMBRES: **PAULO ANDRES** APELLIDOS: **TORRES ASTUDILLO** SEXO: **MASCULINO** Número de Cédula: **0150014157**.

LUGAR Y FECHA DEL NACIMIENTO: **ECUADOR**, Provincia del **AZUAY**, cantón **CUENCA**, parroquia **HERMANO MIGUEL**, el día **9 DE MAYO DE 2011**.

NOMBRES Y APELLIDOS DEL PADRE: **RAUL ELIDIO TORRES ALTAMIRANO**, con cédula/pasaporte No. **0105382162** de nacionalidad **ECUATORIANA**, de estado civil **SOLTERO**.
NOMBRES Y APELLIDOS DE LA MADRE: **MARCIA ELIZABETH ASTUDILLO TORRES**, con cédula/pasaporte No. **0104992268** de nacionalidad **ECUATORIANA**, de estado civil **SOLTERA**.

Nombres y Apellidos de quien solicita la inscripción: **RAUL ELIDIO TORRES ALTAMIRANO**, cédula/pasaporte No. **0105382162**, nacionalidad **ECUATORIANA**.

Firma del Delegado
CHRISTIAN ORLANDO SALINAS PATIÑO

Lugar y Fecha de Nacimiento:
**CUENCA, 9 DE MAYO DE 2011**

**OPORTUNO**

Impreso por: CSALINAS, CUENCA, 6 DE JUNIO DE 2011

000003884180

(ECUADOR FLAG)REPUBLIC OF ECUADOR (LOGO)
General Directorate of Civil Registry, Identification and Cedulation

(ECUADOR FLAG)REPUBLIC OF ECUADOR
General Directorate of Civil Registry, Identification and Cedulation

**BIRTH REGISTRATION**
**ORIGINAL RECORD**

Registration number: N.260-000009-38
ID number: 0150014157

In **ECUADOR** province of **AZUAY** canton **CUENCA**, parish **SAN BLAS**; Today, **JUNE 6, 2011**, the undersigned, Head of Civil Registry, extends this birth registration certificate of:

NAMES: **PAULO ANDRÉS** SURNAME: **TORRES ASTUDILLO** SEX: **MALE**

PLACE AND DATE OF BIRTH: **ECUADOR**, Province of **AZUAY**, canton **CUENCA**, parish **HERMANO MIGUEL**, on **MAY 9,2011**

NAMES AND SURNAMES OF THE FATHER: **RAUL ELIDIO TORRES ALTAMIRANO**, with ID/passport No. **0105382162** nationality **ECUADORIAN**, marital status **SINGLE**.
NAMES AND SURNAMES OF THE MOTHER: **MARCIA ELIZABETH ASTUDILLO TORRES**, with ID/passport No. **0104992268** nationality **ECUADORIAN**, marital status **SINGLE**.

Names and surnames of those requesting registration: **RAUL ELIDIO TORRES ALTAMIRANO** with ID/passport No. **0105382162** nationality **ECUADORIAN**

**OBSERVATIONS**
PARENTS PRESENT REQUEST REGISTRATION/SINGLE PARENTS

(SIGNATURE)
SIGNATURE OF THE MOTHER
**MARCIA ELIZABETH ASTUDILLO TORRES**

(SIGNATURE)
SIGNATURE OF THE FATHER
**RAUL ELIDIO TORRES ALTAMIRANO**

(SIGNATURE)
SIGNATURE OF THE DELEGATE
**CHRISTIAN ORLANDO SALINAS PATINO**

(SIGNATURE)
SIGNATURE OF APPLICANT
**RAUL ELIDIO TORRES ALTAMIRANO**

**Place and Date of Birth**
CUENCA, MAY 9, 2011

**PROMPT(BAR CODE)**
Printed by: C.SALINAS CUENCA, JUNE 6,2011

Information certified to date: MARCH 17,2022
Issuer: GUAMAN OCHOA KATHERINE ANDREA (QR CODE)
No. of Certificate: 223-691-31097
[Bar Code]
223-691-31097

Ing. Fernando Alvear
General Director of the Civil Registry, Identification and Certification
Electronically signed document

# AFFIDAVIT OF TRANSLATION

STATE OF NEW YORK }
ss:
COUNTY OF WESTCHESTER }

Ana Lara, being duly sworn, hereby deposes and says:

1. I am fluent in both English and Spanish languages, and I am able to speak, write, read and interpret from Spanish to English.
2. Spanish is my native language and I learned English at a young age. I was awarded Cambridge's First Certificate in English at the age of 17.
3. I am competent to translate and interpret from Spanish language into English to the best of my knowledge.
4. My qualifications stem from twenty-two years of practicing speaking, writing, reading, interpreting, and translating from the English to Spanish languages, as well as studying both Spanish and English throughout my life, from preschool to college, honing my writing and speaking skills.
5. The translation provided herein is accurate and corresponds to the annexed document.

Dated: White Plains, New York
October, 15th, 2024

[signature]

Ana Lara
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601

Sworn before me on

15th, day of October, 2024

[signature]

Notary Public

ASHLEY NUNEZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NU0026203
Qualified in Westchester County
Commission Expires June 26, 2028

# EXHIBIT B

3

A9566010

OBSERVACIONES/REMARKS/OBSERVATIONS

A9566010

REPUBLICA DEL ECUADOR

PASAPORTE
PASSPORT



Tipo/ Type: P
Código del país/ Country code: ECU
Núm. de pasap./ Passport number: A9566010
Apellidos/ Surnames: TORRES ASTUDILLO
Nombres/ Given names: PAULO ANDRES
Nacionalidad/ Nationality: ECUATORIANA / ECUADORIAN
Fecha de nacimiento/ Date of birth: 09 MAY / MAY 2011
Núm. personal/ Personal number: 0150014157
Sexo/ Sex: M
Lugar de nacimiento/ Place of birth: CUENCA, ECU
Fecha de expedición/ Date of issue: 17 MAY / MAY 2023
Autoridad/ Authority: DIGERCIC
NAT CAN: 923649
Fecha de caducidad/ Date of expiry: 17 MAY / MAY 2033
Firma del titular/ Holder's signature: Paulito :)
A1797825

P<ECUTORRES<ASTUDILLO<<PAULO<ANDRES<<<<<<<<<
A9566010<9ECU1105094M3305175015001 4157<<<<46

# EXHIBIT C

A9565929

OBSERVACIONES/REMARKS/OBSERVATIONS

A9565929

REPÚBLICA DEL ECUADOR

PASAPORTE
PASSPORT



Tipo/ Type: P
Código del país/ Country code: ECU
Núm. de pasap./ Passport number: A9565929
Apellidos/ Surnames: ASTUDILLO TORRES
Nombres/ Given names: MARCIA ELIZABETH
Nacionalidad/ Nationality: ECUATORIANA / ECUADORIAN
Fecha de nacimiento/ Date of birth: 28 JUL / JUL 1989
Núm. personal/ Personal number: 0104992268
Sexo/ Sex: F
Lugar de nacimiento/ Place of birth: SIGSIG ECU
Fecha de expedición/ Date of issue: 17 MAY / MAY 2023
Autoridad/ Authority: DIGERCIC
NAT/ CAN: 915613
Fecha de caducidad/ Date of expiry: 17 MAY / MAY 2033
Firma del titular/ Holder's signature

A1797743

P<ECUASTUDILLO<TORRES<<MARCIA<ELIZABETH<<<<<
A9565929<9ECU8907286F3305175010499226 8<<<<92

# EXHIBIT D

F.C.A §§651, 652, 654;
D.R.L §240

At a Term of the Family Court of the
State of New York, held in the
County of Westchester,
White Plains, New York,
March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---------------------------------------------------------------------------X

In the Matter of a Proceeding for
Custody under article 6
Of the family Court Act or Section 240
of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

**ORDER ON PETITION FOR CUSTODY**

RAUL ELIDIO TORRES ALTAMIRANO
Respondent
Relationship to child: Father

Subject Child: **PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.

---------------------------------------------------------------------------X

The Petitioner herein having filed a petition on October 11, 2024, pursuant to Article 6 of the Family Court Act, Section 240 of the Domestic Relations Law, requesting an Order of custody of the following Paulo Andres Torres Astudillo, Date of Birth May 9, 2011;

And the Respondent having consented to the petition;

And the Court-Appointed Attorney for the Child, Donna Abrams, Esq. having consented to the award of custody to the Petitioner;

And the Court having searched the statewide registry of orders of protection, the sex offender registry and the Family Court's warrant and child protective records, and having notified the attorneys for the parties and for the child of the results of these searches; and having found no results;

AND THE MATTER HAVING DULY COME ON TO BE HEARD BEFORE THIS COURT, NOW, after examination and inquiry into the facts and circumstances of the case and after hearing the proofs and testimony offered in relation thereto, this Court finds and determines that:

**IT IS THEREFORE ORDERED** that the best interest of Paulo Andres Torres Astudillo requires that Custody be awarded as follows: sole legal and physical custody to the Petitioner, his mother, Marcia Elizabeth Astudillo Torres.

