## Part 13. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### *Interpreter's Full Name*

1. Interpreter's Family Name (Last Name): SOTO
   Interpreter's Given Name (First Name): ANDREA
2. Interpreter's Business or Organization Name (if any): SOTO LAW, PLLC

### *Interpreter's Mailing Address*

3. Street Number and Name: 445 HAMILTON AVENUE
   Apt. ☐ Ste. ☒ Flr. ☐ Number: 407
   City or Town: WHITE PLAINS
   State: NY
   ZIP Code: 10601
   Province:
   Postal Code:
   Country: UNITED STATES

### *Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number: 9142904900
5. Interpreter's Mobile Telephone Number (if any):
6. Interpreter's Email Address (if any): asoto@andreasotolaw.com

### *Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and SPANISH, which is the same language specified in **Part 11.**, **Item B.** in **Item Number 1.**, or in **Part 12.**, **Item B.** in **Item Number 1.**, and I have read to this petitioner or the authorized signatory in the identified language every question and instruction on this petition and his or her answer to every question. The petitioner or authorized signatory informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's Declaration and Certification**, or **Petitioner's or Authorized Signatory's Declaration and Certification,** and has verified the accuracy of every answer.

### *Interpreter's Signature*

7. Interpreter's Signature (sign in ink): [signature]
   Date of Signature (mm/dd/yyyy): 03/26/2025

EOIR — 36 of 60

## Part 14. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner

Provide the following information about the preparer.

### *Preparer's Full Name*

1. Preparer's Family Name (Last Name): SOTO
   Preparer's Given Name (First Name): ANDREA
2. Preparer's Business or Organization Name (if any): SOTO LAW, PLLC

### *Preparer's Mailing Address*

3. Street Number and Name: 445 HAMILTON AVENUE
   Apt. ☐ Ste. ☒ Flr. ☐ Number: 407
   City or Town: WHITE PLAINS
   State: NY
   ZIP Code: 10601
   Province:
   Postal Code:
   Country: UNITED STATES

### *Preparer's Contact Information*

4. Preparer's Daytime Telephone Number: 9142904900
5. Preparer's Mobile Number:
6. Preparer's Email Address (if any): asoto@andreasotolaw.com

### *Preparer's Statement*

7. A. ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's consent.

   B. ☒ I am an attorney or accredited representative and my representation of the petitioner in this case ☒ extends ☐ does not extend beyond the preparation of this petition.

   **NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this petition, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this petition.

### *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner or authorized signatory. The petitioner has reviewed this completed petition, including the **Petitioner's Declaration and Certification**, or **Petitioner's or Authorized Signatory's Declaration and Certification,** and informed me that all of this information in the form and in the supporting documents is complete, true, and correct.

### *Preparer's Signature*

8. Preparer's Signature (sign in ink):
   Date of Signature (mm/dd/yyyy): 03/26/2025

EOIR — 37 of 60

## Part 15. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.** Family Name (Last Name) Given Name (First Name) Middle Name

**2.** A-Number (if any) ▶ **A-**

**3.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**4.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**5.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**6.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

EOIR — 38 of 60

# EXHIBIT A

REPÚBLICA DEL ECUADOR
Dirección General de Registro Civil, Identificación y Cedulación

Dirección General de Registro Civil Identificación y Cedulación

# CERTIFICADO DE NACIMIENTO

CERTIFICO: Que con número de registro de inscripción: **N-260-000009-38** en **ECUADOR**, provincia de **AZUAY**, cantón **CUENCA**, parroquia **SAN BLAS**, y con fecha **6 DE JUNIO DE 2011**, está inscrito el registro de nacimiento de:

NOMBRES: **PAULO ANDRES** APELLIDOS: **TORRES ASTUDILLO** SEXO: **MASCULINO** Número de Cédula: **0150014157**.

LUGAR Y FECHA DEL NACIMIENTO: **ECUADOR**, Provincia del **AZUAY**, cantón **CUENCA**, parroquia **HERMANO MIGUEL**, el día **9 DE MAYO DE 2011**.

NOMBRES Y APELLIDOS DEL PADRE: **RAUL ELIDIO TORRES ALTAMIRANO**, con cédula/pasaporte No. **0105382162** de nacionalidad **ECUATORIANA**, de estado civil **SOLTERO**.
NOMBRES Y APELLIDOS DE LA MADRE: **MARCIA ELIZABETH ASTUDILLO TORRES**, con cédula/pasaporte No. **0104992268** de nacionalidad **ECUATORIANA**, de estado civil **SOLTERA**.

Nombres y Apellidos de quien solicita la inscripción: **RAUL ELIDIO TORRES ALTAMIRANO**, cédula/pasaporte No. **0105382162**, nacionalidad **ECUATORIANA**.

