IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

No. 26-1233

| | | |
|---|---|---|
| MARCIA ELIZABETH ASTUDILLO TORRES, ET AL, | ) | |
| Petitioner | ) | |
| vs. | ) | Petition for Review of an Immigration Matter |
| BLANCHE, | ) | |
| Respondent. | ) | |

CERTIFIED ADMINISTRATIVE RECORD

A226-088-780
A226-088-781

INDEX

RECORD FILE – REMOVAL PROCEEDINGS

MARCIA ELIZABETH ASTUDILLO TORRES, ET AL

A226-088-780
A226-088-781

Page

Decision of the Board of Immigration Appeals, April 10, 2026 .......... 1

Motion Related Information .......... 8

Motion to Reopen, October 3, 2025 .......... 10

Notice of Entry of Appearance as Attorney or Representative, October 3, 2025 .......... 89

Decision of the Board of Immigration Appeals, September 23, 2025 .......... 98

Pre-BIA Decision Information .......... 105

Notice of Appeal to the Board of Immigration Appeals, May 1, 2025 .......... 136

Notice of Entry of Appearance as Attorney or Representative, May 1, 2025 .......... 140

Summary Order of the Immigration Judge, April 29, 2025 .......... 147

Oral Decision of the Immigration Judge, April 29, 2025 .......... 151

Transcript of Hearing, July 10, 2024 .......... 170

Transcript of Hearing, September 9, 2024 .......... 181

Transcript of Hearing, October 30, 2024 .......... 194

Transcript of Hearing,
February 5, 2025 .....201

Transcript of Hearing,
April 29, 2025 .....206

Pre-Immigration Judge Decision Information .....238

Exhibit 1 .....643

RIDER: A226-088-781

Decision of the Board of Immigration Appeals,
April 10, 2026 .....646

Motion Related Information .....653

Motion to Reopen,
October 3, 2025 .....655

Notice of Entry of Appearance as Attorney or Representative,
October 3, 2025 .....734

Decision of the Board of Immigration Appeals,
September 23, 2025 .....743

Pre-BIA Decision Information .....750

Notice of Appeal to the Board of Immigration Appeals,
May 1, 2025 .....774

Notice of Entry of Appearance as Attorney or Representative,
May 1, 2025 .....778

Summary Order of the Immigration Judge,
April 29, 2025 .....788

Pre-Immigration Judge Decision Information .....792

Exhibit 1 .....1199

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals Office of Chief Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Re: MARCIA ELIZABETH ASTUDILLO TORRES, ET AL

A226-088-780
A226-088-781

I, Wintana Tekle, declare as follows:

1. I am employed as a Government Contractor by the Executive Office for the Immigration Review of the United States Department of Justice. I am authorized to certify the authenticity of copies of documents on file in the Office of the Immigration Judge, New York, New York.

2. The attached documents and media are true, correct and complete copies of the documents included in the Record of Proceeding to date, maintained in the above office on this case.

3. 0 Media was found in record.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: ______________________________ on: 7/30/2026
(signature) (date)