Dated: March 19, 2025
White Plains, New York

ENTER:

Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OF THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
( ) Order mailed on [specify date(s) and to whom mailed]: ______________________
( ) Order received in court on [specify date(s) and to whom given]: ______________________

# EXHIBIT E

8 U.S.C. § 1101 GF-42

(Special Immigrant Juvenile Status Order)
At a Term of the Family Court of the State of New York, held in the County of Westchester-White Plains, NY, March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------------X

In the Matter of a Proceeding for Custody under article 6 Of the family Court Act or Section 240 of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

**ORDER – SPECIAL IMMIGRANT JUVENILE STATUS**

RAUL ELIDIO TORRES ALTAMIRANDO
Respondent
Relationship to child: Father

**Subject Child: PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.
-----------------------------------------------------------------------X

This Court, after examining the motion papers and supporting affidavits, all the pleadings and prior proceedings in this matter, and hearing credible testimony, finds, in accordance with 8 U.S.C. § 1101(a)(27)(J), New York State Family Court Acts § 651, § 1012 and New York State Surrogate's Court Procedure Act § 1701, that:

1. This Family Court is a court which has jurisdiction to make judicial determinations about the custody and care of minors, which include juveniles up to the age of 21. This court took jurisdiction of the above-named juvenile prior to the age of 21 pursuant to New

York State Family Court Acts § 651, §661(a), § 115(c) and New York State Surrogate's Court Procedure Act § 103(27).

2. The above-named child is under 21 years of age and a minor for purposes of Guardianship and/or custody of the person. New York Surrogate Court Procedure Act § 103(27), New York Family Court Act § 661(a).

3. The above-named child is unmarried.

4. The above-named child dependent on the Family Court, a juvenile court under New York law, by virtue of a custody order that was granted by this Court. The above-named child is dependent upon the Family Court and has been committed to and placed in the physical custody of individual, namely, Marcia Elizabeth Astudillo Torres, or entity appointed by the state of Family Court pursuant to the New York State Family Court Acts § 141, § 651, § 1012, and New York State Surrogate's Court Procedure Act § 1701. *Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008). Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008); Matter of Trudy-Ann W. v. Joan W., 901 NYS2d 296 (2d Dept. 2010).* He has been in the physical care of, Marcia Elizabeth Astudillo Torres, and continues to reside with her. The grant of custody also constitutes a legal commitment of the custodian to the child pursuant to New York Surrogates Act § 1706, which states that the custodian "shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health, and medical needs, and the physical custody of the person of the child." The grant of custody is also pursuant to New York Family Court Act § 657, which enunciates the rights and authorities of a person possessing a lawful order of custody of a child vis-à-vis school enrollment, health insurance enrollment, and specifics expressly that "persons possessing a lawful order of custody of a child shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health and medical needs, and the physical custody of the child." There is no legal distinction in New York between the effects of a grant of custody as compared to a grant of guardianship. See, *Matter of Allen V. Fiedler*, 96 A.D. 3d 1682 (4th Dept. 2012). The child is in need of a legal custodian to support him with housing, medical care, educational planning, emotional and financial support. The Court finds that custody serves the child's best interests.

5. Reunification with the father, Raul Elidio Torres Altamirano, is not viable due to abandonment. Thus, under NY Fam. Ct. Act Section 1092(a) the child is considered a

destitute child because he was left in a state of suffering due to lack of care of the father. The record establishes that the father has left the child without providing for his support or care for over seven (7) years. The child's father has not had any contact with the Child for over seven (7) years. After testimony and a review of the record the court finds that the father has not supported the child emotionally or financially. *Alamigir A.*, 81 3d 937 (1st Dept. 2011). The father has not provided for food, clothing, shelter, educational and medical needs as required. The father has neglected his parental duties. The child is abandoned under NYS Social Services Law, Section 384-b(5)(a). *Pineda v. Diaz, 127 A.D.3s 1203 (2d Dep't 2015); Marcelina M.G. v. Israel S., 112 A.D.3d 100, 973 N.Y.S. 2d 714, 721 (2d Dep't 2013).*

6. It is in the child's best interest to remain with the petitioner. There is no available relative or viable resource for the child to live with in the country of nationality or country of last habitual residence of the child or the birth parents. There is no one who is able or willing to provide the child with a safe home and provide for the child's safety and needs. It is in the child's best interest to remain with the petitioner where he has the opportunity to be in a stable environment and further his education. It is not in the Child's best interest to be returned to Ecuador. *Trudy Ann W., 73 AD 793 (2nd Dept. 2010); N.Y. Surr. Ct. Proc. Act § 1707; See also, Eschbach v. Eschbach, 56 N.Y.2d 167 (1982), Matter of Marisol N.H., 115 AD3d 185 (2d Dept. 2014).*

Dated: March 19, 2025
White Plains, New York

ENTER:

Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST. Check applicable box:

( ) Order mailed on [specify date(s) and to whom mailed]:__________________
( ) Order received in court on [specify date(s) and to whom given]:____________





FedEx 14525 Rev 1/19 RRDO 24

ORIGIN ID:NESA (914) 290-4900
ANDREA SOTO, ESQ.
SOTO LAW, PLLC
445 HAMILTON AVENUE
4TH FLOOR, SUITE 407
WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 26MAR25
ACTWGT: 1.00 LB
CAD: 256972586/INET4535

BILL SENDER

TO **USCIS**
**ATTN: AOS (BOX 4109)**
**2500 WESTFIELD DRIVE**

**ELGIN IL 60124**
(914) 290-4900 REF: 11-528 PAULO ASTUDILLO
INV:
PO: DEPT:

58CJ3/5027/C6C4

FedEx Express

J251024121701uv

**MON - 31 MAR 5:00P**
**EXPRESS SAVER**

TRK# 0201 **8800 8502 9979**

**SP AUZA**

**60124**
**IL-US ORD**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**CERTIFICATE OF SERVICE**

**CASE NAME:** ASTUDILLO TORRES, Marcia Elizabeth, et al.

**CASE NUMBER:** 226-088-780/781

I hereby certify that the Motion for Severance and any attached pages were served on the Department of Homeland Security on this April 11th, 2025

______By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

______ by causing to be personally delivered a true copy thereof to the person at address set forth below.

______by Federal Express to the person at the address set forth below.

______ by certified mail, return receipt requested, to the person at the address set forth below.

______ By Electronic delivery via filing with ECAS at eservice.ice.gov At:

Office of Principal Legal Advisor US DHS/ICE
26 Federal Plaza, Room 1130 New York, NY 10278

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
April 11th, 2025

Andrea C. Soto

Andrea C. Soto, Esq.
Attorney for the Respondents
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK BROADWAY, NEW YORK**

In the Matter of: Astudillo Torres, Marcia Elizabeth, et al.

A-Number: 226-088-780/781

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Counsel's Motion for Servance it is **HEREBY ORDERED** that the Motion Be:

☐ **GRANTED** ☐ **DENIED** because:

☐ DHS does not oppose the motion.

☐ The Respondent does not oppose the motion.

☐ A response to the motion has not been filed with the Court.

☐ Good cause has been established for the motion.

☐ The Court agrees with the reasons stated in the opposition to the motion.

☐ The motion is untimely per ______________________________

☐ Other: ____________________________________________________________

______________________________________________________________________

_____________ ________________________________

Date Hon. Immigration Judge Lee, Kalenna

**Certificate of Service**
This document was served by: [ ] Mail [ ] Personal Service [ ] E-Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep. [ ] DHS

Date ________________________ By: Court Staff ___________________

Wen-Ting Cheng
Chief Counsel
Katrina Jackson-Brown
Deputy Chief Counsel
Shanae P. Keys
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, Room 1130
New York, New York 10278
Shanae.P.Keys@ice.dhs.gov

**NOT DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT, 290 BROADWAY**
**NEW YORK, NEW YORK**

| | |
|---|---|
| In the Matter of: | |
| ASTUDILLO TORRES, Marcia<br>TORRES ASTUDILLO, Paulo | File No. A226-088-780<br>A226-088-781 |
| In removal proceedings | |

**U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION TO APPEAR BY VIDEO TELECONFERENCE, AND, IN THE ALTERNATIVE, BY TELEPHONE**

EOIR — 1 of 6

## INTRODUCTION

The U.S. Department of Homeland Security (Department) respectfully moves the Immigration Court to permit the Department to appear via video teleconference (VTC) for the merits hearings in this matter scheduled on April 29, 2025, and in the alternative, via telephone.

## I. VIDEO TELECONERENCE APPEARANCE.

The Department respectfully requests that this Court permit the Department to appear via VTC (WebEx) from a technologically equipped workspace for the merits hearing in this matter.

The basis for this request is due to a current health condition that limits my ability to appear in person. I currently have an interim reasonable accommodation that allows me to telework. As such, I am requesting to appear via Webex for the merits hearing scheduled on April 29, 2025 at 8:30 am.

Appearance by VTC for immigration hearings is already a widely accepted practice that is authorized by the Immigration and Nationality Act (the INA), federal regulations, and the Immigration Court Practice Manual (ICPM). *See* INA § 240(b)(2)(A)(ii) ("The proceeding [under INA § 240] may take place […] through video conference[.]"; 8 C.F.R. § 1003.25(c) ("An Immigration Judge may conduct hearings through video conference to the *same extent* as he or she may conduct hearings in person.") (emphasis added); EOIR Policy Manual, Part II, OCIJ Practice Manual, Chpt. 4.7(a) & (b) (acknowledging that Immigration Judges are "authorized by statute to hold hearings by video conference[,]" and that for hearings by VTC, the "Immigration Judge, the respondent, the DHS attorney, and the witnesses need not necessarily be present together in the same location."). In full conformity with the INA, federal regulations, and the OCIJ Practice Manual, the Department is willing and able to appear for this case via VTC.