Firma del Delegado
CHRISTIAN ORLANDO SALINAS PATIÑO

Lugar y Fecha de Nacimiento:
**CUENCA, 9 DE MAYO DE 2011**

OPORTUNO

Impreso por: CSALINAS, CUENCA, 6 DE JUNIO DE 2011

000003884180

(ECUADOR FLAG)REPUBLIC OF ECUADOR (LOGO)
General Directorate of Civil Registry, Identification and Cedulation

(ECUADOR FLAG)REPUBLIC OF ECUADOR
General Directorate of Civil Registry, Identification and Cedulation

**BIRTH REGISTRATION**
**ORIGINAL RECORD**

Registration number: N.260-000009-38
ID number: 0150014157

In **ECUADOR** province of **AZUAY** canton **CUENCA**, parish **SAN BLAS**; Today, **JUNE 6, 2011**, the undersigned, Head of Civil Registry, extends this birth registration certificate of:

NAMES: **PAULO ANDRÉS** SURNAME: **TORRES ASTUDILLO** SEX: **MALE**

PLACE AND DATE OF BIRTH: **ECUADOR**, Province of **AZUAY**, canton **CUENCA**, parish **HERMANO MIGUEL**, on **MAY 9,2011**

NAMES AND SURNAMES OF THE FATHER: **RAUL ELIDIO TORRES ALTAMIRANO**, with ID/passport No. **0105382162** nationality **ECUADORIAN**, marital status **SINGLE**.
NAMES AND SURNAMES OF THE MOTHER: **MARCIA ELIZABETH ASTUDILLO TORRES**, with ID/passport No. **0104992268** nationality **ECUADORIAN**, marital status **SINGLE**.

Names and surnames of those requesting registration: **RAUL ELIDIO TORRES ALTAMIRANO** with ID/passport No. **0105382162** nationality **ECUADORIAN**

**OBSERVATIONS**
PARENTS PRESENT REQUEST REGISTRATION/SINGLE PARENTS

(SIGNATURE)
SIGNATURE OF THE MOTHER
**MARCIA ELIZABETH ASTUDILLO TORRES**

(SIGNATURE)
SIGNATURE OF THE FATHER
**RAUL ELIDIO TORRES ALTAMIRANO**

(SIGNATURE)
SIGNATURE OF THE DELEGATE
**CHRISTIAN ORLANDO SALINAS PATINO**

(SIGNATURE)
SIGNATURE OF APPLICANT
**RAUL ELIDIO TORRES ALTAMIRANO**

**Place and Date of Birth**
CUENCA, MAY 9, 2011

**PROMPT(BAR CODE)**
Printed by: C.SALINAS CUENCA, JUNE 6,2011

Information certified to date: MARCH 17,2022
Issuer: GUAMAN OCHOA KATHERINE ANDREA
No. of Certificate: 223-691-31097
[Bar Code]
223-691-31097

(QR CODE)

Ing. Fernando Alvear
General Director of the Civil Registry, Identification and Certification
Electronically signed document

# AFFIDAVIT OF TRANSLATION

STATE OF NEW YORK }
ss:
COUNTY OF WESTCHESTER }

Ana Lara, being duly sworn, hereby deposes and says:

1. I am fluent in both English and Spanish languages, and I am able to speak, write, read and interpret from Spanish to English.
2. Spanish is my native language and I learned English at a young age. I was awarded Cambridge's First Certificate in English at the age of 17.
3. I am competent to translate and interpret from Spanish language into English to the best of my knowledge.
4. My qualifications stem from twenty-two years of practicing speaking, writing, reading, interpreting, and translating from the English to Spanish languages, as well as studying both Spanish and English throughout my life, from preschool to college, honing my writing and speaking skills.
5. The translation provided herein is accurate and corresponds to the annexed document.

Dated: White Plains, New York
October, 15th, 2024

[signature]

Ana Lara
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601

Sworn before me on

15th, day of October, 2024

[signature]

Notary Public

ASHLEY NUNEZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NU0026203
Qualified in Westchester County
Commission Expires June 26, 2028

# EXHIBIT B

A9566010

OBSERVACIONES/REMARKS/OBSERVATIONS

3

A9566010

REPÚBLICA DEL ECUADOR

PASAPORTE
PASSPORT



Tipo/ Type
P

Código del país/ Country code
ECU

Núm. de pasap./ Passport number
A9566010

Apellidos/ Surnames
TORRES ASTUDILLO

Nombres/ Given names
PAULO ANDRES

Nacionalidad/ Nationality
ECUATORIANA / ECUADORIAN

Fecha de nacimiento/ Date of birth
09 MAY / MAY 2011

Núm. personal/ Personal number
0150014157

Sexo/ Sex
M

Lugar de nacimiento/ Place of birth
CUENCA, ECU

Fecha de expedición/ Date of issue
17 MAY / MAY 2023

Autoridad/ Authority
DIGERCIC

NAT CAN
923649

Fecha de caducidad/ Date of expiry
17 MAY / MAY 2033

Firma del titular/ Holder's signature
Paulito :) A1797825

P<ECUTORRES<ASTUDILLO<<PAULO<ANDRES<<<<<<<<<

A9566010<9ECU1105094M3305175015001415 7<<<<46

# EXHIBIT C

A9565929

OBSERVACIONES/REMARKS/OBSERVATIONS

A9565929

REPÚBLICA DEL ECUADOR

PASAPORTE
PASSPORT



Tipo/ Type: P
Código del país/ Country code: ECU
Núm. de pasaporte/ Passport number: A9565929
Apellidos/ Surnames: ASTUDILLO TORRES
Nombres/ Given names: MARCIA ELIZABETH
Nacionalidad/ Nationality: ECUATORIANA / ECUADORIAN
Fecha de nacimiento/ Date of birth: 28 JUL / JUL 1989
Núm. personal/ Personal number: 0104992268
Sexo/ Sex: F
Lugar de nacimiento/ Place of birth: SIGSIG ECU
Fecha de expedición/ Date of issue: 17 MAY / MAY 2023
Autoridad/ Authority: DIGERCIC
NATI CAN: 915813
Fecha de caducidad/ Date of expiry: 17 MAY / MAY 2033
Firma del titular/ Holder's signature

A1797743

P<ECUASTUDILLO<TORRES<<MARCIA<ELIZABETH<<<<<
A9565929<9ECU8907286F3305175010499226 8<<<<92

Uploaded on: 03/26/2025 at 10:41:09 PM (Eastern Daylight Time) Base City: NYB


# EXHIBIT D

F.C.A §§651, 652, 654;
D.R.L §240

At a Term of the Family Court of the State of New York, held in the County of Westchester, White Plains, New York, March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---------------------------------------------------------------------------X

In the Matter of a Proceeding for Custody under article 6 Of the family Court Act or Section 240 of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

**ORDER ON PETITION FOR CUSTODY**

RAUL ELIDIO TORRES ALTAMIRANO
Respondent
Relationship to child: Father

Subject Child: **PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.