The Executive Office for Immigration Review (EOIR) itself regularly conducts immigration hearings, on both the detained and non-detained dockets, by VTC. Currently, EOIR

conducts VTC hearings in a number of locations, including: Fort Worth Immigration Adjudication Center; Falls Church Immigration Adjudication Center; Migrant Protection Protocol hearings in Laredo and Brownsville, Texas; and hearings out of the Winn Correctional Center, Jackson Parish Correctional Center, and the Kay County Detention Center. Each courtroom in EOIR's locations in New York City is equipped with VTC equipment. Detained docket hearings in New York City are currently held by VTC. To reiterate, Immigration Judges are specifically authorized by statute to conduct removal hearings through video conferencing. *See* INA § 240(b)(2)(A)(iii). The Immigration Judge may conduct hearings by video conference to the same extent as he or she may conduct hearings in person. *See* 8 C.F.R. § 1003.25(c); *see also* OCIJ Practice Manual, Chpt. 4.7(a) & (b). Hearings that are held by VTC do not require any of the parties to be at the same location. *See* OCIJ Practice Model, Chpt. 4.7(b). As noted by EOIR, VTC is beneficial to parties because it saves travel time, promotes effective case management, provides for more expedient hearings, reduces travel costs, and, most relevant here, improves safety and security. *See* U.S. Dept. of Justice, Executive Office for Immigration Review, Interim Operating Policies and Procedures Memorandum (OPPM) No. 04-06: Hearings Conducted through Telephone and Video Conference (August 18, 2004), *available at* http://www.justice.gov/eoir/efoia/ocij/oppm04/04-06.pdf.

In addition to the feasibility and effectiveness of the Department's VTC appearances, such appearances are not prejudicial to the respondents. *See Aslam v. Mukasey,* 537 F.3d 110, 115 (2d Cir. 2008) (finding that an alien's due process rights were not violated by the admission of video teleconference testimony from witnesses); *Matter of R-C-R-*, 28 I&N Dec. 74, 81 (BIA 2020) (finding that courts have generally held that removal proceedings conducted by video conference "afford aliens a full and fair hearing."); *Matter of Santos*, 19 I&N Dec. 105 (BIA

1984) (holding that alien must demonstrate he has been prejudiced by a violation of a procedural rule or regulation before his immigration proceedings will be invalidated).

**II. TELEPHONIC APPEARANCE.**

In the alternative, if VTC appearance is not granted or not feasible, the Department requests to appear telephonically. The use of telephonic conferences to conduct hearings is also permissible under the INA. *See* INA §§ 240(b)(2)(A)(iv). Telephonic conference hearings can be held unless it is an evidentiary hearing on the merits and the alien does not consent to his or her own telephonic appearance. *See* INA § 240(b)(2)(B); 8 C.F.R. § 1003.25(c); OCIJ Practice Model, Chpt. 4.7(a). Parties to a telephonic hearing are not required to be at the same location. *See* OCIJ Practice Model, Chpt. 4.7(b). Therefore, the Department requests that undesigned counsel be permitted to appear telephonically in the absence of EOIR's permission to appear via VTC.

## CONCLUSION

For the foregoing reasons, the Department respectfully moves the Immigration Court to be permitted to appear by VTC for the merits hearing in this matter, in full accordance with the INA, federal regulations, and the OCIJ Practice Manual, and in the alternative, by telephone as permitted by the regulations.

Dated: April 10, 2025

SHANAE KEYS

Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, Room 1130
New York, New York 10278
Shanae.P.Keys@ice.dhs.gov

## CERTIFICATE OF SERVICE

On April 10, 2025, I, Shanae Keys, Esq., served a copy of this **U.S. Department of Homeland Security Submission of Evidence** on Andrea Soto, Esq:

☐ by first-class mail, postage pre-paid, to [address of party served].

☐ by first-class mail, postage pre-paid to [address of party served]., by placing into my office's receptacle designated for official "out-going" first class mail.

☐ by personally delivering a true copy thereof to the person set forth above.

☐ by electronic service, with prior consent, at the following e-mail address: [email address]

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☒ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

SHANAE P KEYS Digitally signed by SHANAE P KEYS
Date: 2025.04.10 16:36:39 -04'00'

Shanae Keys
Assistant Chief Counsel

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT, 290 BROADWAY**
**NEW YORK, NEW YORK**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| ASTUDILLO TORRES, Marcia | ) | File No. A226-088-780 |
| TORRES ASTUDILLO, Paulo | ) | A226-088-781 |
| | ) | |
| In removal proceedings | ) | |

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of **U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION TO APPEAR BY VIDEO TELECONFERENCE, AND, IN THE ALTERNATIVE, VIA TELEPHONE**, it is HEREBY ORDERED that the motion be:

☐ **GRANTED;** ☐ **DENIED** because:

☐ Good cause has been established for the motion

☐ Other:________________________________________.

________________________ ____________________________
Date Immigration Judge

Certificate of Service

This document was served by: [ ] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep [ ] DHS

Date: ________________________ By: Court Staff________________________

Andrea C. Soto
Attorney at Law
445 Hamilton Avenue, Suite 407
White Plains, NY 10601
Phone: (914) 290-4900
Email: asoto@andreasotolaw.com

NON-DETAINED
A# 226-088-780/781

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK FEDERAL PLAZA, NEW YORK**

| | | |
|---|---|---|
| IN THE MATTER OF:<br><br>ASTUDILLO TORRES,<br>MARCIA ELIZABETH, et al.<br><br>Respondents.<br><br>**IN REMOVAL PROCEEDINGS** | File No. | A# 226-088-780<br>A# 226-088-781 |

Hon. Imm. Judge: Lee, Kalenna

Hearing Date: April 29th, 2025, at 8:30a.m

# MOTION FOR VIDEO TELECONFERENCE HEARING

COMES NOW, the Respondents Marcia Elizabeth Astudillo Torres (hereinafter "Respondent") pursuant to 8 CFR §1003.25(c), respectfully requests this Honorable court to allow undersigned counsel and the respondent to appear at her April 29th, 2025, Individual hearing via Webex in undersigned counsel's office in White Plains, New York. In Support thereof, the Respondent offers the following as good cause:

1. New York State has experienced a Measles outbreak and on April 2nd, 2025, the New York State Department of Health issued a travel advisory advising New Yorkers against travel. *See attached Travel Advisory attached herein as* ***Exhibit A.***

2. In addition to the Health Concerns, Counsel is located in White Plains, NY, approximately 29.5 miles from Broadway Immigration Court. Traveling to Broadway Immigration Court would pose unreasonable additional travel expenses to the client, in addition to client travel costs to appear.

4. Appearing on Webex will not disadvantage the court as counsel has conducted numerous Webex individual hearings before this Honorable court. For the same reason, it will not disadvantage the government.

WHEREFORE, for the reason stated above, counsel for the respondent respectfully requests the Court grant her request to appear via Webex and grant respondent's permission to appear via Webex. Respondent will be present in Counsel's office to attend the hearing.

Respectfully submitted,

4/8/2025
Date

Andrea C. Soto
Andrea C. Soto, Esq,
Attorney for Respondents

**EXHIBITS IN SUPPORT OF**
**MOTION FOR VIDEO TELECONFERENCE HEARING**



| EXH. | NAME | PAGE(S) |
|---|---|---|
| A | New York State Department of Health Travel Advisory…………. | Pp. 001-003 |

# EXHIBIT A

Uploaded on: 04/08/2025 at 06:21:57 PM (Eastern Daylight Time) Base City: NYB


NEW YORK STATE | Department of Health

**KATHY HOCHUL**
Governor

**JAMES V. McDONALD, MD, MPH**
Commissioner

**JOHANNE E. MORNE, MS**
Executive Deputy Commissioner

**DATE:** April 2, 2025

TO: Hospitals, Local Health Departments, Laboratories, Emergency Rooms, Family Medicine, Pediatrics, Adolescent Medicine, Internal Medicine, Infectious Disease, Infection Control Practitioners, and Primary Care Providers

FROM: NYS Department of Health (NYSDOH) Division of Vaccine Excellence (DOVE)

## MEASLES TRAVEL ADVISORY FOR ALL NEW YORKERS

**NOTE TO PROVIDES: Please display this advisory in your office and promote these messages to your patients. For the latest clinical information on measles, please visit our website.**

Measles is only a car ride away! Measles is a highly contagious virus. Around 90% of people who are exposed to a person with measles will become infected if they are not vaccinated. Because measles is so contagious, it easily crosses borders. Currently, measles outbreaks are happening in parts of the United States and Canada, especially in Ontario, and around the world. With spring and summer travel season approaching, anyone who is not protected can get measles while traveling and can easily spread it to others when they return home. Large measles outbreaks are possible when measles cases reach at-risk populations with low immunization rates against measles. The best way to protect against measles is to make sure you are up-to-date on immunization with the measles-mumps-rubella (MMR) vaccine.

The total number of measles cases in the United States in the first three months of 2025 has already surpassed the total number of measles cases in all of 2024. As of March 26, 2025, a total of 483 measles cases have been reported by twenty U.S. jurisdictions this year: Alaska, California, Florida, Georgia, Kentucky, New Jersey, New Mexico, New York, New York City, Pennsylvania, Rhode Island, Texas, Kansas, Oklahoma, Ohio, Maryland, Michigan, Tennessee, District of Columbia, Vermont and Washington; 442 of which occurred in New Mexico and Texas. Most of the 442 cases are among children who had not received the MMR vaccine. Additionally, the ongoing outbreak in Canada has reached over 600 cases with the majority (570 cases) occurring in Ontario.

In addition to Canada, many other countries around the world have an increased number of measles cases including Yemen, Pakistan, India, Thailand, Ethiopia, Romania, Afghanistan, Indonesia, Kyrgyzstan, and Viet Nam.