---------------------------------------------------------------------------X

The Petitioner herein having filed a petition on October 11, 2024, pursuant to Article 6 of the Family Court Act, Section 240 of the Domestic Relations Law, requesting an Order of custody of the following Paulo Andres Torres Astudillo, Date of Birth May 9, 2011;

And the Respondent having consented to the petition;

And the Court-Appointed Attorney for the Child, Donna Abrams, Esq. having consented to the award of custody to the Petitioner;

And the Court having searched the statewide registry of orders of protection, the sex offender registry and the Family Court's warrant and child protective records, and having notified the attorneys for the parties and for the child of the results of these searches; and having found no results;

AND THE MATTER HAVING DULY COME ON TO BE HEARD BEFORE THIS COURT, NOW, after examination and inquiry into the facts and circumstances of the case and after hearing the proofs and testimony offered in relation thereto, this Court finds and determines that:

**IT IS THEREFORE ORDERED** that the best interest of Paulo Andres Torres Astudillo requires that Custody be awarded as follows: sole legal and physical custody to the Petitioner, his mother, Marcia Elizabeth Astudillo Torres.

Dated: March 19, 2025
White Plains, New York

ENTER:

Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OF THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
( ) Order mailed on [specify date(s) and to whom mailed]: ____________________
( ) Order received in court on [specify date(s) and to whom given]: ____________________

# EXHIBIT E

8 U.S.C. § 1101 GF-42

(Special Immigrant Juvenile Status Order)
At a Term of the Family Court of the State
of New York, held in the County of
Westchester-White Plains, NY,
March 19, 2025

PRESENT: Hon. Arlene A. Gordon-Oliver, J.F.C.
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

-----------------------------------------------------------------------X

In the Matter of a Proceeding for
Custody under article 6
Of the family Court Act or Section 240
of the Domestic Relations Law

Docket No. V-09237-24

File No. 177147

MARCIA ELIZABETH ASTUDILLO TORRES
Petitioner
Relationship to child: Mother

-against-

**ORDER – SPECIAL IMMIGRANT <u>JUVENILE STATUS</u>**

RAUL ELIDIO TORRES ALTAMIRANDO
Respondent
Relationship to child: Father

**Subject Child: PAULO ANDRES TORRES ASTUDILLO (DOB: 05/09/2011)**

A Minor.

-----------------------------------------------------------------------X

This Court, after examining the motion papers and supporting affidavits, all the pleadings and prior proceedings in this matter, and hearing credible testimony, finds, in accordance with 8 U.S.C. § 1101(a)(27)(J), New York State Family Court Acts § 651, § 1012 and New York State Surrogate's Court Procedure Act § 1701, that:

1. This Family Court is a court which has jurisdiction to make judicial determinations about the custody and care of minors, which include juveniles up to the age of 21. This court took jurisdiction of the above-named juvenile prior to the age of 21 pursuant to New

York State Family Court Acts § 651, §661(a), § 115(c) and New York State Surrogate's Court Procedure Act § 103(27).

2. The above-named child is under 21 years of age and a minor for purposes of Guardianship and/or custody of the person. New York Surrogate Court Procedure Act § 103(27), New York Family Court Act § 661(a).

3. The above-named child is unmarried.

4. The above-named child dependent on the Family Court, a juvenile court under New York law, by virtue of a custody order that was granted by this Court. The above-named child is dependent upon the Family Court and has been committed to and placed in the physical custody of individual, namely, Marcia Elizabeth Astudillo Torres, or entity appointed by the state of Family Court pursuant to the New York State Family Court Acts § 141, § 651, § 1012, and New York State Surrogate's Court Procedure Act § 1701. *Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008). Matter of Antowa McD, 856 NYS2d 576 (1st Dept. 2008); Matter of Trudy-Ann W. v. Joan W., 901 NYS2d 296 (2d Dept. 2010).* He has been in the physical care of, Marcia Elizabeth Astudillo Torres, and continues to reside with her. The grant of custody also constitutes a legal commitment of the custodian to the child pursuant to New York Surrogates Act § 1706, which states that the custodian "shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health, and medical needs, and the physical custody of the person of the child." The grant of custody is also pursuant to New York Family Court Act § 657, which enunciates the rights and authorities of a person possessing a lawful order of custody of a child vis-à-vis school enrollment, health insurance enrollment, and specifics expressly that "persons possessing a lawful order of custody of a child shall have the right and responsibility to make decisions, including issuing any necessary consents, regarding the child's protection, education, care and control, health and medical needs, and the physical custody of the child." There is no legal distinction in New York between the effects of a grant of custody as compared to a grant of guardianship. See, *Matter of Allen V. Fiedler*, 96 A.D. 3d 1682 (4th Dept. 2012). The child is in need of a legal custodian to support him with housing, medical care, educational planning, emotional and financial support. The Court finds that custody serves the child's best interests.