**No matter where you travel, make sure you and your family are protected against measles.**

**Guidance BEFORE international travel or travel to an area in the US experiencing an outbreak:**

**Protect yourself against measles.**

The best way to protect yourself and your loved ones is by getting the measles, mumps, and rubella (MMR) vaccine. You should plan to be fully vaccinated against measles at least **2 weeks before you depart**. If your trip is less than 2 weeks away and you are not immunized, you should get a dose of MMR. The MMR vaccine protects against all 3 diseases.

- One dose provides 93% protection against measles.
- Two doses of MMR vaccine provide 97% protection against measles.

If you're unsure whether you've been vaccinated, first try to find your vaccination records or consult with your health care provider. Your provider or local health department can help you decide if you need a MMR vaccination. Generally speaking, serologic titers are not recommended, if in doubt give a dose of vaccine.

Call your health care provider or reach out to your local health department for assistance in scheduling an appointment for the MMR vaccine. CDC does not recommend measles vaccine for infants younger than 6 months of age. In addition, certain individuals cannot receive the MMR vaccine for medical reasons: people who have had an allergic reaction to a MMR vaccine, those with certain medical conditions, people who are immunocompromised, and people who are pregnant or planning to become pregnant soon.

Infants 6-11 months of age:

- Get an **early dose** of MMR vaccine if traveling to a high-risk area.
- Then follow the recommended schedule and get:
  - o Another dose at 12 through 15 months.
  - o A final dose at 4 through 6 years, for a **total of 3 doses** of MMR vaccine.

Children over 12 months of age:

- Get the **first dose of MMR vaccine immediately** if not already vaccinated.
- Get **second dose 28 days** after the first.

Teens & adults with no evidence of immunity*:

- Get the **first dose of MMR immediately** if not previously vaccinated.
  - o Get a **second dose 28 days** after the first.

Note: People who were vaccinated prior to 1968 with either inactivated (killed) measles vaccine or measles vaccine of unknown type should be revaccinated with at least one dose of live attenuated measles vaccine. This is important even when you are not travelling.

*Acceptable evidence of immunity against measles includes at least one of the following:

Written documentation of adequate vaccination
Laboratory evidence of immunity
Laboratory confirmation of measles
Birth in the United States before 1957

**Guidance AFTER travel:**

Watch for symptoms for **3 weeks after your return**. Measles is highly contagious and can spread to others through coughing and sneezing.

Measles symptoms typically include:
High fever (may spike to more than 104° F)
Cough
Runny nose (coryza)
Red, watery eyes (conjunctivitis or pink eye)
Rash (3-5 days after symptoms begin)

Call your health care provider:
If you think you or your child have been exposed to measles.
If you or your child gets sick with a rash and fever. Tell your doctor you traveled abroad, and whether you have received the MMR vaccine.

**Avoid contact with others if sick**. People who are infected can spread measles to others from 4 days before a rash develops through 4 days after the rash appears.

For more information:
Center for Disease Control and Prevention: Expanding Measles Outbreak in the United States and Guidance for the Upcoming Travel Season
World Health Organization: Measles Fact Sheet
New York State Department of Health: Measles Advisory (February 26, 2025)
Center for Disease Control and Prevention: Preventing Measles Before and After Travel Fact Sheet
Center for Disease Control and Prevention: Travel Health Notices
New York State Department of Health: Travel Immunizations

**CERTIFICATE OF SERVICE**

**CASE NAME:** ASTUDILLO TORRES, Marcia Elizabeth, et al.

**CASE NUMBER:** 226-088-780/781

I hereby certify that the Motion for Video Teleconference Hearing and any attached pages were served on the Department of Homeland Security on this April 8th, 2025

______By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

______ by causing to be personally delivered a true copy thereof to the person at address set forth below.

______by Federal Express to the person at the address set forth below.

______ by certified mail, return receipt requested, to the person at the address set forth below.

______ By Electronic delivery via filing with ECAS at eservice.ice.gov At:

Office of Principal Legal Advisor US DHS/ICE
26 Federal Plaza, Room 1130 New York, NY 10278

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
April 8th, 2025

Andrea C. Soto

Andrea C. Soto, Esq.
Attorney for the Respondent
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, NY 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK FEDERAL PLAZA, NEW YORK**

In the Matter of: Astudillo Torres, Marcia Elizabeth, et al.

A-Number: 226-088-780/781

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Counsel's Motion for Video Teleconference Hearing it is **HEREBY ORDERED** that the Motion Be:

☐ **GRANTED** ☐ **DENIED** because:

☐ DHS does not oppose the motion.

☐ The Respondent does not oppose the motion.

☐ A response to the motion has not been filed with the Court.

☐ Good cause has been established for the motion.

☐ The Court agrees with the reasons stated in the opposition to the motion.

☐ The motion is untimely per ______________________________

☐ Other: ____________________________________________________________

______________________________________________________________________

_______________ ______________________________________

Date Hon. Immigration Judge Lee, Kalenna

**Certificate of Service**
This document was served by: [ ] Mail [ ] Personal Service [ ] E-Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep. [ ] DHS

Date ________________________ By: Court Staff ___________________

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:

ASTUDILLO TORRES, MARCIA ELIZABETH

To:

Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780
Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/07/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ Department of Homeland Security has filed a motion for a continuance of the hearing scheduled for 04/29/2025

Upon reading and considering the motion, and any opposition from the non-moving party, the motion is:

☐ granted because good cause has been established for the requested continuance. 8 C.F.R. § 1003.29.

☑ denied because good cause has not been established for the requested continuance. 8 C.F.R. § 1003.29.

☑ Further explanation:

The Court sets a 15 day filing deadline for the submission of additional evidence. Any evidence filed after April 14, 2025 should be accompanied by a Motion for Late Filing.

☐ The hearing is rescheduled until

☐ The immigration court will serve Respondent with notice of the next hearing date.

Immigration Judge: Lee, Kalenna 04/07/2025

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 04/07/2025 By: Lee, Kalenna, Immigration Judge

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:
ASTUDILLO TORRES, MARCIA ELIZABETH

To:
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780
Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/07/2025

## ORDER OF THE IMMIGRATION JUDGE

■ Respondent ■ Department of Homeland Security has filed a motion for a continuance of the hearing scheduled for 04/29/2025

Upon reading and considering the motion, and any opposition from the non-moving party, the motion is:

■ granted because good cause has been established for the requested continuance. 8 C.F.R. § 1003.29.

■ denied because good cause has not been established for the requested continuance. 8 C.F.R. § 1003.29.

■ Further explanation:
The Court sets a 15 day filing deadline for the submission of additional evidence. Any evidence filed after April 14, 2025 should be accompanied by a Motion for Late Filing.

■ The hearing is rescheduled until
■ The immigration court will serve Respondent with notice of the next hearing date.

Immigration Judge: Lee, Kalenna 04/07/2025

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 04/07/2025 By: Lee, Kalenna, Immigration Judge

Andrea C. Soto
Attorney at Law
445 Hamilton Avenue, Suite 407
White Plains, NY 10601
Phone: (914) 290-4900
Email: asoto@andreasotolaw.com

NON-DETAINED
A# 226-088-780/781

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK FEDERAL PLAZA, NEW YORK**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ASTUDILLO TORRES, MARCIA ELIZABETH, et al. | ) | |
| | ) | |
| Respondents. | ) | File No. A# 226-088-780 |
| | ) | A# 226-088-781 |
| **IN REMOVAL PROCEEDINGS** | ) | |

Hon. Imm. Judge: Lee, Kalenna Hearing Date: April 29th, 2025 at 8:30a.m

# MOTION FOR CONTINUANCE

COMES NOW, the Respondents Marcia Elizabeth Astudillo Torres (hereinafter "Respondent") pursuant to 8 CFR §1003.29, respectfully requests this Honorable court grant a reasonable continuance. In Support thereof, the Respondent offers the following as good cause:

1. Counsel has received predicate orders from the Family Court for the minor respondent, Docket No. V-09237-24 on March 19th, 2024. In the predicate orders Issued by Hon. Arlene A. Gordon-Oliver determined that the child Paulo Andres Torres Astuillo, is best suited to remain in custodial care of the petitioner Marica Elizabeth Astudillo Torres. *See attached Predicate Orders from Family Court of New York attached herein as* ***Exhibit A.***

2. Counsel has submitted an I-360 for Paulo Andres Torres Astudillo before United States Citizenship and Immigration Services ("USCIS") on March 26th, 2025. Counsel requests a reasonable continuance to allow for the Special Immigration Juvenile Status ("SIJS") petition to be processed before USCIS, in which counsel will ultimately seek Prosecutorial Discretion based on an approved SIJS petition. *See attached I-360 Petition attached herein as* ***Exhibit B***

2. The New EOIR Policy Memorandum has been released on February 14th, 2025, changing the default filing deadline from the defect 15 days prior to individual hearing to now 30 days prior. The deadline for filing has advanced from April 14th, 2025, to Friday, March 28th, 2025. Counsel urges the court to continue this matter to adjust to the new EOIR Policy. *See attached EOIR Policy PM-25-21 attached herein as* ***Exhibit C****.*

WHEREFORE for the reasons stated above, the undersigned counsel seeks continuation of the Respondent's Individual Hearing scheduled for April 29th, 2025, at 9:00a.m. It is the undersigned belief that the rescheduling of this matter will not prejudice any of the parties

involved. Therefore, it is respectfully requested that the Individual Hearing scheduled for be rescheduled to a later date.