5. Reunification with the father, Raul Elidio Torres Altamirano, is not viable due to abandonment. Thus, under NY Fam. Ct. Act Section 1092(a) the child is considered a

destitute child because he was left in a state of suffering due to lack of care of the father. The record establishes that the father has left the child without providing for his support or care for over seven (7) years. The child's father has not had any contact with the Child for over seven (7) years. After testimony and a review of the record the court finds that the father has not supported the child emotionally or financially. *Alamigir A.*, 81 3d 937 (1st Dept. 2011). The father has not provided for food, clothing, shelter, educational and medical needs as required. The father has neglected his parental duties. The child is abandoned under NYS Social Services Law, Section 384-b(5)(a). *Pineda v. Diaz, 127 A.D.3s 1203 (2d Dep't 2015); Marcelina M.G. v. Israel S., 112 A.D.3d 100, 973 N.Y.S. 2d 714, 721 (2d Dep't 2013).*

6. It is in the child's best interest to remain with the petitioner. There is no available relative or viable resource for the child to live with in the country of nationality or country of last habitual residence of the child or the birth parents. There is no one who is able or willing to provide the child with a safe home and provide for the child's safety and needs. It is in the child's best interest to remain with the petitioner where he has the opportunity to be in a stable environment and further his education. It is not in the Child's best interest to be returned to Ecuador. *Trudy Ann W., 73 AD 793 (2nd Dept. 2010); N.Y. Surr. Ct. Proc. Act § 1707; See also, Eschbach v. Eschbach, 56 N.Y.2d 167 (1982), Matter of Marisol N.H., 115 AD3d 185 (2d Dept. 2014).*

Dated: March 19, 2025
White Plains, New York

ENTER:

Hon. Arlene A. Gordon-Oliver, J.F.C.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST. Check applicable box:

( ) Order mailed on [specify date(s) and to whom mailed]:______________________
( ) Order received in court on [specify date(s) and to whom given]:______________





FedEx 14S525 Rev 1/19 RRDO 24

ORIGIN ID:NESA (914) 290-4900
ANDREA SOTO, ESQ.
SOTO LAW, PLLC
445 HAMILTON AVENUE
4TH FLOOR, SUITE 407
WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 26MAR25
ACTWGT: 1.00 LB
CAD: 256972586/INET4535

BILL SENDER

TO **USCIS**
**ATTN: AOS (BOX 4109)**
**2500 WESTFIELD DRIVE**

**ELGIN IL 60124**
(914) 290-4900 REF: 11-528 PAULO ASTUDILLO
INV:
PO: DEPT:

58CJ3/5027/C6C4

FedEx Express

E

J251024121701uv

**MON - 31 MAR 5:00P**
**EXPRESS SAVER**

TRK# 0201 **8800 8502 9979**

**SP AUZA**

**60124**
**IL-US ORD**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT C

OOD
PM 25-21

Effective: February 14, 2025

To: All of EOIR
From: Sirce E. Owen, Acting Director
Date: February 14, 2025

SIRCE OWEN Digitally signed by SIRCE OWEN Date: 2025.02.14 15:18:35 -05'00'

**CANCELLATION OF DIRECTOR'S MEMORANDUM 22-04**

| | |
|---|---|
| PURPOSE: | Rescind and cancel Director's Memorandum 22-04 |
| OWNER: | Office of the Director |
| AUTHORITY: | 8 C.F.R. § 1003.0(b) |
| CANCELLATION: | Director's Memorandum 22-04 |

On December 16, 2021, the EOIR Director issued Director's Memorandum (DM) 22-04, amending both Policy Memorandum (PM) 21-18, *Revised Case Flow Processing Before the Immigration Courts*, and the Immigration Court Practice Manual (ICPM) section of the EOIR Policy Manual to set a default filing deadline in non-detained cases of fifteen days before individual calendar hearings.[1] The new deadline replaced the prior thirty-day default deadline. No particular reason was given for the change—only that EOIR believed it was "appropriate"—and none is readily apparent, either contemporaneously or currently. In fact, many Immigration Judges preferred the thirty-day deadline because it gave them more time to prepare for the individual hearing and was not particularly burdensome for the parties given the significant amount of time for preparation—typically well over a year and not infrequently over two or three years, if not longer—already occurring between a master calendar hearing and an individual merits hearing.[2] Moreover, Immigration Judges retained the ability—and still do—to set their own deadlines, rendering the change otiose, at best. In short, there was no real reason for DM 22-04 at the time it was issued, and no real reason to retain it now.[3] Accordingly, it is rescinded.

---

[1] Although DM 22-04 described the default fifteen-day deadline as "longstanding," in reality, it was in place less than thirteen years. Moreover, prior to the issuance of the ICPM in 2008, many Immigration Judges used a thirty-day deadline, indicating that deadline may have actually been more "longstanding."

[2] The thirty-day deadline in the Policy Manual was implemented, in part, due to the preferences of many Immigration Judges, particularly well-experienced Immigration Judges who had used such a deadline prior to the issuance of the ICPM.

[3] The restored Policy Manual inadvertently restated the fifteen-day default deadline, but has been corrected to reflect a thirty-day default deadline. Any change in such a default deadline is, of course, purely prospective and would apply only to deadlines set after the change. *See* PM 25-02, *EOIR's Core Policy Values* (Jan. 27, 2025) ("EOIR employees should not read policies obtusely or ridiculously, and all policies should be read with a modicum of common sense.").