Respectfully submitted,

3/26/25
Date

Andrea C. Soto
Andrea C. Soto, Esq,
Attorney for Respondents

Uploaded on: 03/26/2025 at 10:41:09 PM (Eastern Daylight Time) Base City: NYB


**EXHIBITS IN SUPPORT OF**
**MOTION FOR CONTINUANCE**


| EXH. | NAME | PAGE(S) |
|---|---|---|
| **A** | Predicate Orders from State of New York………………………… | Pp. 001-003 |
| **B** | I-360 Petition Submitted to USCIS on April 26th, 2025………….... | Pp. 004-049 |
| **C** | EOIR POLICY PM-25-21 ……………….……...………………… | Pp. 050-051 |

# EXHIBIT A

8 U.S.C. § 1101 GF-42

(Special Immigrant Juvenile Status Order)
At a Term of the Family Court of the State
of New York, held in the County of
Westchester-White Plains, NY,
March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------------------------------X
In the Matter of a Proceeding for
Custody under article 6
Of the family Court Act or Section 240
of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

RAUL ELIDIO TORRES ALTAMIRANDO
Respondent
Relationship to child: Father

**ORDER – SPECIAL IMMIGRANT JUVENILE STATUS**

**Subject Child: PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.
---------------------------------------------------------------------X

This Court, after examining the motion papers and supporting affidavits, all the pleadings and prior proceedings in this matter, and hearing credible testimony, finds, in accordance with 8 U.S.C. § 1101(a)(27)(J), New York State Family Court Acts § 651, § 1012 and New York State Surrogate's Court Procedure Act § 1701, that:

1. This Family Court is a court which has jurisdiction to make judicial determinations about the custody and care of minors, which include juveniles up to the age of 21. This court took jurisdiction of the above-named juvenile prior to the age of 21 pursuant to New

York State Family Court Acts § 651, §661(a), § 115(c) and New York State Surrogate's Court Procedure Act § 103(27).

2. The above-named child is under 21 years of age and a minor for purposes of Guardianship and/or custody of the person. New York Surrogate Court Procedure Act § 103(27), New York Family Court Act § 661(a).

3. The above-named child is unmarried.

4. The above-named child dependent on the Family Court, a juvenile court under New York law, by virtue of a custody order that was granted by this Court. The above-named child is dependent upon the Family Court and has been committed to and placed in the physical custody of individual, namely, Marcia Elizabeth Astudillo Torres, or entity appointed by the state of Family Court pursuant to the New York State Family Court Acts § 141, § 651, § 1012, and New York State Surrogate's Court Procedure Act § 1701. *Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008). Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008); Matter of Trudy-Ann W. v. Joan W., 901 NYS2d 296 (2d Dept. 2010).* He has been in the physical care of, Marcia Elizabeth Astudillo Torres, and continues to reside with her. The grant of custody also constitutes a legal commitment of the custodian to the child pursuant to New York Surrogates Act § 1706, which states that the custodian "shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health, and medical needs, and the physical custody of the person of the child." The grant of custody is also pursuant to New York Family Court Act § 657, which enunciates the rights and authorities of a person possessing a lawful order of custody of a child vis-à-vis school enrollment, health insurance enrollment, and specifics expressly that "persons possessing a lawful order of custody of a child shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health and medical needs, and the physical custody of the child." There is no legal distinction in New York between the effects of a grant of custody as compared to a grant of guardianship. See, *Matter of Allen V. Fiedler*, 96 A.D. 3d 1682 (4th Dept. 2012). The child is in need of a legal custodian to support him with housing, medical care, educational planning, emotional and financial support. The Court finds that custody serves the child's best interests.

5. Reunification with the father, Raul Elidio Torres Altamirano, is not viable due to abandonment. Thus, under NY Fam. Ct. Act Section 1092(a) the child is considered a

destitute child because he was left in a state of suffering due to lack of care of the father. The record establishes that the father has left the child without providing for his support or care for over seven (7) years. The child's father has not had any contact with the Child for over seven (7) years. After testimony and a review of the record the court finds that the father has not supported the child emotionally or financially. *Alamigir A.*, 81 3d 937 (1[st] Dept. 2011). The father has not provided for food, clothing, shelter, educational and medical needs as required. The father has neglected his parental duties. The child is abandoned under NYS Social Services Law, Section 384-b(5)(a). *Pineda v. Diaz, 127 A.D.3s 1203 (2d Dep't 2015); Marcelina M.G. v. Israel S., 112 A.D.3d 100, 973 N.Y.S. 2d 714, 721 (2d Dep't 2013).*

6. It is in the child's best interest to remain with the petitioner. There is no available relative or viable resource for the child to live with in the country of nationality or country of last habitual residence of the child or the birth parents. There is no one who is able or willing to provide the child with a safe home and provide for the child's safety and needs. It is in the child's best interest to remain with the petitioner where he has the opportunity to be in a stable environment and further his education. It is not in the Child's best interest to be returned to Ecuador. *Trudy Ann W., 73 AD 793 (2nd Dept. 2010); N.Y. Surr. Ct. Proc. Act § 1707; See also, Eschbach v. Eschbach, 56 N.Y.2d 167 (1982), Matter of Marisol N.H., 115 AD3d 185 (2d Dept. 2014).*

Dated: March 19, 2025
White Plains, New York

ENTER:

______________________________
Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST. Check applicable box:

( ) Order mailed on [specify date(s) and to whom mailed]:____________________
( ) Order received in court on [specify date(s) and to whom given]:______________

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.8, (68 of 94)

# EXHIBIT B

SOTO LAW, PLLC

ANDREA C. SOTO
COUNSELLOR AT LAW

Riverhead Office
30 West Main Street
Riverhead, NY 11901

White Plains Office
Mailing Address:
445 Hamilton Avenue, Suite 407
White Plains, NY 10601

TELEPHONE: (800) 494-8031
FACSIMILE: (914) 898-9100
DIRECT/TEXT: (914) 290-4900
E-MAIL: asoto@andreasotolaw.com

March 26th, 2025

**VIA FEDEX**
USCIS
Attn: AOS (Box 4109)
2500 Westfield Drive
Elgin, IL 60124-7836

**RE: Petition for Special Immigrant Juvenile Status (SIJ) on behalf of: PAULO ANDRES TORRES ASTUDILLO (A 226-088-781)**

Dear Officer:

Enclosed please find a Petition for Special Immigrant Juvenile (**Form I-360**) on behalf of Petitioner **PAULO ANDRES TORRES ASTUDILLO**.

I have enclosed the following forms for review:

1. Notice of Entry of Appearance as Attorney (**Form G-28**) on behalf of the Petitioner, **PAULO ANDRES TORRES ASTUDILLO**, in support of the Petition for Amerasian, Widow(er) or Special Immigrant **(Form I-360);**
2. Notice of Entry of Appearance as Attorney **(Form G-28)** on behalf of the Authorized **MARCIA ELIZABETH TORRES ASTUDILLO**, in support of the Petition for Amerasian, Widow(er) or Special Immigrant (Form I-360);
3. Petition for Amerasian, Widow(er) or Special Immigrant **(Form I-360)** on behalf of the Petitioner **PAULO ANDRES TORRES ASTUDILLO**; and
4. Two Passport Style Photographs of the Petitioner.

Enclosed with the above-referenced forms, I have attached the following supporting documentation for review:

A. Copy of the Petitioner's Birth Certificate with its accompanying certified English translation indicating the Petitioner is under 21 years of age at the time of this filing;
B. Copy of the Petitioner's current Ecuadorian passport;
C. Copy of the Ecuadorian Passport of the Petitioner's mother and Legal Guardianship pursuant to Court Order;
D. Copy of the Order on Petition for Custody of the Person of a Minor from the Family Court of the State of New York held in the County of Westchester-White Plains; and,
E. Copy of the Predicate Order for Special Juvenile Status from the Family Court of the State of New York held in the County of Westchester-White Plains, evidencing the Petitioner's Eligibility for Special Immigrant Juvenile status by declaring the Petitioner dependent upon a juvenile court in the United States, and it has been determined by the Court that reunification with the father of the Petitioner is not viable due to abandonment, and further that it would not be in the Petitioner's best interests to be returned to her father's country of citizenship or nationality or last habitual residence.

On March 19th, 2025, the Family Court of the State of New York, County of Westchester found the Petitioner a Special Juvenile. In light of these findings and the accompanying supporting documentation, it is respectfully requested that your office grant the instant application. Please adjudicate the foregoing Petition as expeditiously as possible.

Very truly yours,

SOTO LAW, PLLC

***Andrea C. Soto, Esq.***

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ 0 8 0 1 1 8 0 0 0 6 2 1

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): SOTO
2.b. Given Name (First Name): ANDREA
2.c. Middle Name:

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 445 HAMILTON AVENUE
3.b. ☐ Apt. ☒ Ste. ☐ Flr. 407
3.c. City or Town: WHITE PLAINS
3.d. State: NY
3.e. ZIP Code: 10601 (USPS ZIP Code Lookup)
3.f. Province:
3.g. Postal Code:
3.h. Country: UNITED STATES

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 9142904900
5. Mobile Telephone Number (if any):
6. Email Address (if any): asoto@andreasotolaw.com
7. Fax Number (if any): 9148989100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: New York - Appellate Div. 2nd Department

1.b. Bar Number (if applicable): 5535802

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): SOTO LAW, PLLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direction of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-360

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[ ] Applicant [X] Petitioner [ ] Requestor

[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name) ASTUDILLO TORRES

**6.b.** Given Name (First Name) MARCIA

**6.c.** Middle Name ELIZABETH

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N O N E

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 2 2 6 0 8 8 7 8 0

### *Client's Contact Information*

**10.** Daytime Telephone Number

9143050150

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name 76 Putnam Avenue

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town Port Chester

**13.d.** State NY **13.e.** ZIP Code 10573

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

UNITED STATES

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity
[signature]

**2.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative
[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

EOIR — 14 of 60

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name)

1.b. Given Name (First Name)

1.c. Middle Name

2.a. Page Number 2.b. Part Number 2.c. Item Number

2.d.