This PM is not intended to, does not, and may not be relied upon to create, any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person. Nothing herein should be construed as mandating a particular outcome in any specific case. Nothing in this PM limits an adjudicator's independent judgment and discretion in adjudicating cases or an adjudicator's authority under applicable law.

Please contact your supervisor if you have any questions.

# CERTIFICATE OF SERVICE

A# 226-088-780/781

In the Matter of: )

ASTUDILLO TORRES, )
Marica Elizabeth, et al. )

I hereby certify that I have served a copy of the attached **Motion for Continuance** in the above-referenced case upon the Chief Counsel by:

______eService
______personal service in court
______mailing a copy via federal express, to the following address:
______mailing a copy by first class mail, postage prepaid, to the following address:

**U.S. Department of Homeland Security**
**Office of the District Counsel**
**26 Federal Plaza, Room 1130**
**New York, NY 10278**

Dated: 3/26/25

Andrea C. Soto
Andrea C. Soto, Esq
Attorney for Respondent

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**NEW YORK FEDERAL PLAZA, NEW YORK**

In the Matter of: Astudillo Torres, Marcia Elizabeth, et al.

A-Number: 226-088-780/781

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Counsel's Motion for Continuance it is **HEREBY ORDERED** that the Motion Be:

☐ **GRANTED** ☐ **DENIED** because:

☐ DHS does not oppose the motion.

☐ The Respondent does not oppose the motion.

☐ A response to the motion has not been filed with the Court.

☐ Good cause has been established for the motion.

☐ The Court agrees with the reasons stated in the opposition to the motion.

☐ The motion is untimely per ______________________________

☐ Other: ____________________________________________________________

______________________________________________________________________

______________ ______________________________________

Date Hon. Immigration Judge Lee, Kalenna

**Certificate of Service**
This document was served by: [ ] Mail [ ] Personal Service [ ] E-Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep. [ ] DHS

Date ______________________ By: Court Staff __________________

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
NEW YORK IMMIGRATION COURT

LEAD FILE: 226-088-780
IN REMOVAL PROCEEDINGS
DATE: Feb 10, 2025

TO: Soto Law, PLLC
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

RE: 226-088-780 ASTUDILLO TORRES, MARCIA ELIZABETH
226-088-781 TORRES ASTUDILLO, PAULO ANDRES

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date: Apr 29, 2025
Time: 08:30 A.M. ET
Court Address: 290 BROADWAY - 15TH FLR
22ND FLOOR, COURTROOM #13, NEW YORK, NY 10007

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration

court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ E ] Noncitizen ATT/REP | [ E ] DHS
DATE: 02/10/2025 BY: COURT STAFF D.ACOSTA
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
NEW YORK IMMIGRATION COURT

LEAD FILE: 226-088-780
IN REMOVAL PROCEEDINGS
DATE: Feb 5, 2025

TO: Soto Law, PLLC
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

RE: 226-088-780 ASTUDILLO TORRES, MARCIA ELIZABETH
226-088-781 TORRES ASTUDILLO, PAULO ANDRES

**Notice of Internet-Based Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Your hearing is not in person. You will access your hearing by using the web page below.
URL: HTTPS://EOIR.WEBEX.COM/MEET/IJ.KALENNA.LEE

Date: Apr 29, 2025
Time: 08:30 A.M. ET
Court Address: 290 BROADWAY - 15TH FLR
22ND FLOOR, COURTROOM #13, NEW YORK, NY 10007

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration

court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ E ] Noncitizen ATT/REP | [ E ] DHS
DATE: 02/05/2025 BY: COURT STAFF J.A.
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫ਼ੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
NEW YORK IMMIGRATION COURT

LEAD FILE: 226-088-780
IN REMOVAL PROCEEDINGS
DATE: Oct 31, 2024

TO: Soto Law, PLLC
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

RE: 226-088-780 ASTUDILLO TORRES, MARCIA ELIZABETH
226-088-781 TORRES ASTUDILLO, PAULO ANDRES

**Notice of Internet-Based Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

Your hearing is not in person. You will access your hearing by using the web page below.
URL: HTTPS://EOIR.WEBEX.COM/MEET/IJ.KALENNA.LEE

Date: Feb 5, 2025
Time: 1:00 P.M. ET
Court Address: 290 BROADWAY - 15TH FLR, NEW YORK, NY 10007

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ E ] Noncitizen ATT/REP | [ E ] DHS
DATE: 10/31/2024 BY: COURT STAFF J.A.
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - BROADWAY IMMIGRATION COURT**

Respondent Name:
ASTUDILLO TORRES, MARCIA ELIZABETH

To:
Soto, Andrea
455 Hamilton Avenue
Suite 407
White Plains, NY 10601

A-Number:
226088780
Riders:
226088781 TORRES ASTUDILLO, PAULO ANDRES
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
10/11/2024

## ORDER OF THE IMMIGRATION JUDGE

Respondents' counsel has filed a Motion to Appear Via Webex for the master hearing on October 30, 2024 at 1:00 pm.

**Order:**

Respondents' Motion to Appear Via Webex is GRANTED.