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

6.a. Page Number 6.b. Part Number 6.c. Item Number

6.d.

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ 0 8 0 1 1 8 0 0 0 6 2 1 1

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): SOTO
2.b. Given Name (First Name): ANDREA
2.c. Middle Name:

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 445 HAMILTON AVENUE
3.b. ☐ Apt. ☒ Ste. ☐ Flr. 407
3.c. City or Town: WHITE PLAINS
3.d. State: NY 3.e. ZIP Code: 10601 (USPS ZIP Code Lookup)
3.f. Province:
3.g. Postal Code:
3.h. Country: UNITED STATES

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 9142904900
5. Mobile Telephone Number (if any):
6. Email Address (if any): asoto@andreasotolaw.com
7. Fax Number (if any): 9148989100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: New York - Appellate Div. 2nd Department

1.b. Bar Number (if applicable): 5535802

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): SOTO LAW, PLLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ____________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

EOIR — 16 of 60

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-360

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant [ ] Petitioner [ ] Requestor [ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): TORRES ASTUDILLO

**6.b.** Given Name (First Name): PAULO

**6.c.** Middle Name: ANDRES

**7.a.** Name of Entity (if applicable): N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable): N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N O N E

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 2 2 6 0 8 8 7 8 1

### *Client's Contact Information*

**10.** Daytime Telephone Number: 9143050150

**11.** Mobile Telephone Number (if any):

**12.** Email Address (if any):

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 76 Putnam Avenue

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Port Chester

**13.d.** State: NY **13.e.** ZIP Code: 10573

**13.f.** Province:

**13.g.** Postal Code:

**13.h.** Country: UNITED STATES

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X] I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** [X] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [ ] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 03/26/2025

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

EOIR — 18 of 60

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number **2.b.** Part Number **2.c.** Item Number

**2.d.**

**3.a.** Page Number **3.b.** Part Number **3.c.** Item Number

**3.d.**

**4.a.** Page Number **4.b.** Part Number **4.c.** Item Number

**4.d.**

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.**

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

EOIR — 19 of 60

# Petition for Amerasian, Widow(er), or Special Immigrant

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-360**
OMB No. 1615-0020
Expires 02/28/2026

| For USCIS Use Only | | Fee Stamp | Action Block |
|---|---|---|---|
| Returned | | | |
| Resubmitted | | | |
| Relocated | Received | | |
| | Sent | | |
| Remarks: | ☐ Petitioner/Applicant Interviewed<br>☐ Interviewed Beneficiary Interviewed<br>☐ I-485 Filed Concurrently<br>☐ Bene "A" File Reviewed | Classification<br><br>Consulate | Priority Date |

| To be completed by an Attorney or Accredited Representative (if any). | ☐ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About Person or Organization Filing This Petition

**NOTE:** You must complete **Part 1.** as the petitioner if you are filing this petition on behalf of another person. If you are a Violence Against Women Act (VAWA) self-petitioner or special immigrant juvenile, skip to **Part 1., Item Number 7.**

**1.** Your Full Name

Family Name (Last Name): ASTUDILLO TORRES
Given Name (First Name): MARCIA
Middle Name: ELIZABETH

**2.** USCIS Online Account Number (if any) ▶ N O N E

**3.** U.S. Social Security Number (if any) ▶ N O N E

**4.** Alien Registration Number (A-Number) (if any) ▶ A- 2 2 6 0 8 8 7 8 0

**5.** Individual IRS Tax Number (if any) ▶ N O N E

**6.** Mailing Address *(USPS ZIP Code Lookup)*

In Care Of Name (if any): PAULO ANDRES TORRES ASTUDILLO

Organization Name (if applicable):

Street Number and Name: 76 Putnam Avenue
Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: PORT CHESTER
State: NY
ZIP Code: 10573

Province:
Postal Code:
Country: UNITED STATES

EOIR — 20 of 60

## Part 1. Information About Person or Organization Filing This Petition (continued)

7. Alternate and/or Safe Mailing Address

If you are a VAWA self-petitioning spouse, child, parent, or a special immigrant juvenile and do not want U.S. Citizenship and Immigration Services (USCIS) to send notices about this petition to your home, you may provide an alternate and/or safe mailing address.

In Care Of Name (if any)

Street Number and Name | Apt. ☐ Ste. ☐ Flr. ☐ | Number

City or Town | State | ZIP Code

Province | Postal Code | Country

## Part 2. Classification Requested

Select **only one** box.

**1.** **A.** ☐ Amerasian

**B.** ☐ Widow(er) of a U.S. citizen

**C.** ☒ Special Immigrant Juvenile

**D.** ☐ Special Immigrant Religious Worker

**(1)** Will the beneficiary be working as a minister? ☐ Yes ☐ No

**E.** ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government, or U.S. Government in the Canal Zone

**F.** ☐ Special Immigrant Physician

**G.** ☐ Special Immigrant G-4 International Organization Employee or Family Member or NATO-6 Employee or Family Member

**H.** ☐ Special Immigrant Armed Forces Member

**I.** ☐ Self-Petitioning Spouse of Abusive U.S. citizen or Lawful Permanent Resident

**J.** ☐ Self-Petitioning Child of Abusive U.S. citizen or Lawful Permanent Resident

**K.** ☐ VAWA Self-Petitioning Parent of a U.S. citizen son or daughter

**L.** ☐ Special Immigrant Afghanistan or Iraq National who worked with the U.S. Armed Forces as a translator

**M.** ☐ Special Immigrant Iraq National who was employed by or on behalf of the U.S. Government

**N.** ☐ Special Immigrant Afghanistan National who was employed by or on behalf of the U.S. Government or the International Security Assistance Force (ISAF) in Afghanistan

**O.** ☐ Broadcasters

**P.** ☐ Other

Provide the name of the classification below.

## Part 3. Information About the Person for Whom This Petition Is Being Filed

**NOTE:** On this petition, the "beneficiary" or "self-petitioner" means the person for whom this petition is being filed. If you provided an alternate and/or safe mailing address above, you must also complete **Part 3.**

**1.** Your Full Name

Family Name (Last Name): TORRES ASTUDILLO
Given Name (First Name): PAULO
Middle Name: ANDRES

**2.** Mailing Address

In Care Of Name (if any):

Street Number and Name: 76 PUTNAM AVENUE
Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: PORT CHESTER
State: NY
ZIP Code: 10573

Province:
Postal Code:
Country: UNITED STATES

### *Other Information*

**3.** Date of Birth (mm/dd/yyyy): 05/09/2011

**4.** Country of Birth: ECUADOR

**5.** U.S. Social Security Number (if any): ▶ N O N E

**6.** A-Number (if any): ▶ A- 2 2 6 0 8 8 7 8 1

**7.** Marital Status ☒ Single ☐ Married ☐ Divorced ☐ Widowed

Complete **Item Numbers 8. - 15.** if this person is in the United States. If an item number is not applicable or the answer is "none," leave the space blank. Provide information below for the passport or other document used at the time of last arrival to the United States.

**8.** Date of Last Arrival (mm/dd/yyyy): 06/06/2024

**9.** Form I-94 Number or I-95 Crewman's Landing Permit: ▶ N O N E

**10.** Passport Number: A9566010

**11.** Travel Document Number:

**12.** Country of Issuance for Passport or Travel Document: ECUADOR

**13.** Expiration Date for Passport or Travel Document (mm/dd/yyyy): 05/17/2033

**14.** Current Nonimmigrant Status: SPECIAL IMMIGRANT JUVENILE

**15.** Date current status expired, or will expire, as shown on Form I-94 or I-95 (mm/dd/yyyy):

## Part 4. Processing Information

**1.** If the person listed in **Part 3.** is outside the U.S., is ineligible to adjust status in the U.S., or does not wish to adjust status in the U.S., provide the following information about the U.S. Consulate at which the person prefers to apply for an immigrant visa.

**U.S. Consulate**

**A.** City or Town:

**B.** Country:

## Part 4. Processing Information (continued)

2. If a U.S. address was provided in **Part 3.**, type or print the person's foreign address below. If he or she does not maintain a foreign address, list the city or town and country of last foreign residence. If his or her native alphabet does not use Roman letters, type or print his or her name and foreign address in the native alphabet.

A. Your Full Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| TORRES ASTUDILLO | PAULO | ANDRES |

B. Mailing Address

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| PANAMERICANA NORTE, CUDADELA KENNEDY | [ ] [ ] [ ] | |

City or Town: CUENCA

| Province | Postal Code | Country |
|---|---|---|
| AZUAY | | ECUADOR |

3. Gender of the beneficiary: [x] Male [ ] Female

4. A. Are you filing any other petitions or applications with this one? [ ] Yes [x] No

B. If you answered "Yes" to **Item A.** in **Item Number 4.**, how many? ______

If you answer "Yes" to **Item Numbers 5. - 6.**, provide an explanation in the space provided in **Part 15. Additional Information**.

5. Is the beneficiary in removal proceedings? [x] Yes [ ] No

6. Has the beneficiary ever worked in the U.S. without permission? (If you are applying for a special immigrant juvenile status, you are not required to answer this item number.) [ ] Yes [x] No

7. Is an application for adjustment of status attached to this petition? [ ] Yes [x] No

## Part 5. Information About the Spouse and Children of the Person for Whom This Petition Is Being Filed

**NOTE:** Depending on the classification you seek, you can either file this petition for another person or for yourself. On this petition, the "beneficiary" or "self-petitioner" means the person for whom this petition is being filed, whether that person is yourself or another person.