Immigration Judge: BRATTON, SCOTT 10/11/2024

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : ASTUDILLO TORRES, MARCIA ELIZABETH | A-Number : 226088780

Riders:

226088781 TORRES ASTUDILLO, PAULO ANDRES

Date: 10/11/2024 By: ALVAREZ, JOEL, Court Staff

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**NEW YORK, NEW YORK**

| | | |
|---|---|---|
| IN RE, | ) | |
| | ) | |
| ASTUDILLO TORRES, MARCIA ELIZABETH | ) | |
| TORRES ASTUDILLO, PAULO ANDRES | ) | **NON-DETAINED** |
| | ) | **A#: 226-088-780** |
| Respondents. | ) | **A#: 226-088-781** |
| | ) | |
| | ) | |
| In Removal Proceedings. | ) | |
| | ) | |

Immigration Judge: Scott Bratton     Next Hearing Date: October 30, 2024 at 1:00 PM

# <u>EMERGENCY MOTION TO APPEAR VIA WEBEX</u>

EOIR — 1 of 6

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**NEW YORK, NEW YORK**

| | |
|---|---|
| IN RE,<br><br>ASTUDILLO TORRES, MARCIA ELIZABETH<br>TORRES ASTUDILLO, PAULO ANDRES<br><br>Respondent.<br><br><br>In Removal Proceedings. | **NON-DETAINED**<br>**A#: 226-088-780**<br>**A#: 226-088-781** |

## MOTION TO APPEAR VIA WEBEX

Respondent, through undersigned counsel, moves this Court to allow counsel to appear via Webex for Respondent's Master Calendar Hearing scheduled for October 30, 2024 at 1:00 PM, before Honorable Immigration Judge, Scott Bratton.

Undersigned counsel is scheduled to appear on a separate matter in Westchester County that afternoon. Due to the recent retention of your affirmant and the proximity of the next hearing, it would be impossible for undersigned counsel to arrange appropriate travel to be available at the Master Calendar Hearing in person. Undersigned counsel respectfully requests to appear in her office with the respondents for the Master Calendar Hearing. Written Pleadings discussing the Respondents' intended application for relief are being filed separately with the Court today.

WHEREFORE, for the reasons stated above, the undersigned respectfully requests that the Court allow counsel to appear with her clients via Webex for the Master Calendar Hearing scheduled for October 30, 2024 at 1:00 PM.

RESTRICTED Case: 26-1233, 07/30/2026, DktEntry: 17.9, (36 of 50)

RESPECTFULLY submitted on this 11th day of October, 2024.

/s/ ***Andrea C. Soto***

Andrea C. Soto, Esq.
Attorney for Respondent
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**NEW YORK, NEW YORK**

| | | |
|---|---|---|
| In the Matter of: | ASTUDILLO TORRES, MARCIA ELIZABETH | **A#: 226-088-780** |
| | TORRES ASTUDILLO, PAULO ANDRES | **A# 226-088-781** |

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondents Motion to Appear via Webex, it is HEREBY ORDERED that the motion be ☐ **GRANTED** ☐ **DENIED** because:

- ☐ DHS does not oppose the motion.
- ☐ The Respondent does not oppose the motion.
- ☐ A response to the motion has not been filed with the court.
- ☐ Good cause has been established for the motion.
- ☐ The Court agrees with the reasons stated in the opposition to the motion.
- ☐ The motion is untimely per ____________________________________.
- ☐ Other:

Deadlines:

- ☐ The application(s) for relief must be filed by _______________________________.
- ☐ The respondent must comply with DHS biometrics instructions by _______________.

______________________________ Date

______________________________ Honorable Scott Bratton
Immigration Judge

---

Certificate of Service

This document was served by: [ ] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep [ ] DHS

Date:_____________________ By: Court Staff____________________

# CERTIFICATE OF SERVICE

**CASE NAME:** ASTUDILLO TORRES, MARCIA ELIZABETH
TORRES ASTUDILLO, PAULO ANDRES

**CASE NUMBER:** A#: 226-088-780
A#: 226-088-781

I hereby certify that the foregoing MOTION TO APPEAR VIA WEBEX and any attached pages were served on the Department of Homeland Security on this 11th day of October, 2024

________ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

________ by causing to be personally delivered a true copy thereof to the person at address set forth below.

_______ by Federal Express to the person at the address set forth below.

________ by certified mail, return receipt requested, to the person at the address set forth below.

___X___ By Electronic delivery at eservice.ice.gov

At:

Office of Principal Legal Advisor
US DHS/ICE
26 Federal Plaza, Room 1130
New York, NY 10278
United States

I declare under penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
October 11, 2024

/s/ ***Andrea C. Soto***

_____________________

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

# CERTIFICATE OF SERVICE

**CASE NAME:** ASTUDILLO TORRES, MARCIA ELIZABETH
TORRES ASTUDILLO, PAULO ANDRES

**CASE NUMBER:** A#: 226-088-780
A#: 226-088-781

I hereby certify that the foregoing MOTION TO APPEAR VIA WEBEX and any attached pages were served on the Executive Office for Immigration Review on this 11th day of October, 2024

________ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

________ by causing to be personally delivered a true copy thereof to the person at address set forth below.

________ by Federal Express to the person at the address set forth below.

________ by certified mail, return receipt requested, to the person at the address set forth below.

___ x __ By Electronic delivery at case-portal.eoir.justice.gov

At:

Executive Office for Immigration Review
26 Federal Plz 12th Fl Rm 1237
New York, NY 10278
United States

I declare under penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
October 11, 2024

/s/ ***Andrea C. Soto***

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Ave, Suite 407
White Plains, New York 10601
T: (914) 290-4900
E: asoto@andreasotolaw.com

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006
**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

(Type or Print)
**NAME AND ADDRESS OF REPRESENTED PARTY**

MARCIA (First) E (Middle Initial) ASTUDILLO TORRES (Last)

76 PUTNAM AVENUE (Number and Street) (Apt. No.)

PORT CHESTER (City) NY (State) 10573 (Zip Code)