1. If you are filing as a self-petitioning spouse, have any of your children filed separate self-petitions? [ ] Yes [ ] No

2. **Person 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| N/A | N/A | N/A |

| Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|
| N/A | N/A |

Relationship: [ ] Spouse [ ] Child

A-Number (if any) ► A- N / A

## Part 5. Information About the Spouse and Children of the Beneficiary (continued)

**3. Person 2**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**4. Person 3**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**5. Person 4**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**6. Person 5**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**7. Person 6**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

## Part 5. Information About the Spouse and Children of the Beneficiary (continued)

**8. Person 7**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**9. Person 8**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

**10. Person 9**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

Date of Birth (mm/dd/yyyy): N/A
Country of Birth: N/A

Relationship: ☐ Child
A-Number (if any) ▶ A- N / A

## Part 6. Complete Only If Filing for an Amerasian

### *Information About the Mother of the Amerasian*

**1.** Mother's Full Name

Family Name (Last Name):
Given Name (First Name):
Middle Name:

**2. A.** Is the mother still alive? ☐ Unknown ☐ Yes ☐ No

**B.** If you answered "Yes" to **Item A.** in **Item Number 2.**, provide her address below.

In Care Of Name (if any):

Street Number and Name:
Apt. Ste. Flr. ☐ ☐ ☐ Number:

City or Town:
State:
ZIP Code:

Province:
Postal Code:
Country:



EOIR — 25 of 60

## Part 6. Complete Only If Filing for an Amerasian (continued)

**C.** If you answered "No" to **Item A.** in **Item Number 2.**, provide her date of death (mm/dd/yyyy).

### *Information About the Father of the Amerasian*

If possible, attach a notarized statement from the father regarding parentage. If there is a question you cannot fully answer in the space provided on this petition, use the space provided in **Part 15. Additional Information**.

**3.** Father's Full Name
Family Name (Last Name) Given Name (First Name) Middle Name

**4.** Date of Birth (mm/dd/yyyy) **5.** Country of Birth

**6.** **A.** Is the father still alive? ☐ Unknown ☐ Yes ☐ No

**B.** If you answered "Yes" to **Item A.** in **Item Number 6.**, provide his address below.

In Care Of Name (if any)

Street Number and Name Apt. Ste. Flr. ☐ ☐ ☐ Number

City or Town State ZIP Code

Province Postal Code Country

**C.** If you answered "No" to **Item A.** in **Item Number 6.**, provide his date of death (mm/dd/yyyy).

**D.** Daytime Telephone Number (if any) **E.** Work Telephone Number (if any)

At the time the Amerasian was conceived:

**7.** **A.** The father was in the military (indicate branch of service below).

☐ Army ☐ Air Force ☐ Navy ☐ Marine Corps ☐ Coast Guard

**B.** Provide the father's service number:

**C.** ☐ The father was not in the military and was not a civilian employed abroad. (Attach a full explanation of the circumstances.)

## Part 7. Complete Only If Filing as a Widow/Widower

**1.** Full Name of U.S. Citizen Husband or Wife Who Died
Family Name (Last Name) Given Name (First Name) Middle Name

**2.** Date of Birth (mm/dd/yyyy) **3.** Country of Birth **4.** Date of Death (mm/dd/yyyy)

## Part 7. Complete Only If Filing as a Widow/Widower (continued)

5. At time of death, your spouse was a (Select **only one**):
   - A. ☐ U.S. citizen born in the United States
   - B. ☐ U.S. citizen born abroad to U.S. citizen parents
   - C. ☐ U.S. citizen through naturalization
     - (1) Provide A-Number (if any) ► A- ______
   - D. ☐ Other (Explain) ______
6. How many times have you been married? ______
7. How many times was your spouse married? ______
8. A. When did you and your spouse get married (mm/dd/yyyy)? ______
   B. Where did you and your spouse get married? ______
9. A. Did you remarry after the death of your spouse? ☐ Yes ☐ No
   B. If you answered "Yes" to **Item A.** in **Item Number 9.**, provide the date that you remarried (mm/dd/yyyy). ______
10. If you are filing as a widow(er), were you legally separated at the time of the U.S. citizen's death? ☐ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Number 10.**, provide an explanation in the space provided in **Part 15. Additional Information**.

## Part 8. Complete Only If Filing for a Special Immigrant Juvenile

### *Information About the Juvenile*

1. List any other names used:

| | Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|---|
| A. | | | |
| B. | | | |

Answer the following questions regarding the person for whom the petition is being filed. If you answer "No" to **Item A.** in **Item Number 2.**, provide an explanation in the space provided in **Part 15. Additional Information**.

2. A. Have you been declared dependent on a juvenile court in the United States OR has a juvenile court legally committed you to, or placed you under the custody of, an agency, department of a state, or an individual or entity? ☒ Yes ☐ No
   B. Provide the name of the state agency, department, or court-appointed organization or individual with which you are placed below.
   MARCIA ELIZABETH ASTUDILLO TORRES
   C. Are you currently under the jurisdiction of the juvenile court that made your placement or custody determination identified in **Item B.** in **Item Number 2.** above? ☒ Yes ☐ No

EOIR — 27 of 60

## Part 8. Complete Only If Filing for a Special Immigrant Juvenile (continued)

3. A. If you answered "Yes" to **Item C.** in **Item Number 2.** above, are you currently residing in your court-ordered placement? ☒ Yes ☐ No

   B. If you answered "No" to **Item C.** in **Item Number 2.** above, select your reason below.

   ☐ You were adopted or placed in a permanent guardianship or another permanent living arrangement (other than reunification with the abusive parents).

   ☐ You aged-out of the juvenile court's jurisdiction and the order was terminated based on age.

   ☐ Other. (If you selected "Other," provide an explanation in the space provided in **Part 15. Additional Information**.)

4. A. A juvenile court has determined that reunification with ☒ one or ☐ both of my parents is not viable due to:

   ☐ Abuse ☐ Neglect ☒ Abandonment

   ☐ Similar basis under state law (specify): RAUL ELIDIO TORRES ALTAMARIANO

   B. If you selected "one" in **Item A.** in **Item Number 4.**, provide the name of that parent below.

5. Has it been determined in judicial or administrative proceedings that it would not be in your best interest to be returned to your or your parent's country of citizenship or nationality or last habitual residence? ☒ Yes ☐ No

6. A. Are you currently or were you previously in the custody of the U.S. Department of Health and Human Services (HHS)? ☐ Yes ☒ No

   B. If you answered "Yes" to **Item A.** in **Item Number 6.**, and you are in HHS custody, did the juvenile court order determine or alter your custody status or placement? ☐ Yes ☒ No

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition

### *Prospective Employer Attestation*

1. Provide the following information about the prospective employer.

   A. Number of members of the prospective employer's organization

   B. Number of employees working at the same location where the beneficiary will be employed

   C. Number of aliens holding special immigrant or nonimmigrant religious worker status who are currently employed or were employed within the past five years

   D. Number of Special Immigrant Religious Worker (Form I-360) and Nonimmigrant Religious Worker (Form I-129) petitions submitted by the prospective employer within the past five years

   E. Number of Special Immigrant Religious Worker (Form I-360) petitions submitted by the beneficiary during the last five years

2. Has the beneficiary or have any of the beneficiary's dependent family members previously been admitted to the United States for a period of stay in the Religious Worker (R) classification during the last five years? ☐ Yes ☐ No

   If you answered "Yes" to **Item Number 2.**, provide the beneficiary's and any dependent family member's prior periods of stay in the R classification in the United States during the last five years. Be sure to provide only those periods when the beneficiary and/or family members were actually in the United States in the R classification. Provide the beneficiary's information in **Item Number 3.** below. For dependent family members, use the space provided in **Part 15. Additional Information.**

   **NOTE:** Submit photocopies of Form I-94 Arrival-Departure Record, Form I-797 (Notice of Action), and/or other USCIS documents identifying these periods of stay in the R classification. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

**3.** Beneficiary

Family Name (Last Name) | Given Name (First Name) | Middle Name

Period of Stay

From (mm/dd/yyyy) | To (mm/dd/yyyy)

**4.** Provide a summary of the type of responsibilities of those employees, other than the beneficiary, who work at the same location where the beneficiary will be employed. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

Position

Summary of the Type of Responsibilities for That Position

**5.** Describe the relationship, if any, between the religious organization in the United States and the organization abroad of which the beneficiary is a member.

**6.** Provide the following information about the prospective employment. If you need extra space to complete this section, use the space provided in **Part 15. Additional Information**.

**A.** Title of position offered

**B.** The beneficiary will be working (select one of the following):

☐ As a minister

☐ In a religious vocation

☐ In a religious occupation

**C.** Detailed description of the beneficiary's proposed daily duties

**D.** Description of the beneficiary's qualifications for the position offered

**E.** Description of the proposed salaried and/or non-salaried compensation

**F.** Provide the specific addresses or locations where the beneficiary will be working

Company Name

Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

City or Town | State | ZIP Code

Province | Postal Code | Country

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

Answer **Item Numbers 7. - 13.** about the prospective employer. If you answer "No" for **Item Numbers 7. - 13.**, provide an explanation in the space provided in **Part 15. Additional Information**.

**7.** The prospective employer is a bona fide non-profit religious organization or a bona fide organization that is affiliated with the religious denomination and is tax exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986, subsequent amendment, or equivalent sections of prior enactments of the Internal Revenue Code. If the prospective employer is affiliated with the religious denomination, complete the Religious Denomination Certification included in this petition. ☐ Yes ☐ No

If you answered "Yes," select the applicable box and attach the appropriate documentation to the petition.