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

A226-088-780

**Entry of appearance for**
(please check one of the following):

- [x] All proceedings
- [ ] Custody and bond proceedings only
- [ ] All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

- [x] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** New York Second Division **Bar Number (if applicable)** 5535802

- [ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization: ____________
- [ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
- [ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
- [ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ____________ (country).
- [ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

- [x] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
- [ ] EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X //s//, ANDREA SOTO | YY923563 | 10/10/2024 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Andrea (First) (Middle Initial) Soto (Last)

Address: 455 Hamilton Avenue Suite 407 (Number and Street)

White Plains (City) NY (State) 10601 (Zip Code)

Telephone: 914-290-4900 Facsimile: 914-898-9100 Email: asoto@andreasotolaw.com

- [ ] Check here if new address

**Indicate Type of Appearance:**

[O] Primary Attorney/Representative [ ] Non-Primary Attorney/Representative

[ ] On behalf of ____________________ (Attorney's Name) for the following hearing: ____________ (Date)

I am providing pro bono representation. Check one: [ ] yes [O] no

**Proof of Service**

I (Name) Andrea Soto mailed, emailed or delivered a copy of this Form EOIR-28 on (Date)__________ to the DHS (U.S. Immigration and Customs Enforcement – ICE) at ______________________________

[O] No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X //s//, ANDREA SOTO on 10/10/2024 04:28:22 PM

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION -** For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**Additional Attorney Court Information**

| Full Name of Court | Bar Number (if applicable) |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**U.S. Department of Justice**
Executive Office for Immigration Review

**Formulario para Cambio de Dirección/Información de Contacto**
**Tribunal de Inmigración**

STB

**Instrucciones: para completar este formulario, rellene todos los espacios en blanco, incluyendo la constancia de notificación que certifica que usted le ha enviado una copia al Departamento de Seguridad Nacional. (DHS). Después de rellenar los espacios en blanco y de firmar la declaración y la constancia de notificación, usted deberá enviar el formulario por vía electrónica, por correo, o entregarlo en persona. Si lo envía por vía electrónica, use el portal para comparecientes, https://respondentaccess.eoir.justice.gov/es. Si lo envía un abogado o un representante plenamente acreditado, deberán enviarlo a través del portal de casos, https://portal.eoir.justice.gov/. Si lo hace por correo, siga las instrucciones de la página dos. Usted deberá enviar una copia de este formulario por separado por cada individuo que esté en un proceso de inmigración (o sea, se deberá presentar un formulario por cada persona que tenga un caso pendiente ante el tribunal de Inmigración y se vea afectada por ese cambio de dirección o teléfono).**

Usted deberá presentar este formulario ante el tribunal de inmigración dentro de los cinco días hábiles del cambio de dirección o teléfono o de haber recibido el documento acusatorio (Notificación de Comparecencia) con información incorrecta. El tribunal de inmigración enviará toda correspondencia oficial (por ej.: fecha, hora y lugar de las audiencias) a la dirección que usted facilite. El tribunal de inmigración solo hará cambios de dirección y número de teléfono en su expediente de EOIR al recibir este formulario; el tribunal no cambiará su dirección o número de teléfono en base a una dirección o número de teléfono que se encuentre en los escritos, pedimentos, u otras comunicaciones con el tribunal. Si usted no se presenta a alguna audiencia ante un juez de inmigración cuando se le ha entregado o se le ha enviado por correo una notificación de audiencia u otra correspondencia oficial a la dirección que usted facilite, el Departamento de Seguridad Nacional (DHS) podría arrestarlo. Además, el juez de inmigración podría llevar a cabo la audiencia en su ausencia y emitir una orden de expulsión, deportación o exclusión en su contra. Si el juez emite dicha orden, usted no reunirá los requisitos para ciertos beneficios inmigratorios que impidan su expulsión, de conformidad con la Ley de Nacionalidad e Inmigración, a saber:

- Si usted está en procesos de ***expulsión***: usted quedará sujeto a una orden de expulsión por un período de 10 años a partir de la fecha de emisión de dicha orden. Además, no reunirá los requisitos para la salida voluntaria, la cancelación de la expulsión, la legalización de su situación inmigratoria o el cambio de estatus.
- Si usted en procesos de ***deportación***: usted quedará sujeto a una orden de deportación por un período de 5 años a partir de la fecha de emisión de dicha orden. Además, no reunirá los requisitos para la salida voluntaria, la cancelación de la expulsión, la legalización de su situación inmigratoria o el cambio de estatus.
- Si usted está bajo un proceso de ***exclusión***: se podría considerar que ha desistido de su solicitud para ser admitido a los EE.UU.

| Nombre (Apellido, Nombre, Segundo Nombre):<br>Name - Last, First, Middle, Suffix (if applicable):<br>Astudillo Torres, Marcia Elizabeth | Número de Extranjero (Número A):<br>A-Number: 226-088-780 |
|---|---|

| **Mi dirección y teléfono anteriores eran:**<br>**Former Address and telephone number:** | **Mi dirección y teléfono actuales son:**<br>**New address and telephone number:** |
|---|---|
| "A cargo de" otra persona, (si es pertinente)<br>"In care of" other person (if any) | "A cargo de" otra persona, (si es pertinente)<br>"In care of" other person (if any) |
| Número; Calle; Apartamento (si es pertinente)<br>Number; Street; Apartment (if any) | Número; Calle; Apartamento (si es pertinente)<br>Number; Street; Apartment (if any) |
| Ciudad, Estado, y Código Postal; País (si no es EE.UU.)<br>City, State, and Zip Code; Country (if other than U.S.) | Ciudad, Estado, y Código Postal; País (si no es EE.UU.)<br>City, State, and Zip Code; Country (if other than U.S.) |
| (914) 490 6528<br>Número de teléfono (incluya el prefijo del país si no es en EE.UU.)<br>Phone number (include country code if other than U.S.) | (914) 305 0150<br>Número de teléfono (incluya el prefijo del país si no es en EE.UU.)<br>Phone number (include country code if other than U.S.) |
| Correo electrónico<br>Email address | Correo electrónico<br>Email address |