**A.** ☐ A currently valid determination letter from the Internal Revenue Service (IRS) establishing that the organization is a tax-exempt organization;

**B.** ☐ A currently valid determination letter from the IRS establishing that the organization is recognized as tax-exempt under a group tax exemption; or

**C.** ☐ If you are claiming that the prospective employer is a bona fide organization that is affiliated with the religious denomination, provide the following:

**(1)** ☐ A currently valid determination letter from the IRS establishing that the organization is a tax-exempt organization;

**(2)** ☐ Documentation that establishes the religious nature and purpose of the organization, such as a copy of the organizing instrument of the organization that specifies the purposes of the organization;

**(3)** ☐ Organizational literature, such as books, articles, brochures, calendars, flyers, and other literature describing the religious purpose and nature of the activities of the organization; and

**(4)** ☐ A completed religious denomination certification, signed and dated, certifying that the petitioning organization is affiliated with the religious denomination.

**8.** The prospective employer is willing and able to provide salaried and/or non-salaried compensation at a level that the beneficiary and any dependents will not become a public charge. ☐ Yes ☐ No

**9.** The funds to pay the beneficiary's compensation do not include any monies obtained from the beneficiary, excluding reasonable donations or tithing to the religious organization. ☐ Yes ☐ No

**10.** The beneficiary will not engage in secular employment, and the prospective employer will provide salaried and/or non-salaried compensation. ☐ Yes ☐ No

**11.** The offered position is full time, requiring at least an average of 35 hours of work per week. ☐ Yes ☐ No

**12.** The beneficiary has been a religious worker for at least two years immediately before Form I-360 was filed and is otherwise qualified for the position offered. ☐ Yes ☐ No

**13.** The beneficiary has been a member of the prospective employer's denomination for at least two years immediately before Form I-360 was filed. ☐ Yes ☐ No

### *Prospective Employer Attestation (must be completed by the prospective employer even if the beneficiary is filing on his or her own behalf)*

**I certify or attest under penalty of perjury under the laws of the United States of America that the contents of this attestation, and the evidence submitted, are true and correct.**

**14.** Signature of an Authorized Official of the Prospective Employer (sign in ink) | Date of Signature (mm/dd/yyyy)

EOIR — 30 of 60

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

### *Printed Name and Title of Signatory for Prospective Employer*

15. Family Name (Last Name) | Given Name (First Name) | Middle Name

16. Title of the Signatory

### *Mailing Address*

17. Employer/Organization Name

Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

City or Town | State | ZIP Code

### *Contact Information*

18. Daytime Telephone Number

19. Fax Number (if any)

20. Email Address (if any)

### *Religious Denomination Certification* *(to be completed only if the prospective employer is affiliated with a religious denomination)*

**I certify under penalty of perjury, that** the prospective employer, ______________________,

is affiliated with this Religious Denomination, ______________________, and that the attesting religious organization within the religious denomination is tax-exempt as described in section 501(c)(3) of the Internal Revenue Code of 1986, or equivalent sections of prior enactments of the Internal Revenue Code. The contents of this certification are true and correct to the best of my knowledge.

21. Signature of the Authorized Representative of the Religious Denomination (sign in ink) | Date of Signature (mm/dd/yyyy)

### *Printed Name and Title of the Signatory of the Religious Denomination*

22. Family Name (Last Name) | Given Name (First Name) | Middle Name

23. Title of the Signatory

## Part 9. Complete Only If Filing a Special Immigrant Religious Worker Petition (continued)

### *Information About the Attesting Religious Organization Within the Religious Denomination*

**24.** Name of Attesting Religious Organization Within the Religious Denomination

**25.** Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

City or Town | State | ZIP Code

**26.** Daytime Telephone Number

**27.** Fax Number (if any)

**28.** Email Address (if any)

**29.** IRS Tax Number of the Attesting Religious Organization

## Part 10. Complete Only If Filing as a VAWA Self-Petitioning Spouse or Child of a U.S. Citizen or Lawful Permanent Resident or a VAWA Self-Petitioning Parent of a U.S. Citizen Son or Daughter

**NOTE: For the safety and protection of all VAWA self-petitioners, information regarding a filing will only be provided to the self-petitioner or their designated attorney or representative with a valid Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.**

**1.** Full Name of U.S. citizen or Lawful Permanent Resident Abuser

Family Name (Last Name) | Given Name (First Name) | Middle Name

**2.** Date of Birth (mm/dd/yyyy)

**3.** Country of Birth

**4.** Date of Death (mm/dd/yyyy)

**5.** Your abuser is now, or was, a (Select one):

**A.** ☐ U.S. citizen born in the United States

**B.** ☐ U.S. citizen born abroad to U.S. citizen parents

**C.** ☐ U.S. citizen through naturalization

**(1)** Provide A-Number (if known) ▶ A-

**D.** ☐ U.S. Lawful Permanent Resident

**(1)** Provide A-Number (if any) ▶ A-

**E.** ☐ Other (Explain)

**6.** How many times have you been married? ▶

**7.** How many times was your abuser married (if known)? ▶

EOIR — 32 of 60

## Part 10. Complete Only If Filing as a VAWA Self-Petitioning Spouse or Child of a U.S. Citizen or Lawful Permanent Resident or a VAWA Self-Petitioning Parent of a U.S. Citizen Son or Daughter (continued)

**8.** **A.** When did you and your abuser get married? (If you are a self-petitioning child or self-petitioning parent, type or print "N/A.") (mm/dd/yyyy) ______

**B.** Where did you and your abuser get married? (If you are a self-petitioning child or self-petitioning parent, type or print "N/A.") ______

**9.** When did you live with your abuser?

From (mm/dd/yyyy) ______ To (mm/dd/yyyy) ______

Include any other dates you have lived off/on with your abuser in the space provided in **Part 15. Additional Information**.

**10.** Provide the last address at which you lived together with your abuser.

Street Number and Name ______ Apt. ☐ Ste. ☐ Flr. ☐ Number ______

City or Town ______ State ______ ZIP Code ______

Province ______ Postal Code ______ Country ______

**11.** Provide the last date that you lived together with your abuser at this address.

From (mm/dd/yyyy) ______ To (mm/dd/yyyy) ______

**12.** I am currently residing in the United States and I request an Employment Authorization Document. ☐ Yes ☐ No

## Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual)

**IMPORTANT:** Complete this section **ONLY** if you are an individual filing this petition for yourself. If you are filing Form I-360 to petition for another person or as an authorized signatory of an organization, complete **Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory.**

**NOTE:** Read the **Penalties** section of the Form I-360 Instructions before completing this part.

### *Petitioner's Statement*

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

**1.** Petitioner's Statement Regarding the Interpreter

**A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

**B.** ☐ The interpreter named in **Part 13.** read to me every question and instruction on this petition and my answer to every question in ______, a language in which I am fluent. I understand all of this information as interpreted.

**2.** Petitioner's Statement Regarding the Preparer

☐ At my request, the preparer named in **Part 14.**, ______, prepared this petition for me based only upon information I provided or authorized.

## Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual) (continued)

### *Petitioner's Contact Information*

**3.** Petitioner's Daytime Telephone Number

**4.** Petitioner's Mobile Telephone Number (if any)

**5.** Petitioner's Email Address (if any)

### *Petitioner's Declaration and Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

**1)** I provided or authorized all of the information contained in, and submitted with, my petition;

**2)** I reviewed and understood all of the information in, and submitted with, my petition; and

**3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

### *Petitioner's Signature*

**6.** Petitioner's Signature ➡

Date of Signature (mm/dd/yyyy)

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

## Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory

**IMPORTANT:** Complete this section **ONLY** if you are filing Form I-360 to petition for another person or as an authorized signatory of an organization. If you are an individual filing this petition for yourself, complete **Part 11. Petitioner's Statement, Contact Information, Declaration, and Signature (Individual).**

**NOTE:** Read the **Penalties** section of the Form I-360 Instructions before completing this part.

### *Petitioner's or Authorized Signatory's Statement*

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

**1.** Petitioner's Statement Regarding the Interpreter

**A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

**B.** ☑ The interpreter named in **Part 13.** read to me every question and instruction on this petition and my answer to every question in SPANISH, a language in which I am fluent. I understand all of this information as interpreted.

EOIR — 34 of 60

## Part 12. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory (continued)

**2.** Petitioner's Statement Regarding the Preparer

[X] At my request, the preparer named in **Part 14.**, ANDREA SOTO, prepared this petition for me based only upon information I provided or authorized.

### *Authorized Signatory's Contact Information*

**3.** Authorized Signatory's Family Name (Last Name): ASTUDILLO TORRES

Authorized Signatory's Given Name (First Name): MARCIA

**4.** Authorized Signatory's Title: MOTHER

**5.** Authorized Signatory's Daytime Telephone Number: 9143050150

**6.** Authorized Signatory's Mobile Telephone Number (if any):

**7.** Authorized Signatory's Email Address (if any):

### *Petitioner's or Authorized Signatory's Declaration and Certification*

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition, I understand all of the information contained in, and submitted with, my petition, and all of this information is complete, true, and correct.

### *Petitioner's or Authorized Signatory's Signature*

**8.** Petitioner's or Authorized Signatory's Signature: [signature]

Date of Signature (mm/dd/yyyy): 03/26/2025

**NOTE TO ALL PETITIONERS AND AUTHORIZED SIGNATORIES:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may delay a decision on or deny your petition.