RECEIVED
SEP 9 2024
IMMIGRATION COURT NYB

Yo, declaro bajo pena de perjurio, conforme al título 28 del Código de los EE.UU., artículo 1746, que soy la persona arriba mencionada asociada con el número de registro de extranjero arriba mencionado, y que la información contenida en este formulario es verdadera y correcta a mi leal saber y entender.

**FIRME AQUI ➡** X [signature] 9/9/24
Firma Fecha

## CONSTANCIA DE NOTIFICACIÓN

Yo, ____________ (Nombre), envié por correo o entregué una copia de este formulario de Cambio de Dirección el día ____________ (Fecha) a la Oficina del Asesor Jurídico Principal del DHS, Agencia de Inmigración y Control de Aduanas- ICE, ubicada en: ____________

(Indicar si será entregado por via electrónica/correo electrónico, en persona, o por correo (Provea Numero y Calle, Ciudad, Estado, Código Postal))

Al firmar, concuerdo en presentar una copia de este formulario de cambio de dirección a la Oficina del Asesor Jurídico Principal del DHS, Agencia de Inmigración y Control de Aduanas-ICE en el local que he seleccionado anteriormente. Entiendo que puedo presentarle una copia a DHS sea por vía electrónica usando el portal DHS eService (inscríbase en https://eserviceregistration.ice.gov), por correo o en persona.

☐ No es necesaria la entrega de documentos en persona. Soy un usuario debidamente registrado en ECAS quien presentó documentos a través del ECAS Case Portal.

**FIRME AQUI ➡** X [signature]
(Firma)

EOIR - 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
NEW YORK IMMIGRATION COURT

LEAD FILE: 226-088-780
IN REMOVAL PROCEEDINGS
DATE: Sep 9, 2024

TO:
ASTUDILLO TORRES, MARCIA ELIZABETH
76 PUTNAM AVE
PORT CHESTER, NY 10573

RE: 226-088-780 ASTUDILLO TORRES, MARCIA ELIZABETH
226-088-781 TORRES ASTUDILLO, PAULO ANDRES

**Notice of In-Person Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

Date: Oct 30, 2024
Time: 1:00 P.M. ET
Court Address: 290 BROADWAY - 15TH FLR, NEW YORK, NY 10007

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ P ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ ] Noncitizen ATT/REP | [ E ] DHS
DATE: 09/09/2024 BY: COURT STAFF J.A.
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
NEW YORK IMMIGRATION COURT

LEAD FILE: 226-088-780
IN REMOVAL PROCEEDINGS
DATE: Jul 10, 2024

TO:
ASTUDILLO TORRES, MARCIA ELIZABETH
76 PUTNAM AVE
PORT CHESTER, NY 10573

RE: 226-088-780 ASTUDILLO TORRES, MARCIA ELIZABETH
226-088-781 TORRES ASTUDILLO, PAULO ANDRES

**Notice of In-Person Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

Date: Sep 9, 2024
Time: 1:00 P.M. ET
Court Address: 290 BROADWAY - 15TH FLR, NEW YORK, NY 10007

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ P ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ ] Noncitizen ATT/REP | [ E ] DHS
DATE: 07/10/2024 BY: COURT STAFF J.A.
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

Uploaded on: 06/07/20

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

**Subject ID:394367114** **FINS #:1077517752**

**DOB: 07/28/1989**

File No: A226 088 780

**Event No:YUS2406000080**

In the Matter of:

Respondent: MARCIA ELIZABETH ASTUDILLO TORRES currently residing at:

76 PUTNAM AVE PORT CHESTER, NEW YORK, 10573-2718 +1 (914) 490-6528

(Number, street, city, state and ZIP code) (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of ECUADOR and a citizen of ECUADOR ;
3. You arrived in the United States at or near SAN LUIS, AZ , on or about June 6, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30 ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

290 BROADWAY - 15TH FLR NEW YORK NY 10007

*(Complete Address of Immigration Court, including Room Number, if any)*

on July 10, 2024 at 08:30 AM to show why you should not be removed from the United States based on the

*(Date)* *(Time)*

charge(s) set forth above.

JONATHAN L COULTER
Date: 2024.06.07 09:37:32 -07:00
0181347963.CBP

Acting/Patrol Agent in Charge

*(Signature and Title of Issuing Officer)*

Date: June 07, 2024 Yuma, Arizona

*(City and State)*

EOIR — 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is SPANISH

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: ______________________

*(Signature of Respondent)*

Date: ______________________

*(Signature and Title of Immigration Officer)*

## Certificate of Service

This Notice To Appear was served on the respondent by me on June 7, 2024, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person ☐ by certified mail, returned receipt # ______________________ requested ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the SPANISH language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

*(Signature of Respondent if Personally Served)*

ALBERTO A LUZBERT
Date: 2024.06.07 09:46:29 -07:00
0827760604.CBP

Border Patrol Agent

*(Signature and Title of officer)*

EOIR — 2 of 3

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR — 3 of 3